```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA        )
                                )    Criminal No. 14-8-J
       v.                       )
                                )
MICHAEL HERMAN                  )    Electronically Filed

## POSITION OF THE UNITED STATES
## WITH RESPECT TO SENTENCING FACTORS

AND NOW comes the United States of America by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and John J. Valkovci, Jr., Assistant United States Attorney for said district, and pursuant to Local Criminal Rule 32.C.4. of the Local Rules of this Court respectfully represents as follows:

1. The United States received the Presentence Report for Michael Herman and subsequently conferred with opposing counsel, Richard J. Zack, and United States Probation Officer, Danylle M. Ford, regarding the contents of the Presentence Report.

2. Pursuant to the Sentencing Guidelines, the United States hereby gives notice that it objects to various items set forth in paragraph 56, and accompanying notes, regarding Mr. Herman's Financial Condition and Ability to Pay. These issues were raised by the United States during the administrative resolution conference.

                              Respectfully submitted,

                              DAVID J. HICKTON
                              United States Attorney

Date: October 2, 2014         s/John J. Valkovci, Jr.
                              JOHN J. VALKOVCI, JR.
                              Assistant U.S Attorney
                              200 Penn Traffic Building
                              319 Washington Street
                              Johnstown, PA 15901
                              Phone: (814) 533-4547
                              Fax:   (814) 533-4545
                              Email: John.Valkovci@usdoj.gov
                              PA ID No. 55339