| TAB | CHARACTER LETTER |
|-----|------------------|
| 1 | Maria Goretti Herman |
| 2 | R.A. "Bob" Hoover |
| 3 | The Laffoon Family |
| 4 | Robin Buco |
| 5 | Tera Herman |
| 6 | Peter Fleiss |
| 7 | Caryn Herman |
| 8 | Ivan Henry |
| 9 | James G. Kidrick |
| 10 | James C. May |
| 11 | Jennifer Herman |
| 12 | Josh Olson |
| 13 | Teresa Parker |
| 14 | Rabbi Leonard Rosenthal |
| 15 | Andrew Schwartz |
| 16 | Mara Herman |
| 17 | Mike Herman |
| 18 | Petrina Herman |
| 19 | Douglas D. Holdaus, Esquire |
| 20 | Susan Bender |
| 21 | Leonard Bernstein, M.D. |
| 22 | Jonathan W. Jones, M.D. |
| 23 | Arnie Katz |
| 24 | Autumn Blauschild-Muranelli |
| 25 | David Allen |
| 26 | Kevin Allen |
| 27 | Stephanie Allen |
| 28 | Mark Aloe |
| 29 | Paul Anderson |
| 30 | Ilene Aronson |
| 31 | J. Randolph Babbitt |
| 32 | Jeanne Blauschild |
| 33 | Edward M. Bolen |
| 34 | Paul S. Bowen |
| 35 | Michael Brasier |
| 36 | Rabbi Micah Caplan |
| 37 | Linda Cavanaugh |
| 38 | Jay Cavrell |
| 39 | James E. Cooling |
| 40 | Cora Corrigan |
| 41 | Harry Corrigan |
| 42 | Miguel Amador Cruz |
| 43 | Ronald A. Duncan |
| 44 | William J. Dwyer |

| 45 | Nico Dyll |
|----|-----------|
| 46 | Jerry A. Edgerton |
| 47 | Barry D. Edwards, Esquire |
| 48 | Morrie Elstien |
| 49 | Gary Fallowes |
| 50 | William J. Fanning |
| 51 | Tracy S. Forrest |
| 52 | Stuart L. Fred |
| 53 | Marc L. Freeman |
| 54 | Walter L. Fricke |
| 55 | Joan Sullivan Garrett |
| 56 | David Granson |
| 57 | Grayson Grove |
| 58 | Rod Grove |
| 59 | M. David Halpern, Esquire |
| 60 | Suzie Hammond |
| 61 | Celeste Holthaus |
| 62 | Hunter Holthaus |
| 63 | Gerda Pieter Indrisie |
| 64 | Carol Katz |
| 65 | Ira Katz |
| 66 | Joyce Worley Katz |
| 67 | Rob Katz |
| 68 | Monte J.M. Koch |
| 69 | Dick Koenig |
| 70 | Richard Kummer |
| 71 | Edward C. Mathews |
| 72 | David McEldowney |
| 73 | Lloyd W. Newton |
| 74 | Thomas Orr |
| 75 | Jay W. Peart |
| 76 | Lynn Petnick |
| 77 | Rich Pickett |
| 78 | Tom Poberezny |
| 79 | Douglas Schwartz |
| 80 | Richard Shine |
| 81 | James M. Slattery |
| 82 | Ann Stone |
| 83 | Edward L. Turley |
| 84 | Frank A. Varasano |
| 85 | Bruce N. Whitman |
| 86 | Heather Young-Herman |
| 87 | Joseph R. Zeno |
| 88 | Eugene W. Rumsey, M.D. |
| 89 | Michael Shelby |

To The Honorable Kim R Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown PA 15901


Dear Sir,

My name is Maria Goretti Herman and I am Michael Herman's wife. I met Michael when I was 27 and a
single parent with a 3 year old son. I am now 47 and we have been married for 19 years.

Writing this letter is one of the most difficult things I've ever had to do. I adore my husband and we have
a successful marriage built on mutual respect and love. The last 6 months have been some of the toughest.
I can see he is profoundly sorry for what he has done, and accepts responsibility for his predicament.
Actually it's 'our' predicament because we have a life together. And because of that, he is more
remorseful than ever. Sometimes I think he is in more pain because of the effect on me, rather than the
prospect of your punishment.

That pretty much says everything about my husband. He cares about others, albeit sometimes to his own
detriment. His sense of 'do right' knows no bounds. I would say Michael's life is between caring for me,
his family and friends, and caring for people he doesn't know who simply need his help. I have never
known him not to be doing for others. In fact, I would say most of his time spent away from me in the last
20 years has been for helping other people rather than business endeavors. When Michael leaves the
house he's either flying a young cancer patient or a wounded vet across the country, or taking aviation
war hero Bob Hoover to receive yet another honorary award. It's never about Michael. He's served on so
many boards I just call them the alphabets; like the NBAA, CJP, the AOPA, and the SDASM. I have
never resented his time away from me. I only ever felt inspired to do more in my own circle. I just
completed 10 years of volunteer service with Voices for Children which serves foster children in San
Diego. It feels good to know I made a difference. I'm a little bit more like Mike.

Our relationship began amidst a custody battle with my ex for our son, Nicholas. Rather than take sides,
Michael sat us both down, and explained that after 2 marriages and 6 children he could see the writing on
the wall for 'Nico'. He encouraged us to bury the hatchet for the benefit of our son. It wasn't easy, but we
listened. We worked together and ended up spending one week a year as a family unit, to celebrate our
son's birthday. This would never have happened without Michael's foresight, intervention and the
willingness to act in the interests of a little boy he would soon call 'stepson'.

From the moment we were married I could see how much Michael cared about his family. The day after
our wedding his sister Audrey was driving back to New York from Altoona and half way, took her eyes
off the road for a moment and ran into a small ditch. She was fine and organized a tow truck, but Michael
insisted on helping her. He got in his plane to fly to the closest airport to pick her up and get her home
safely. When given the choice, he always chooses the 'best' alternative, regardless of how much it might
involve his own personal effort. It isn't even a thought.

When my son and Michael's grandchildren were little he'd plan big family summer vacations together. That meant accommodations for 14 adults and a gaggle of kids. One year Michael rented 2 homes side by side on Lake Placid, another time he rented a whole lake on an Indian Reservation in Arizona, and another time he flew everyone to New Zealand for 2 weeks. Those are memories we'll never forget. Family is everything. Nothing said that more than when Michael surprised me for my 40th birthday and flew my family to San Diego to celebrate with me. 25 people from 5 different countries. Having my entire family together in one place remains one of the highlights of my life.

Michael's children and grandchildren don't always like what he has to say. But I think that's a common thread with children who have fathers who are willing to tell them the truth. After listening to several wedding and Bar Mitzvah speeches over the years, I would say the one person they always cite as having made the difference – Michael. He is the most respected and important person in their lives. When Michael almost died to a flesh eating bacteria more than 10 years ago, all of his children and some of their spouses stayed with me and Nico for several weeks while he was in an induced coma in the ICU. They worked out a rotation for hospital visits and read the same novel to their father, one picking up where the other one left off. They really didn't know what to do, but would have done anything to help him after everything he had ever done for them.

Michael always says 'It's all about the kids'. And nothing says that more than making sure mothers could stay home with their babies. He provided additional monthly income for his daughter in law Jennifer to stay home with her son Jett, and continued the stipend for 9 years until she decided to go back to work because she wanted to. He did the same with his grandson David's wife Stephanie from before her first baby was born because she had medical problems and couldn't work during the pregnancy. That stipend is still in effect more than 5 years later, and is a godsend now that their 3rd child has spent most of his first year in the hospital with multiple heart surgeries and medical issues.

With only one child to raise, I have always marveled at Michael's ability to give each of his children and grandchildren individual personal attention. There's no cookie cutter treatment going on here. Each is a different person with different needs and perspectives, and I know that's part of the reason why he is held in such high regard by his entire family and especially me.

I understand that you have a duty to perform on October 29th, 2014. And I understand that prison time is a possibility. I get a lump in my throat just thinking about it. I hope that you will not take my husband away from me and everyone else he cares about and does so much good for. He is a truly good person. He's the guy who does what everyone else would like to do. He 'walks the talk'. He'll take whatever you decide on the chin, but I hope that you can see him for who he is and know that he doesn't need to go to prison to know what he did was wrong. He'll never make these mistakes again. The pain he's already suffered is truly profound.

Sincerely,

Maria Herman

R.A. "Bob" Hoover
880 Via Del Monte
Palos Verdes, CA 90274

September 16, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

RE: *MICHAEL HERMAN*

Dear Judge Gibson,

Please accept this note written on behalf of my very dear friend, Michael Herman. As a decorated and disabled World War II aviator( I flew the Mark 5 Spitfire aircraft in the European theater). I was shot-down and held in a German Prisoner of War Camp until my escape. I broke into a German airfield and stole a Focke-Wulf Fw 190 German single-seat fighter aircraft, which I flew to safety in Holland. My career included flying as a test pilot, sought-after air show pilot and motivational speaker to young people considering a career in aviation, I have had the pleasure of Mike's friendship and association for over 15 years. In fact, I am traveling with Mike to offer scholarships to aspiring aviators and aviatrixes from Embry Riddle University. As you may know, Embry Riddle is a preeminent aviation university with locations in Prescott, Arizona and Daytona Beach, FL.

Mike's generosity and wonderfully giving spirit make him, in my view, a credit to all who surround him. In addition to Mike's giving attitude to Embry Riddle and myself (I'm 92 years old) he lights-up the room when he enters with his upbeat attitude and infectious enthusiasm. Mike's contributions to the Special Olympics (flying handicapped Olympians from Long Beach to Trenton, NJ and return) and his material contributions to the Wounded Warrior Project prove him an extraordinary person.

Judge Gibson, I believe strongly in Mike's inner character. As you review my correspondence, I would respectfully request that you consider utilizing Mike's strong ethos to work for the benefit of the community. Mike shares my passion for aviation. Mike's community service to San Diego's Air & Space Aviation Museum (where Mike

The Honorable Kim R. Gibson
*Michael Herman*
September 8, 2014
Page 2

serves as a Board Member) has proven incredibly productive for mentoring young people, who aspire to a career in aviation.

     Please contact me, if I might offer further thoughts or accolades of Michael Herman.

                    Cordially,

                    **R.A. "Bob" Hoover**

Thanks to business aviation, we're bringing cancer patients closer to their cure.

# "After her cancer treatment, she could not fly commercially. What a relief she could fly with Corporate Angel Network."



Through the generosity of corporations flying business aircraft, Corporate Angel Network arranges free travel for cancer patients using the empty seats on corporate jets.

This service is vitally important to cancer patients. Some simply can't afford the cost to fly commercially. Others can't handle the stress of navigating airports. Still others can't risk the exposure of crowded airports because of immune system deficiencies.

Since 1981, Corporate Angel Network, a not-for-profit organization, has worked with U.S. corporations to schedule nearly 40,000 cancer-patient flights and currently transports between 250 and 300 patients a month to and from treatment. The process is simple. Corporate Angel Network's staff does all the work. After all, patients and their families have enough to worry about.


Corporate Angel Network

**Cancer patients fly free in the empty seats on corporate jets.**

**Corporate Angel Network, Inc.**
(866) 328-1313
www.corpangelnetwork.org

Exhibit 3

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  1590


Hello,

My name is Shannon and my husband Steven and I met 14 years ago while attending Colorado State University.  In May of 2007 we got married with the dream of one day starting a family.  2 years later our dreams came true and we welcomed our first son Wylder James into the world in Scottsdale Arizona where we still currently reside.  Life was everything it was supposed to be, that is until January of 2010 when our precious baby boy was diagnosed with a rare and fatal genetic disease called Niemann-Pick Type A.  Even worse, we were told there were no treatments and that Wylder would most likely not live to see his 2nd birthday, and we should go home and enjoy the short time we had with left with him.  Something we were not willing to accept.

I left my job as an Interior Designer to focus solely on caring for Wylder, and my husband continued to work in sales for a specialty chemical manufacturer during the day, and would research through the night trying to find a treatment for our baby boy.  We were determined to do anything and everything possible to find a treatment option and give our baby a chance at life.  Unfortunately, time was not on our side and on July 20, 2012 Wylder took his last breath here on earth, but not without leaving behind lessons of love, hope, and how to make an impact on the world by helping others.

Wylder taught us so much about what is truly important in life, and brought some of the most amazing people into our lives.  One of these amazing people is Mike Herman.

In the summer of 2011 we spent more than 3 weeks in the pediatric intensive care unit at Phoenix Children's hospital and things were not looking good.  After several operations Wylder's GI system completely shut down and the only way he could receive nutrition was through an IV also called TPN and Lipids, which overtime would damage Wylder's already compromised liver.

We learned about a doctor at Denver Children's Hospital that could potential help, but had no idea how we would get there.  Wylder could not fly commercially because his immune system was severely compromised, he was oxygen dependent, and had an exposed central line for his nutrition, and a12-hour drive was not feasible with Wylder's fragile state.  Our only option was to charter a private plane, however we were unable to afford the $20,000+ we had been quoted.  We felt completely helpless and pretty much lost all hope.  That is until a family member from California called and said they know of someone who has a plane and wants to help.  Our prayers had been answered.

2 days later we met Mike Herman for the first time at Scottsdale Municipal Airport.  Here we are at one of the lowest most desperate times of our lives, trying to defy the odds and save our son's life when Phoenix Children's Hospital said it wasn't possible, and a near stranger to us at that point flew from San Diego to Scottsdale on his plane and dropped us off in Denver at no expense to us.

While at Denver Children's Hospital Wylder was carefully titrated with IV fluids, which ended up stabilizing him, and giving our family an extra year with the love of our life.  Roughly 10 days after we arrived Mike flew back into Denver to pick us back up and take us home.  He helped us board with IV fluids, poles, a wheelchair, oxygen and so much more, all while looking down, smiling and cooing at our sweet boy Wylder.

Mike proceeded to offer anything he could do to help, our family.  He is one of the kindest souls, and provided us with possibilities that otherwise would certainly not have been possible financially for our family.  After everything he did for our family, the only thing he would accept in return were updates on Wylder and Christmas cards, which we continue to share with him and receive from him and his beautiful family today.

Mike helped us at an incredibly low moment in our lives, with complete compassion.  When were not yet ready to say goodbye to our precious son, even when most doctors in our path said it was time and a disease with an average life expectancy of only 16 months was telling us we needed to, Mike provided us with HOPE when desperately needed it.

We also received a beautiful and heart felt note from Mike and his family just days after our son passed in July of 2012. Their hearts felt our broken hearts.  They received the news from our blog post, which Mike continued to follow after meeting Wylder on those charitable flights he took us on.

In the fall of 2012 we reached out to him again regarding another family we had met on our journey that was short on options but long on hope. Their child required immediate open-heart surgery 5 states away, and his response was "I would be there in a second, but was traveling out of the country."  He then immediately proceeded to recommend a company that DID in fact get this little 6-month-old baby girl privately to her surgery in Chicago.  This in fact saved her life as she is still with her mom and dad today.

Mike Herman is a completely selfless person that will go above and beyond to help people he does not even directly know.  After all we have only physically met Mike twice, and both times he was an answered prayer for our family.  He is one of those rare people you meet that remind you what the human spirit is all about.  He was able to restore our faith in humanity and remind us that despite all the bad things that happen in this world, there is still a lot of good out there, and for that we are extremely appreciative.


With Hope Always,


The Laffoon Family

 Shannon, Steven, Wylder (5.15.09-7.20.2012), and Koa





**Steven Laffoon**
**Wylder Nation Foundation**
**480-419-3508**
**WylderNation.org**

Exhibit 4

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

To the Honorable Kim R. Gibson,

    My name is Robin Buco and I have known Michael Herman for the past twenty-nine years. I am the owner and sole-proprietor of a
freelance photography business and a stay-at-home mom to my one year old daughter.

    Michael, or as I always call him Chief or Uncle Michael, has been a part of my life since I was two years old. My father began working as the pilot for NAC at that time and our families quickly grew close. We always celebrated holidays and birthdays together, spent summers with each other, and he quickly became Uncle Michael to me. So many of my childhood memories are filled with the wonderful times we spent together during these occasions. He is the head of a large and extended family because everyone has always looked up to him as the patriarch, the chief, a nickname that my father gave to him. He is loving and generous, a teacher and a role model. I can't imagine what my life would be like if Michael hadn't been a part of it.

    When I was eleven, my father suddenly passed away. We had all been at Michael's house just the night before having a good time and no one knew that the next morning would bring such a great loss. That day is mostly a haze in my memory, but I do remember being at Michael's house. He and his wife Maria gave up their bedroom for me and my mom to share. I couldn't sleep and Maria stayed up with me in the living room. When the details of the funeral were being worked out, my Grandma asked if my dad could be buried in the same cemetery as his father which was in New Jersey. Michael made arrangements so that my fathers body could be flown to New Jersey so he could have

one final flight. Being a pilot was his passion and I will always remember my childhood memories of flying with my dad and Michael.

Unbeknownst to me until I was much older, my dad asked Michael to take care of my sister and I if anything were to ever happen to him. I can not emphasize enough how sincerely he must have taken this because he has gone above and beyond for the past twenty years full filling this promise.

Each summer from when I was thirteen to seventeen, Michael paid for me to attend sleep away camp. A luxury like this was completely unnecessary but made me grow so much as a person and find my passion for photography at a young age. When it came time to apply to colleges, I remember being nervous when talking to him about tuition and his response was simply, "Your father would kill me if I didn't send you to the college you want to go to." I was accepted and went to Parsons School of Design in New York City where I majored in photography. Michael was a part of my college life and he and Maria where there to see me graduate.

Michael has always offered me guidance and support and when it came time to plan my wedding I knew one detail right away, I wanted him to walk me down the aisle with my mom. When my big day arrived he was there in his tux to give me away. We also did our father/daughter dance together followed by his heartfelt toast where he spoke of my dad and their friendship.

Michael has taught me many lessons throughout my life, some of which he is probably unaware of. I know how to make myself heard, even when faced with an intimidating presence. I know not to act desperate for something and to be patient. He is the least selfish person I know and his generosity has lead my life in a positive direction from a time when I was too young to even realize the significance.

I will never be able to express all of my gratitude for everything Michael has given me over these past twenty-nine years. I love him like family because that is what he is and how he has always treated me, my dad, mom, and sister.

Respectfully Yours,
Robin Buco

August 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

To The Honorable Kim R Gibson,

I am writing on behalf of Michael Herman.  I met Michael Herman 26 years ago when he was introduced to me by a common friend.  Immediately upon meeting, he introduced me to his son Rob. One year later Rob and I married, and Michael became my father-in-law.  Not only am I his daughter-in-law, I was his work colleague for many years and he was my mentor.

Within a few months of meeting Michael I lost my job, after searching and not finding a challenging position, Michael offered me a job.  At first, I was hesitant to take a job with my boyfriend's father but he convinced me it would be beneficial to both of us.

It was at this point that Michael became my mentor.  From the beginning, ours was a complicated relationship, it was difficult for me to separate business and personal interactions.  Michael had extremely high standards and expected exemplary performance. In Michael's world there were no excuses for failure. Regardless of your experience, Michael demanded accountability, challenged you to be better and pushed you beyond your comfort zone.   His style was unconventional but made me a better, stronger employee.  When he would acknowledge your accomplishments your confidence grew immensely. Part of who I am as business professional came from Michael's mentorship.  He taught me to never give up, never accept failure and above all to believe in myself.

From the moment Michael chose to relocate NAC to Blair County, he understood the company's responsibility to support this small community.  As a native of Blair County, I remember when NAC opened. At the time, unemployment in the area was extremely high.  The railroads were struggling and good jobs were few.

Michael recognized the value of a community with a strong work ethic and many people who wanted to work.  He knew his company could survive and thrive in this environment and made a commit to provide long term jobs.  Many of the original associates continue to work with NAC and hold senior positions in the company.  Today, those associate's families are now working with NAC, ensuring that NAC will continue to make a difference in Blair County.

Michael's support of this community encompassed more than job creation.  He began to assist local charities and organization by donating mailing services.  He quickly realized these organizations needed much more, they needed funds and volunteers. Michael led by example and encouraged our associates to do the same.  He matched the funds raised by our associates for their chosen organizations.  In Blair County and in our industry, NAC has a reputation for giving back, which began with Michael. Our commitment to social responsibility is rooted in the foundation of NAC, and is a fundamental operating principal.

Although Michael has been my mentor, his more significant role is my father-in-law.  As with most family relationships, ours has evolved over the years. In the beginning, we spent a great deal of time enjoying the simplicity of family life in western PA, BBQ's, family dinners, weekend horseback riding and many hours of bowling. I admired the warmth and closeness of his family and his desire to be with them. He lovingly welcomed me into his family, filling a void that my biological father had left on my heart. I will always treasure those years.

The Herman family is unique in many ways.  It's not often you marry into a family where you work with other family members on a daily basis.  Furthermore, it is quite unusual to be part of a family where multiple ex-wives and step children all choose to be together to celebrate life's best moments. The Herman family is that kind of family.  It is due

to Michael's paternal attitude. He views all of his children equally there are no "step" children in the Herman family. Michael is the first to support every family member, financially and emotionally.

As an entrepreneur at heart, Michael encourages all his children and grandchildren to dream BIG.  He is not a big believer in formal education his philosophy is "just do it".  He inspires everyone to follow their dreams and be more than they ever believed they could be. With each generation, he broadens the scope of the family members he continues to support financially.  Often carrying the burden of his children's family's until they find their own way.

Over the years, there have been many moments in our relationship where I found myself surprised by the depth of emotion he has openly shared and his sincere desire to help.  During my mother's 10 year battle with breast cancer he always inquired about her health and celebrated her multiple years of remission.  Another example of his desire to help came from the sudden loss of a dear friend and company pilot.  Michael's love for his friend compelled him to vow to support this friend's family.  He lived up to that promise as he celebrated birthdays, graduations and even paid for the children's education.  He stepped into all the fatherly roles to be certain his friend's daughters knew they were genuinely loved.

In my experience, Michael has been a man of extremes, there is very little gray in his world.  He is passionate about everything in his life.  His emotions and opinions are always black and white, and he is prepared to defend his beliefs to the end.  It is this sense of determination, stubbornness and commitment that drives Michael forward.  He doesn't look back, his eyes are always on the horizon looking forward, believing he can make a difference.

Respectfully yours,

Tera Herman

Sincerely,

Tera Herman

Exhibit 6



Corporate Angel Network, Inc.

**Founding Directors**
Priscilla H. Blum
Leonard M. Greene
Jay Weinberg

**Officers**
Dick Koenig
*Executive Director*

Arthur E. Ludwig, Jr.
*Treasurer*

Peter H. Fleiss
*Executive Director, emeritus*

**Board of Directors**
W. W. (Bill) Boisture, Jr.

Randall Greene
*Chairman*

David C. Hurley

Wilson S. Leach

Joseph T. Lombardo

Jack J. Pelton

John G. Rosanvallon

Bruce N. Whitman

**Advisory Board**
Patrick Cunningham
*PepsiCo, Inc.*

Wayne M. Dodds
*International Paper Company*

L. Scott Frantz
*Haebler Capital, Inc.*

Robert C. Kurtz, M.D.
*Memorial Sloan-Kettering*

Brian H. Kushner, M.D.
*Memorial Sloan-Kettering*

Jeffrey W. Lee
*American Express Company*

Eileen O'Reilly, M.D.
*Memorial Sloan-Kettering*

William J. Schultz
*Corning, Inc.*

Douglas S. Schwartz
*ConocoPhillips Company*

Robert W. Scott
*French/Blitzer/Scott, LLC*

David J. Sugarbaker, M.D.
*Harvard Medical School*

Gil Wolin
*Wolin Aviation Consulting*

October 2, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Dear Judge Gibson:

I'm writing in support of Michael Herman whom I've known for nearly 14 years as an honorable, charitable and fair-minded man.

I recently retired as Executive Director of Corporate Angel Network, a nonprofit organization with public charity status that flies cancer patients to life-extending treatment using empty seats on corporate jets, already flying to the desired destinations.  With the participation of nearly 600 major corporations, including half the Fortune 100, we fly about 250 cancer patients to treatment each month and recently completed our 46,000th patient flight.

Mike has been a strong supporter of Corporate Angel Network since 2001.  He is a generous financial contributor but more importantly, he flies cancer patients to treatment in his jet aircraft and he goes out of his way to do so.  Often, when we're not able to accommodate a patient on a scheduled corporate flight, Mike will offer to do a dedicated flight to help the patient.  Dedicated flights are expensive and time-consuming.  They are above and beyond, but Mike is that type of individual.

Because of his outstanding character and service, Mike was recently invited to join Corporate Angel Network's Board of Directors.  This is a select and prestigious group of corporate aviation leaders which include the heads of Gulfstream and Falcon Jet, the former heads of Cessna and Beechcraft, and the head of the world's leading simulated pilot training company, which is owned by Berkshire Hathaway.

In your sentencing deliberation, I hope you will consider all the good that Mike has done, and continues to do for so many.

Sincerely,

Peter H. Fleiss
Executive Director Emeritus
Corporate Angel Network

Westchester County Airport   One Loop Road   White Plains, NY 10604
tel (914) 328.1313   fax (914) 328.3938
www.corpangelnetwork.org

Thanks to business aviation, we're bringing cancer patients closer to their cure.

# "After her cancer treatment, she could not fly commercially. What a relief she could fly with Corporate Angel Network."



Through the generosity of corporations flying business aircraft, Corporate Angel Network arranges free travel for cancer patients using the empty seats on corporate jets.

This service is vitally important to cancer patients. Some simply can't afford the cost to fly commercially. Others can't handle the stress of navigating airports. Still others can't risk the exposure of crowded airports because of immune system deficiencies.

Since 1981, Corporate Angel Network, a not-for-profit organization, has worked with U.S. corporations to schedule nearly 40,000 cancer-patient flights and currently transports between 250 and 300 patients a month to and from treatment. The process is simple. Corporate Angel Network's staff does all the work. After all, patients and their families have enough to worry about.

**Cancer patients fly free in the empty seats on corporate jets.**



Corporate Angel Network

**Corporate Angel Network, Inc.**
(866) 328-1313
www.corpangelnetwork.org

Exhibit 7

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

Honorable Kim R. Gibson;

My name is Caryn Herman and I am so very blessed and proud to be the daughter of Michael Herman. I am 52 years young,  a mother to my 3 adult sons and grandmother to 4 beautiful grandchildren. After College I was employed by North American Communications, my fathers business, from 1985 to 1995 as an Account Executive, Manager of List Marketing, Manager of Telemarketing Operations and Quality Improvement Facilitator. In 1995 I left the business to start my own business, which enabled me to focus more time raising my three sons. I lived in central Pennsylvania for 27 years and have in the last 2 years, moved to Northern California where I currently reside with my husband.

My father Michael Herman is the Patriarch of our family. He has always been an amazing example of love, caring, wisdom and experience. He has a heart of gold and has always been a guiding light and the voice of wisdom and reason that so many in my large family are lucky to share.  He always made the time to listen and offer guidance to myself and my siblings,  this has carried on to our children, his grandchildren as well. The outcome of his sentencing will have a direct effect on all of us, his 7 children, his wife, his 10 grand and 3 great grandchildren as well as all others that have the pleasure of knowing him.

I personally have had the honor of learning so much from my father by choosing to join his business out of college. It gave me such a great foundation and work ethic. From the early 80's when my father moved the business from NYC to central Pennsylvania I followed and was thrilled to live in the small town of Hollidaysburg, Pennsylvania. It proved to be a wonderful place to raise my children,  watch a business grow and be part of a caring community. The impact that his company made on this small community by employing hundreds and giving them opportunities to work, learn and advance themselves in a growing business organization was amazing.

From the early days, the company was involved with the community and local charities like the united way. Years ago I attended an award dinner for my father honoring his business contribution's and impact on the community through the Small Business Association. There were many in attendance and I repeatedly heard from the local community how much of a wonderful person he is, it made me proud and motivated me to be the best person I could be and to always make a positive impact on others.

Some of the examples of my fathers character of giving and caring that come to mind over the 25 plus years include his personal concern for his employees.  One way he showed this was through his "open door" policy in his office in which he told his employees that they always knew whether it was a business matter or personal, they could count on him for advice or just to listen. He never wanted to hold anyone back from opportunities that they felt could better themselves and always had an open ear to mentor and advise them in their decision when asked. He always wanted to make sure people were in touch with the best doctors or hospitals for their  medical care in times of health crisis of an employee or their family member. He always made sure that an employee could get not only the time off but transportation if needed, to their doctor appointments. Many employees have stayed with the company for 5, 10, 20 even 30 yrs re-enforcing that folks enjoyed their career and the company culture. Over the years I have personally attended many funerals with my father during the loss of an employee or their spouse, and have always seen my father express condolences with a genuine concern and caring. When his wonderful administrative secretary Mary Irwin, lost her battle to cancer, he started a scholarship in her name which is still given yearly along with several others that were started for other employees that were taken too soon from this earth. These are just a few of the many memories of my fathers kindness and mentoring over the years just in the workplace.  In his personal time it seems my father is never at rest, always working on something for someone. I personally have been with him on several occasions to experience first hand his acts of kindness. One experience that sticks in my mind was about 4 years ago when my father had a commitment to pick up a wounded warrior, a double amputee and his wife to fly them to a charity fundraiser that was being held for that soldier. I was with my children and we all got to experience firsthand the actions of my father which showed Love and Kindness. For my children to experience that first hand and understand how important it is to help others was a blessing. They were able to learn a little about the human spirit through this wounded warrior and see how being compassionate and caring can make you feel good. They saw their great grandfather embrace and interact with what otherwise might have been a bit awkward seeing an amputee close up. Instead they got to talk to him and understand his sacrifice for our country.

Even in his later years, he hasn't stopped caring for what seems like everyone he comes in contact with. Even with his own health struggles the last 10 years, some so severe that we almost lost him a few times, he continues to help and inspire selflessly, so many people young and old. I mentioned earlier in this letter that I hear it over and over again from so many individuals " your father is such a wonderful man", "your father has a heart of gold", Your father is such a family man" and I could go on. His wisdom, caring and kindness have inspired me throughout my life to always be mindful and helpful to others and treat everyone with the respect they deserve as human beings. I've always aspired to be the kind and helpful person my father has been and to also make a difference in peoples lives I come in contact with. My father has always led by example and I couldn't have chosen a better role model. I am so proud of my father, even at 74 years young,  he is constantly giving of his time and self to such organizations as Wounded Warriors, Special Olympics, Angel flight and many others and all with a loving heart to help ease someones life so they know there is love in this world.  I am truly blessed to have my father in me and my family's life, as is anyone who can say Michael Herman is my friend.

**IVAN M. HENRY**

10318 E. San Salvador Dr.
Scottsdale. AZ 85258

---

July 30, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnston, Pa 15901,

Your Honor;

My name is Ivan M. Henry.  I am the the 6th generation of the Henry Bros.Circus Family.
My animals led me into motion pictures and TV giving me the opportunity to work with
people like Jimmy Durante, Charleston Heston, Charles Boyer, Stephen Boyd, Johnny
Carson, Ed Sullivan, Steve Allen and many, many more. I was involved in various
capacities in over 300 TV and movie productions.

Retiring from the circus in the 1970's, I became the general manager of a large
amusement park in Phoenix called "Legend City."  I later was hired by William Capell to
trouble shoot a failing park in Altoona, Pennsylvania which is where I met my wife and
ultimately Michael Herman.

My wife, Marjorie, was a well established realtor in Altoona and was responsible for
introducing me to Michael. I remember her words ....."his word is good....he is one of the
few people that I can do business with on his word alone."  This began a wonderful and
lasting friendship between us and remains so to this day.

For about a year, while I was in Altoona, I worked in the marketing department of North
American Communications. Michael was a caring employer and personally helped
many of his employees when they fell on rough times. I never heard any employee say
anything but good things about Michael while I worked there. He was a generous and
just employer.

He supported the Altoona community generously.  One incident in particular comes to
mind. The Altoona Symphony was in financial trouble and needed money to meet their
current bills.  He generously contributed to bringing Nashville artists to a fund raising
concert  headed by my wife for the Altoona Symphony whereby raising over $18,000.

He single handedly raised his youngest son, Mikey. My wife remembers him leaving
business meetings because it was time for him to pick Mikey up at school.
Always....Michael took the side of the kids making sure they were not in harms way.
Family always has been a huge part of Michael's life. He disciplined his kids but never
threatened them with his love.

I've personally observed Michael encouraging people to follow their dreams and has been a wonderful mentor to many young entrepreneurs.  He supports them with sound business advise as well as emotionally on their way up the ladder which often is half the battle.

Shortly after we moved to AZ, I had an urgent medical issue involving mouth cancer. We made the appointment in Pittsburg with my surgeon and he personally flew us there. We were grateful.

I have been with him when he generously flies cancer patients to hospitals around the country. He does this on a regular basis.

In 2007 when I was in ICU for 18 days on a respirator, he just showed up to be with my wife and with me. And more recently, when I had my double lung transplant.....he was always in touch and as near as the phone.

I am a Lakota sacred pipe holder and a Navajo holy man. These honors were bestowed on me by Phil Crazy Bull and Herman Shorty.

Michael was invited and participated in our sweat lodge prayer ceremonies led by Phil Crazybull, a Lakota Medicine man.  He was given an eagle feather as a blessing. Michael's faith is evident and he lives it on a day to day basis.

One of the most outstanding things about Michael is his outlook on life. He doesn't waste a day of what God has given him.  He lives with a life threatening condition that was caused by his surgeon during a colonoscopy. The surgeon had undiagnosed Parkinson's that resulted in Michael nearly losing his life. It was a long, hard battle for him and he still suffers....although very rarely talks about it.  When I asked him if he was going to sue the surgeon....his reply was "No...he's already suffered enough."

Michael Herman is a loving, compassionate, caring and generous man and I am honored to call him my friend.

Sincerely,

*Ivan M. Henry*



San Diego Air & Space Museum

2001 Pan American Plaza
San Diego, CA 92101

P 619.234.8291
F 619.233.4526

sandiegoairandspace.org

August 10, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Dear Judge Gibson:

This letter is forwarded on behalf of Michael Herman and reflects my personal and professional
judgment and admiration for Mike. My name is Jim Kidrick (Commander James G. Kidrick,
United States Navy (ret), and currently President & CEO of the San Diego Air & Space Museum.
I have been the Museum's President for nearly nine years and previously served in our nation's
Navy for 21 years as a decorated Fighter Pilot flying from the decks of our country's aircraft
carriers. After the Navy I was also President of San Diego Bayfair (large regional special event)
{over 20 years of non-profit corporate leadership and a national award winning special event
producer}, a Defense Contractor for Titan/L3Com (Senior Program Manager and Director
Defense Programs Division) and military consultant with Booz, Allen Hamilton. I have held Top
Secret Clearances with Special Access Programs access for over 25 years and was a designated
Nuclear Weapons Delivery Pilot. I am married and we have six children, the youngest of which
is now 28 years old, I am 65. I have a strong history of giving back to community, San Diego
Downtown Rotary (Paul Harris Fellow), Life Member Optimist International and past Optimist of
the Year, Life Member of Navy League, Board Member the Steven Prewitt Skull Based Disease
Foundation, Board Member Balboa Park Cultural Partnership and many other long standing
associations and fraternal organizations.

I am an Eagle Scout (member of National Eagle Scout Association), chosen as recipient of the
Elks Youth Leadership Award and Captain of my college wrestling team at the University of
Puget Sound. I have graduate courses in aviation safety and hold an advanced degree from the
Navy's Aviation Safety School in Monterrey, CA. I am a FAA single/multi-engine fixed wing,
commercial and instrument rated pilot with over 4250 accident free hours in high performance
aircraft, and 2,500 plus as an instructor.

Our Museum, of which Mike is a valuable Board Member is American Alliance of Museums
accredited (first ever aero themed organization to ever achieve this rating), a Smithsonian
Affiliate and the California State Official Air & Space Museum and Education Center. We are in
the top three nationally and respected worldwide. Our educational/inspiration programming for
young people is a model across the country.



San Diego Air & Space Museum

2001 Pan American Plaza
San Diego, CA 92101

P 619.234.8291
F 619.233.4526

sandiegoairandspace.org

I have known Mike closely, personally and professionally for over eight years. I first met him through mutual friends, related to our love for aviation. **Our friendship was immediate,** sharing mutual ethical and professional standards beyond those I normally experience with others. His friendship was genuine and I can honestly say he's made me a better person, reinforcing the importance of caring for others. He is a beloved husband and father dedicated to his wife and children, always finding time for their benefit over his. His is a unique giver, truly without compromise and unconditional. I have personally observed this love and kindness over and over…I know no other like him and he's an example to be emulated by others. He remembers the birthdays and anniversaries of everyone, he'll make that personal phone call just to say hi and express his love or caring. **I have experienced it!**

Some specific examples of his generosity, kindness, caring, love, etc.:

1) Mike routinely flies his personal airplane to support Special Olympics and families with severely disabled or terminally ill children. He has done this for many years, it's a way of life for him. I have personally flown with him on many of those flights, and observed his genuine caring before and after the flight…it's unassuming and exceptional. For him it's routine, it's in his DNA. Though this letter is written in support of the Mike Herman I know and love, **to stress this single point is absolute**…it's who he is, the essence of his soul is giving back. People often don't see his personal interaction with those needing help, in a wheelchair or special bed, I have!

2) Over the last five years, Mike has essentially become the personal transport pilot for famed aviator Bob Hoover, acknowledged as the finest pilot ever. Bob, now over 90 years, experiencing naturally aging health challenges and a beloved wife in ill health, has required extremely accommodating travel arrangements, all of which Mike has managed flawlessly. He's made himself available over and over again to ensure the world continues to benefit from Bob Hoover's presence, inspiring speeches and personal appearances. Again, I have flown with Mike on these flights dozens of times and traveled with them both as Mike has also arranged for Bob's care, exercised his own diligence to 'pilot' Bob's wheel chair and provide special nursing and grooming beyond the call of mere friendship. There is no personal recognition or awareness by others of this kindness, it simply is who he is. He has also helped with no gain to him, Bob's business interests, which in light of his age demand the skilled acumen Mike can offer unconditionally.

3) Mike is a respected Board Member of the San Diego Air & Space Museum, the National Business Aviation Association, the Cessna Jet Pilot's Association and other nationally and regionally based business and philanthropic groups.



San Diego Air & Space Museum

2001 Pan American Plaza
San Diego, CA 92101

P 619.234.8291
F 619.233.4526

sandiegoairandspace.org

4) He's a natural and respected leader, whose ideas are 'spot on' and contribute to the overall success of each organization benefiting from his partnership. **They seek him!** And, he always has time...though no one truly knows of all his mentoring and giving...the uncountable personal meetings with those in need of his help...countless benefit!

5) Critical to the betterment of society overall is an innate feeling of caring for others above yourself, and Mike's personal/professional philanthropy exemplify his love for people less fortunate. Whether it is a member of a 501c3 Charitable organization giving his time, or giving/investing personal income...he ensure investments are made for the benefit of at risk and underserved youth...I admire his choices and know personally the respect others have for him...again, I have experienced it first hand and partnering with him is an opportunity for me to contribute also.

6) On numerous occasions I have lived Mike's personal caring. As everyone experiences in life, there are times we seek help from those we care for most, and who we know care about us most. Mike and I have shared on many occasions life details you would only pass on to someone you trust impeccably. Accordingly, his counsel and willingness to give his time are beyond the norm, and can only be attributed to his good heart and legitimate love. He is decisive and makes good things happen quickly. My oldest son benefited quantifiably from Mike's tutoring and one-on-one counseling.

7) Mike and I have for several years now travelled to the annual Experimental Aircraft Association annual AirVenture in Oshkosh, WI...primarily to ensure Bob Hoover's attendance, which benefits tens of thousands each year...and young people beyond belief. During those trips each time we lived together, for the entire week, close quarters in a trailer on the grounds of the event. He always wanted to be close to the action. Those are times you learn the most about someone, talk to them, feel them, experience the good and the bad, the emotional, the daily challenges. Each opportunity I have to share those times with Mike, I gain a greater appreciation. I have enjoyed those times so much, we now have termed ourselves as "Trailer Trashy Buddies" humorously acknowledging our mutual caring for each other and a mutual admiration difficult to define.

8) The reputation Mike has earned is most certainly defined by the personal help he offers and provides his friends and even those he's never met. Repeatedly he's flown to destinations out-of-his way to provide transportation to special events or opportunities...for a grandson of a friend, to help a photographer and his wife in need of affordable transportation...he makes it free and does so with compassion. And most of all, when those people are present, he gives his personal time to virtually guarantee the



San Diego Air & Space Museum

2001 Pan American Plaza
San Diego, CA 92101

P 619.234.8291
F 619.233.4526

sandiegoairandspace.org

9) experience is inspiring and memorable...**he creates memories for others worth repeating!** I admire that, have viewed first hand and know no other Mike.

10) He is a beloved husband, supportive of his wife's every endeavor to better herself and her efforts to contribute back to the community. Repeatedly my wife and I have attended events focused on benefiting other...foster children, disadvantaged families, youth focused educational programming, etc. He covers it all and is a caring, close father to his children and their families.

11) But Mike is also one who steps in immediately to help others...and has when required help his own family conquer life threatening addictions. He's been tested and he's always there. **No one sees this man offering so much, to so many...I DO...**

12) Of special note, as an experienced instructor and standardization pilot...I rate Mike Herman as the most competent and disciplined pilot I've ever flown with. He's to be emulated by others seeking to better their piloting and critical thinking skills. The talent is obvious, the adherence to the highest standards remarkable!!!

13) I have many, many more specific examples of who Mike Herman is...each reflecting a person of integrity and trust. He is someone I view through a very special lens, magnifying his giant heart and love of country and other people. He gives so much beyond the norm and his caring for others is enviable. <u>**I wish I was more like Mike...**</u>

In closing, I asked my wife to describe Mike...she immediately responded, "Kind and Generous"...that describes him, no better words provide a picture of someone who truly is my best friend, I love, I respect, I care for and I would be there anytime, anywhere to join him on his life journey. Every consideration should be provided to permit his continued participation in our world...he makes it better, he makes it worth the time to be there. I don't ever want to miss him...

**I give my strongest personal and professional recommendation for every consideration feasible on behalf of Mike Herman!**

Please don't hesitate to call me should you want to discuss Mike personally at 619.279.7967.

Warmest regards,

James G. Kidrick
President & Chief Executive Officer

 THE MAY GROUP

*James C. May*
*1101 K St., Suite 400*
*Washington, D.C. 20005*

November 7, 2014

The Honorable Kim R. Gibson
United States District Court Judge
319 Washington Street
Johnstown, PA 15901

Dear Judge Gibson,

My name is James C. May and I am writing as a character witness for Mr. Michael Herman.

I am a 68 year old Marine Corps veteran who served as a platoon and later, company commander in combat in the RVN from 1968-1970. I subsequently enjoyed a solid business career and eventually retired as the CEO of the major trade association representing the Nation's airline industry. During my tenure, I experienced the aftermath of 9/11, skyrocketing oil prices, SARS, the birth and growth of the TSA and DHS and all of the challenges that these world altering events brought upon a beleaguered industry. I now run a small consulting company with clients in aviation and telecommunications. I have attached my bio.

I share this information, not to brag but to suggest that I have faced multiple challenges and tests of leadership that qualify me to speak with a certain degree of authority on character judgment. Mike Herman's judgment has been tested and found wanting. But in my view his character is sterling and always will be.

Mike is first and foremost a family man. He will travel for hours on end just to attend a family birthday get together. He works

tirelessly to mentor his sons and others who have helped build the company he founded.  If a family member is somehow in need, Mike is there to help provide support.  He is a constant positive influence in their lives.

Mike is a patriot.  He has spent years transporting at his own expense, wounded veterans and their families to necessary health care facilities when the only alternatives were budget breaking commercial transportation.

Mike is a citizen leader in the aviation community.  He serves on Boards; volunteers his time and provides financial support to numerous organizations that help carry out the charitable goals of the aviation industry.

Most of all, Mike is a trusted friend.  Not part time. Not just when it's easy, although sometimes it is.  But he is a full time friend who can be counted upon to be there through thick and thin, no matter how inconvenient it may be for him personally.  If Mike says; "I have your back" you can rest assured he does.

So, family first; patriot; citizen leader; trusted friend...are all qualities that taken together represent a man of character.

Thank you Judge for taking my thoughts into consideration,


James C. May
President
May Group, LLC

# James C. May

### President, Founder, Principal

### The May Group LLC

Jim May founded The May Group in 2011 after retiring as the Chief Executive Officer of the Air Transport Association, representing the nation's leading airlines on a myriad of issues both domestically and internationally. He led the industry through the aftermath of the 9-11 terrorist attacks and painful industry consolidation; served as the principal liaison with Congress, the White House and the many agencies with authority over airline operations such as the Departments of Transportation, Homeland Security, Federal Aviation Administration, Transportation Security Administration and even the State Department. On the international front, he interacted with ICAO, IATA, ACI International and the European Union. Since forming The May Group, he has performed assignments on behalf of American Airlines, Airports Council International and the Dublin Airport Authority, among others.

Prior to joining ATA, Mr. May spent 15 years as Executive Vice President of the National Association of Broadcasters representing the interests of Radio and Television before Congress and the Administration. During his tenure at NAB he was credited with leading the efforts to pass four major pieces of legislation – a rare accomplishment.

In the spirit of a true bipartisan, he worked for both PepsiCo and Coca-Cola and earlier served as Vice President of Public Affairs for the Grocery Manufacturers of America, managing the myriad of issues in bringing food from farm to table.

Among his many awards, Jim received the Silver Anvil, the public relations profession's most prestigious honor; and was named seven times by The Hill newspaper as "Top Lobbyist". As a compliment to his tenacity, the Washington Post newspaper said: "May is a warrior against his client's enemies."

Exhibit 11

Dear Honorable Kim R. Gibson

My name is Jennifer Herman.  I am currently a stay at home mother.  Pryor to that, I was the manager and nail technician at a salon.  I am Michael's daughter in-law and have known him 17 years.

Michael means so much to me and my son Jett.  He has always made time for us given his busy schedule.  His commitment to our family goes beyond words.  My son had Grandparents day at his school Michael was in Florida on Business but flew here to PA just to spend two hours with Jett at school.  On another occasion he came to Jett's school just to help out for camping day.  Those things meant the world to me given that my father passed away eight years ago.  Michael is now the only father I have.

In the past 17 years I have know Michael to never forget my Birthday or Anniversary.  He is so thoughtful and always makes me feel special.

Michael's generosity is without compare.  When I was planning my wedding he said I was not to worry I was to plan my dream that he was going to pay for the entire wedding.  I have no words to express what that meant to me and how truly grateful I was.

Beyond his generosity is his character.  To me a man that is a father, grandfather, businessman and entrepreneur.  A man that is kind, caring and devoted.  A man I am proud to call my father in-law.


Thank you for your time.

Jennifer Herman

Exhibit 12



The mission of Angel Flight West is to arrange free air transportation in response to health care and other compelling human needs.

**States Served**
Alaska • Arizona • California • Colorado • Hawaii • Idaho • Montana • New Mexico • Nevada • Oregon • Utah • Washington • Wyoming

*Angel Flight*
**West**

*Serving the Community and Those in Need Since 1983*

August 11, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Dear Judge Gibson,

Having worked for over 10 years to impact the lives of people in need of air transportation to access life-changing and often life-saving medical treatment, and currently serving as Executive Director of the nonprofit Angel Flight West (AFW), I'm writing to you to reflect Mike's generous character and commitment to giving back. Angel Flight West is a group of volunteer pilots that donate their time and cost of aircraft to fly those in need of free air transportation to access healthcare or for other compelling human needs. Mike joined AFW as a volunteer pilot in 2003. His latest charitable flight was on July 20. I have known Mike well since my arrival at AFW in 2004.

Mike has flown/donated 27 flights as an AFW command pilot, consisting of 34.9 hours in the air, $1,470 cash donations, and $77,071.60 of in-kind flight donations. During my time as a mission coordinator, I've witnessed Mike repeatedly go above and beyond to help those in need. He has flown flights for kids infected with HIV, flew disaster relief flights during Hurricane Katrina, he has flown blood and organs in support of the San Diego Blood bank, and has flown an entire family with Porphyria from El Monte, CA to Boston, MA to get the neurological treatment required to battle that rare illness. The list goes on.

3161 Donald Douglas Loop South, Santa Monica, CA  90405-3213
Business Office (310) 390-2958 • Fax (310) 397-9636 • Flight Requests – Toll Free (888) 4-AN-ANGEL
Email: info@angelflightwest.org • Web Site: www.angelflightwest.org

Mike embodies the character of most AFW pilots, which includes a strong desire to use his passions and opportunities to give generously back to those in need within their communities and beyond. If Mike is unable to fly for whatever reason, he is usually on the phone trying to recruit others to fly. Additionally, Mike has been personally generous with his time and experience in helping and coaching me in my transition to Executive Director. He has also repeatedly helped our staff in making inroads with sponsors, strategic partners, and individuals that can help us serve more people in need, more efficiently.

Mike goes out of his way to help Angel Flight West passengers during their time of need, often keeping in touch with them after the flight. AFW is better as an organization because of Mike Herman.

Please feel free to contact me with any questions, concerns, or should you need more information about Mike and/or AFW. Thank you for your time, consideration, and for your service.

Happy flying,

Josh Olson

Exhibit 13

PO Box 16751
San Diego, CA 92176


August 6, 2014


The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901


Subject:  Michael Herman


My name is Teresa Parker and I live in San Diego, California.  I joined the United States Army directly following high school because that's what my family did, I couldn't afford college, and didn't qualify for scholarships; my GPA suffered in junior year of high school when I dropped out to work and make money to help out at home.


After the Army, it took 7 years while I was working full-time, but I used my GI Bill to complete my bachelor's degree.  I worked as a technical and facilities project manager in corporate jobs for 10 years before I decided to open a commercial cleaning company of my own.  I was nervous and didn't have the confidence I probably should have had to be a business owner, but Michael helped me with that! He told me this: "when I started my first business I knew I had to make 100 calls to make 1 sale.  If I didn't make the sale in 100 calls that day, the next day I made 200 calls.  That's what you have to do.  Make the calls. Pick a lane, get in it, and stay focused".  Because of this sage advice, I've given more than 20 people work they didn't have before and I will continue to create jobs for the rest of my life.


My mom once told me 'people come into your life for a reason, a season, or a lifetime' - Michael and Maria Herman are all of these people to me.   They've seen me through the most challenging and rewarding experiences of my life...they've literally given me my life.  Let me explain.


I met Michael and Maria shortly after the recession hit; I had been laid off 2 times in 2.5 years from corporate jobs.  I was stunned, broke, and lost – which is, naturally, the perfect time to start a business.

My business was slow to grow and quick to debt. I was getting nervous about the financials, until I realized I'd given work to a few people who didn't have work before. Although I was scared about how to keep things going, giving people work was the best feeling ever! Sure, I'd felt good about the work I'd done in corporate jobs, but I'd never put food on someone's table! I was so excited and couldn't wait to tell Michael. Besides my mother, Michael is the most inspirational real life role model I've ever known. He's worked so hard throughout his life, accomplished so much, and still has time to listen intently and be genuinely happy for you.

Michael congratulated me on my first little successes in the business. He assured me every new business owner gets scared and confused about how to keep things going. He told me about all the people he's employed in various factories and businesses and agreed that giving people a great place to work is the best feeling. He was happy for me, but didn't let me rest on my laurels. He took a moment to really beam, but then told me to 'get back to work' and do even more – people depended on me. As he said that, I couldn't even imagine how many people depended on Michael to put food on their tables. That was a pivotal conversation for me, a reason Michael came into my life.

Shortly after that conversation, I was offered a full-time corporate job. Although a full-time job sounded like relief (I could chip away at the growing debt with a regular paycheck), I remembered talking with Michael. I could take 1 job for one person (me), or I could *make* many jobs for *many* people. Michael, a man who has seen and done so much: grown businesses, raised a loving family, chaired organizations, seen 4 wars, the advent of the internet and technology, provided livelihood for thousands of people, almost died and spent several months in a coma, and lived 70 good long years of REAL LIFE living. This man believes in me?!? It was easy to decline that 1 job and say yes to my business and the many people who have benefitted from it.

Unfortunately, the debt from previous years and the business became so big that bankruptcy was looming. I was mortified and very scared. A miracle opportunity for a 5-month contract job in New York came just in time! I talked to Michael and he supported me taking the job. He said that as long as everything in the business was running, I should be able to leave it and do a contract job for 5 months – I wouldn't be able to grow the business while I was away, but I *would* be able to pay off my debt and do even more when I came back. And I did!!

I returned home after the contract job completely debt free plus exactly $500 (funny how life works out like that!). Michael and Maria invited me to live with them so I could save money and get my business ramped up. This was another miracle opportunity! Their gracious generosity ended up being the BEST gift anyone has ever given me, but for a much different reason than I originally thought.

My mom immediately fell sick with terminal cancer. She went down hill hard and fast. She was so sick she couldn't do her laundry, grocery shop, cook or clean. Instead of focusing on my business, I focused on helping my mom. One day she was admitted to the hospital for abdominal pain and never came out. I spent 3 weeks by her side until the night she passed. Besides the occasional visitor, it was just me and my mom in a hospital room until the very end. I sometimes wonder how sad and lonely it would have been for her if I hadn't been able to be there. I wonder how much guilt I would carry today, if back then, I spent my mom's last moments working a job to pay bills and rent.

Michael gave me much more than a place to stay. He gave me a home where I felt safe and cared for so I could be present and really care for my mom. He gave me piece of mind that I was going to be okay if I took this time for her, for the both of us. Some nights I would come home exhausted from 12-14 hours at the hospital and Michael would be in the kitchen watching old movies and eating ice cream out of the carton. It makes me smile to remember the feeling of grabbing a spoon, having a bite or two of ice cream, watching a few minutes of an old movie and feeling totally held up when I just wanted to collapse. He didn't even have to say or do anything. His strength, generosity, grace, and human-ness is unparalleled and lends itself to everyone around him. Michael knows when to push you to be better than you think you can be, and when to just give you a hug. However, I don't think he knows this about himself. I'm also sure he doesn't know that every day I see the picture of my mom on my table, I feel so blessed to have had that special time with her...and every day I feel blessed for his generosity that gave me that rare opportunity.

I'd love to say that after my mom passed, I quickly grieved and went on to build a super successful business. Turns out losing a parent is really painful and takes a lot out of you. Michael and Maria were so kind and patient with me. They continued to house me and love me through all of it. I was almost back on my feet a few months later and had just been approved for an apartment when my father fell down the stairs at his home in New York and suffered a massive bleed on the brain. Michael got me back in time to say goodbye and be there for the arrangements and service. I can never repay him for that.

While I was gone tending to my dad's affairs, I lost the apartment. Michael assured me (again) that everything would be okay and told me to take as much time as I needed to recoup. Although I wasn't as close with my dad as I was with my mom, I welcomed the security Michael provided me so I could find my way again. I was just starting to get back to business when my best friend's 5 year old daughter drowned in a freak accident.

My mom, my dad, and little Abigail who I'd held since she was a newborn - Losing them within months of each other was the hardest season I've ever lived through. I know I wouldn't have made it through that time if it weren't for the Hermans. Michael and Maria took care of me in the biggest definition.  They gave me a place to live, compassion, strength, advice, ice cream, and old movies.  They made everything okay just by being kind and generous.  They didn't have to do this, they had nothing to gain, we'd only known each other a few years and I'm just a friend – not even family.  They gave because that's just who they are.

I have seen Michael and Maria survive so much together through his near death health scare, his grandson's heart condition, and other seeming 'losses' in life.  Yet, they continue on, focused on growing and loving more.  They do so much in their community between giving flights to cancer patients for remote treatment, sending a friend and his new infant son home to Texas before the man's father passed missing the single opportunity to hold his grandson, helping countless friends rebuild their lives, and extensive work for the foster youth of San Diego. That season of loss in my life could have really brought me down, but I decided to be like Michael and Maria and make the most out of life by continuing to grow, love, and give like they do.

Because of Michael and Maria, their generosity and inspiration, I became a CASA (Court Appointed Special Advocate) for a foster child.  I have a little boy assigned to me.  His story, although only 10 years in age, is long and painful.  In the 1st year of my assignment, he was enrolled in 5 schools and 6 residential placements; I was with him during every residential move and school transition.  If it weren't for the CASA program, he wouldn't have had anyone there to support him; his parents and family do not have communication with him.  I can't imagine how scary or confusing that year would have been to a 10 year old boy navigating it alone.

I'd like to think this foster child will have a better life because he has a CASA.  I'd like to think Michael's good guidance and wisdom has rubbed off on me and I can pay it forward to this little boy.  I hope I've learned to help people feel 'okay' and cared for the way Michael has done for me, and so many others.  Michael literally gave me my life the year I suffered the biggest losses I'd ever known. His kindness and advice got me through that time and gave me more confidence than I ever knew before.

Sometimes, people come into your life for a reason or a season.  And sometimes their generosity and support shapes who you are so you can be a better person for a lifetime.  Michael Herman is all of these, and so much more.

Respectfully,

Teresa Parker

Exhibit 14



Rabbi Leonard Rosenthal

August 8, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

**RE: Michael Herman**

Dear Judge Gibson:

I have been the Rabbi of Tifereth Israel Synagogue in San Diego for twenty-five years. It is in this context that I know Michael Herman, who joined our congregation in 2004.

I first met Mike when he called my office to request an appointment with me. I did not know why he wanted to meet. When he arrived he told me of his acquaintance with one of our long time members, Dr. Leonard Bernstein, whom he felt a debt of gratitude towards. Dr. Bernstein had asked Mike if he would consider a gift to Tifereth Israel Synagogue. Mike told me that he wanted to establish an Endowment Fund at the synagogue in memory of Dr. Bernstein's late wife, Sandra. His gift was to total $50,000 funded over a number of years.

I was overwhelmed by Mike's generosity and selflessness. At that time, nor over the years, has he ever requested thanks, acknowledgment, or special favors for his gift. His gift was given without any "strings" or conditions. His sole desire was to perform a charitable act in memory of Sandra.

In addition to his gift, at his own initiative, he also became a member of Tifereth Israel Synagogue. He joined our synagogue despite the fact that he was already a member of other congregations. He simply wanted to become a member and contribute to our synagogue.

Because of his travels I have seen Mike only infrequently over the years. However, we have kept in touch by email. He is always been friendly, personable, and concerned about Tifereth Israel. We speak about the congregation and our families. He never brings up his generous contribution to our Endowment Fund nor the other gifts he has made over the years.

*Create a Jewish Legacy*

6660 Cowles Mountain Boulevard, San Diego, California 92119-1827
phone **(619) 697-6001** • fax (619) 697-1102
www.tiferethisrael.com • e-mail: tifereth@tiferethisrael.com

Mike's gift is invested through the Jewish Community Foundation and the principle has grown over, despite the fact that the congregation draws upon it annually to meet our needs to our members and the community at large. The Sandra Bernstein Fund he created will sustain our congregation for generations to come, long after both of us are gone.

I am grate to Mike for his friendship and support, as well as his selfless contributions to Tifereth Israel Synagogue.

Please feel free to call, write, or email if I can be of further help.

Shalom,

Rabbi Leonard Rosenthal

Exhibit 15

July 31, 2014


The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901


Dear Judge Gibson,


I am writing to you about Michael Herman who is soon to be sentenced by you. It is a difficult letter to write.  How does one put into proper words the influence that a true mentor and wonderful person has had on them?

My name is Andrew Schwartz and I am 41 years old.  I live in Great Neck, NY, the town that Michael Herman grew up in.  I am a real estate developer and property manager here and overseas.  I can tell you that I attribute much of my success to guidance from Michael.

I have known Michael my entire life.  My grandfather, Andre Hercz, had the privilege of having Michael in his life since around 1970.  Until his death in December 2013 at 92 years old, Michael was the son that Andre never had (he is survived by four daughters including my mother).

For the last fifteen years I was my grandfather's "right hand" and therefore have had extensive time with Michael as he would visit or call regularly.  As I learned about business and life, Michael was there as a sounding board the entire time, and continues to be today.  I thank Michael for the unselfish manner in which he has helped us.

Specifically, Michael has taught me two essential life lesson, a person must take care of family and when one gives, give for the joy it gives you, not for any return favor or reward.  I strive to live by Michael's model daily.  This tenet has helped in my marriage as well!

I have seen Michael be charitable in a very direct way.  We have a business in the Philippines in a fairly impoverished area.  When Michael has made trips with me, the first thing we do is go to a local orphanage where he personally gives money to feed all the children.  The Catholic priest who runs the Home calls Michael a "savior".  It is incredible to watch Michael, tears in his eyes, personally taking time to help these kids. In fact, there is a young boy there that aspires to be an airplane pilot like Michael.  Whenever we visit, Michael sits with this boy, who has been

through hell, and talks about airplanes, giving this child hope. What can be more important?

I will not comment on anything specific about Michael's plea as I am not knowledgeable about such things. All I can ask is that you look upon this wonderful person with mercy and kindness. Michael has lived his entire life for his children and family. He is the most charitable and generous person I know.

I will end with one story that I think gives the best example of what I see in Michael.

In August 2004 my grandmother, Victoria Hercz, passed away. In the Jewish religion, when we bury someone, the greatest symbol of honor you can show is to be the one to shovel earth onto the casket. Most of the time, people just do two shovels full and move on and then the caretakers at the cemetery do the rest when the family leaves. Michael and two of his sons stood out in a pouring rain and shoveled until the grave was full. No paid person added any soil to her grave, it was all done by people who loved her.

That is the man I have grown to love as a father.

I hope this helps as you decide on his fate.


Respectfully,

Andrew Schwartz

Exhibit 16

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Mara Herman
2549 Reservoir Road
Hollidaysburg, PA 16648

August 8, 2014

Dear Judge Gibson,

I would like to begin this letter by thanking you. I believe I can speak on behalf of my entire family when I say that your willingness to read our letters is truly appreciated. I am Michael's granddaughter, and the daughter of his son Robert. I have a Bachelors degree in Art History from the Pennsylvania State University, and own a community art center in my hometown of Hollidaysburg.

I feel the best way to begin, is to say that I am completely and fully aware of my grandfather's charges, and I do not excuse them. I have witnessed firsthand the great deal of stress his actions have had on my father and the rest of my family, and I find it disappointing to say the least. While I do not agree with the decisions he has made, I have found it within me to forgive him.

Growing up, I had a wonderful relationship with my grandfather. He managed to be very present and caring throughout my childhood, even when he lived on the other side of the country. As I grew older and he grew busier, he never forgot to call on a birthday or special occasion, and was always there for the important moments, like my graduations from high school and college. I have always felt lucky to have a grandfather who always knew what my current interests were, and made a point to relate to me. One specific instance of this, is connection I hold with my grandfather regarding our love of photography. Years ago he gave me part of his prized collection of film cameras and lenses; a gesture so meaningful, words can't properly explain it further.

I have spent the majority of my life watching my grandfather help care for his family, friends, and even strangers when in need. In my opinion, his generosity is genuine, despite the questionable choices he has made in more recent years. The decisions he has made have affected more people than I may know, but I do not believe he had a true understanding of what sort of consequences would follow. This does *not* excuse his actions, and I believe he knows that. What I think is important, is that he did not have malicious intentions. I do not believe he intended to hurt or burden anyone, and I have seen true remorse displayed in his actions and in his words.

I am not writing to you to sway you to allow my grandfather to avoid punishment. I believe that crimes must be addressed, and he is not exempt. What I hope to do is help you make a decision that properly fits him as a person. I believe he has learned a lesson from his irresponsible decisions, and I hope that a lesser sentence is in your consideration.

Thank you again for your valuable time and consideration.

Respectfully,
Mara Herman

Dear Honorable Kim R. Gibson

I'm Mike Herman, Michael's youngest child. I'm the Facilities Manager at North American Communications.

My father and I share the same birthday, we have that special bond. Every year we celebrate our birthdays together, words can't describe what that means to me. The person I became is due to him. He taught me to be strong, respectful and nurturing. As a family we would go on motorcycle camping trips. A great experience to see the world. I raced motocross back in the day which I could not do without his support and his talent as being my mechanic. As my father running a business and taking care of me no matter what he was there. I admire the fact that does so much charity work. He fly's cancer patience anytime providing them comfort says a lot about a person having that luxury to share with others.

Thank you for your time.

Mike Herman

Exhibit 18

The honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building 319 Washington Street
Johnstown, Pa. 15901
July 21,2014
Your Honor,

My name is Petrina Herman, I am Michael Herman's daughter.   I first met my dad when I was 8yrs old, he was such a wonderful man and became my dad right away. He was the dad I never had. I didn't understand where he came from but he was my guardian angel.

He adopted me in 1983 and I changed my name right away I was so very proud to have his last name, it was the best day ever right next to him walking me down the aisle when my dad gave me the wedding every little girl dreams of.  I have never loved any one the way I love my dad, he is so kind and caring in so many ways.

Growing up was incredible my dad taught me  how to ride horses how to ski, ride motorcycles, my life was filled with many excited things, family trips  to so many different places. I felt like the luckiest girl in the world.

He loved me like I was his own and never made me feel like I was adopted.   He put me through collage and anything I wanted or needed he provided.  I didn't have much confidence as a kid (was kind of lost) but he was always by my side lifting me up telling me how beautiful and smart I was.

What do you say about a man I call my dad every day?  My dad has been my rock he has made my life what it is today.  I would be lost without him!

My dad is the most wonderful charitable man and best friend anyone could have.

Thank you for reading my letter,
Sincerely,
Petrina Herman

# HOLTHAUS & ASSOCIATES
## ATTORNEYS AT LAW

August 4, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Re: Michael Herman

Dear Judge Gibson,

I am an attorney at law first licensed to practice in 1977 before the courts of the State of California. I am also admitted to practice in a variety of State and Federal Courts as well as several foreign jurisdictions. My practice has primarily focused upon Maritime and transactional representation and litigation. I started my legal career at the Office of the San Diego County District Attorney and then segued to private practice.

I am saddened while, at the same time honored, to provide the court with this letter of recommendation for Michael Herman who will soon be standing before you sentencing in a felony criminal proceeding. I have known Michael for about twenty years, first as his personal legal counsel in California and, as time progressed, we later became close and dear personal friends, particularly during the years I struggled with serious health issues and personal and professional challenges. During this time I came to greatly respect the man who treated me with the same concern, attention and affection that he extended to his five grown children – I came to understand that Michael treats everyone the same:  with respect, kindness and deference.

When I was stricken with stage 4 esophageal, colon and liver cancers about ten years ago, Michael took charge and expedited my oncological treatments and hospital admission, while visiting daily for the months I remained hospitalized. He acted as a father to my wife and two small children when I could not, and did his utmost to ensure we all remained positive and optimistic. It worked. After completing the various radiation, surgical and chemotherapy protocols cancer treatment required, Michael assisted me with encouragement, office support, advice and direction in getting my law practice reestablished and me 'back in the saddle'.  If not for him I would not have had the confidence and courage to resume the practice of law and a normal life.

In 2003 Michael was stricken with a deadly disease known as *necrotizing fasciitis* (aka  Flesh Eating Bacteria) that resulted from a hospital and surgical misadventure that should not have occurred - the bodily damage and deformities Michael sustained were and are severe and he was not expected to survive his ordeal.  But survive he did, and during his many months hospitalized in a coma, literally dozens of family, friends, and beneficiaries of his kindness, stood watch at Mercy Hospital, all praying for his recovery.  This veritable outflowing of care and concern is a true and lasting testament to the utter goodness of the life Michael Herman has lived and the values he observes.

419 La Crescentia Dr. San Diego, California USA 92106
Office: (619) 225-8353  Direct: (619) 871-8151  Facsimile: (619) 225-0796
DDH@Holthaus.Org

The Honorable Kim R. Gibson
Re: Michael Herman
August 4, 2014
Page 2

While the circumstances of Michael's illness virtually demanded that the offending hospital and physician be held legally accountable, he would hear none of that. The hospital at which he had contracted his disease was the same facility that successfully treated him and he was overwhelmingly grateful for what they had done. Not one to flash his generosity in a self-serving fashion, Michael Herman made a very generous financial contribution to the hospital while instructing me that his donation should remain secret and anonymous.

It would take me literally weeks to recount the many and varied acts of kindness, support, generosity, guidance and affection I have personally witnessed in the two decades I have known Michael Herman. While Michael's error that brings him before you cannot be ignored, allow me to respectfully submit that, on the balance sheet of life, he is oh so worthy of mercy and consideration of who he truly is and what he has done on whole.  While the Court has the unthankful task of punishment for crime, I further submit that the man who will soon stand before you is diametrically different from the typical wrongdoer.  Mr. Herman has lived an extraordinarily positive and generous life, raised five wonderful children, employed literally thousands of Pennsylvanians, positively influenced so many folks including myself and is truly a role model save the matter before your Honor.

Allow me to repeat what I stated at the outset above: I am honored to have this opportunity to speak on behalf of a gentleman who I know so well and hold so dear.  If it were an option, I would gladly take his place before you, that is how deeply and sincerely I feel that this is an aberration that will never again be repeated by my friend Michael.

If the Court desires or would be assisted by anything further I might offer, please do not hesitate to let me know. Thank you sincerely for taking the time to consider my thoughts and experience in your consideration of the proper sentence to impose.

Respectfully,

Douglas D. Holthaus, Esq.

DDH/me

419 La Crescentia Dr. San Diego, California USA 92106
Office: (619) 225-8353  Direct: (619) 871-8151  Facsimile: (619) 225-0796
DDH@Holthaus.Org

Exhibit 20

August 8, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

To the Honorable Kim R. Gibson

I am writing this letter on behalf of Michael Herman.  I have known Michael for 28 years, as an employee of North American Communications, with many of those years working directly for him.  Professionally, I have learned so much from Michael.  He has taught me that you never give up, no matter how difficult the task may seem, there is always a way to accomplish it.  He leads by example.  His sense of fairness, his values, optimism and determination are contagious.  He taught me to expect the best from myself and to never settle for anything less from others.  Over the many years, we have become like family.

He is the kind of person that always took the time to get to know not just his employees, but their families, their interests and what was going on in their lives.  You would never see him that he didn't ask about your husband/wife, kids, parents or even pets with genuine interest.  He never treated the people who worked for him as "just employees".  He viewed us as extensions of his family, always the first to be there with an offer of help or advice.

I have probably never met a more generous person, not just financially (donating much to charitable organizations), but giving of his time and resources as well.  A few years ago when my sister was diagnosed with ALS, he immediately offered to get her medical records to a specialist he knew in New York.  Unfortunately, they concurred with the diagnosis, but the effort was very heartfelt.  When a long time, retired employee passed away with no life insurance, Michael gave the family money to assist with funeral expenses.  He arranged for another senior employee struggling with diabetes to see a specialist who helped get his condition under control once and for all.  He paid for the entire college tuition of a deceased friend's daughter with limited resources so she could pursue her dream as a photographer.  He devoted much of his time doing charitable airlift missions for cancer patients and veterans.  If someone needed a place to stay, he opened his home to them till they got on their feet.  The examples of his generosity are endless, but suffice to say, Michael would give you the shirt off his back if you needed it.

In summary, I think Michael is a rare individual with a huge heart, who most often puts the well-being of his family and friends ahead of himself.  It has truly been a privilege to work for and know him all these years and to be a part of his "family".

Sincerely,

Susan Bender
Altoona, PA

Leonard S. Bernstein, M.D., Inc
Internal Medicine
6747 Ridge Manor Avenue
San Diego, California 92120
Telephone #619-583-2333

August 12, 2014

To: The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Re: Michael Herman

Your Honor,

My name is Leonard Bernstein and I have practiced Internal Medicine in the San Diego community for over 45 years. I have been the personal physician for Mr. Michael Herman and his family for over 15 years.
I have been involved in caring for Mr. Herman during a critical time in his life when he was in danger of losing his life from an extensive flesh eating bacteria which resulted in a condition known as necrotizing fasciitis. He was hospitalized at our local teaching hospital for a prolonged period of time requiring multiple surgeries. During that period I had an opportunity to spend a great deal of time with Mike and his supportive family.

There are few people in my life whom I admire and respect as much as Michael Herman. Anyone who knows him can substantiate that he is a generous, caring and sensitive person with high moral and ethical standards. His unconditional generosity extends beyond family and friends and includes the general community. As a token of his appreciation for the doctors who saved his life, he made a major contribution to Scripps Mercy Hospital in their honor. He has always remained appreciative for the excellent care that he received and has kept in close contact with a few of the doctors that saved his life.

At the time of his prolonged recovery he required extensive physical therapy. My wife, who in now deceased , was also receiving physical therapy at the same facility and they got to know and respect each other. After her death he was so profoundly upset that he made a major contribution to our Temple and created an Endowment Fund in her honor which I proudly contribute to regularly. He and his wife, Maria, even joined the Temple to reinforce their commitment,

I know first hand that many others have had similar experiences and were recipients of Mike's exceptional love and generosity. It appears that his primary goal in life is to be of help to others in their time of need.

It has been a distinct pleasure to be Mike's physician and I feel very fortunate to be his friend.

Sincerely,

Leonard S. Bernstein, MD