Exhibit 22

# Jonathan W. Jones, M.D., F.A.C.S.
### Reconstructive Plastic Surgery, Hand and Microsurgery

Diplomate American Board of Plastic Surgery
Added Board of Qualifications in Surgery of the Hand

4060 Fourth Avenue
Suite 205
San Diego, CA 92103
(619) 260-1076
Fax (619) 260-1077

October 30, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Your Honor,

This letter is submitted for your review as an attestation of the character of Mr. Michael Herman.

I first met Mr. Herman when he was an inpatient at Mercy Hospital. I had been asked by his general surgeon, Dr. Rumsey, to assist in the management of abdominal, flank, and thigh wounds. Mr. Herman had undergone a routine colonoscopy by a gastroenterologist but in this procedure, the gastroenterologist accidently perforated the colon. Florid sepsis resulted. Infection spread to the abdominal wall mandating multiple surgical procedures; these resulted in the loss of large portions of the abdominal wall musculature. Extensive skin grafting was required. Many months were required before his wounds sealed but the end result was that hernias resulted and these have required an abdominal binder for support. Mr. Herman could rightfully have filed a law suit against the gastroenterologist who caused these problems but he instead dispensed grace and took the physician out to lunch. A law suit would have been an incapacitating blow to the gastroenterologist who soon thereafter developed Parkinson's disease. Mr. Herman's approach to the multiple trials he faced was always positive and served as a great inspiration to me and to others.

Shortly after the majority of his wounds had healed he developed symptoms of coronary artery disease. He then underwent successful coronary artery bypass surgery. While recuperating he maintained a bright positive attitude that was truly exceptional. I asked him how he did it and he said that rather than dwell on the bad he would instead "move on".

Mr. and Mrs. Herman have generously contributed to an organization that helps foster children find permanent homes.  Many young lives have been taken from despair  to hope.  Many young people have bright futures thanks to the generosity of Mr. and Mrs. Herman.

Mr. Herman is an accomplished pilot.  He has, year after year, donated his pilot skills and the use of his plane to help the truly unfortunate including children with incurable diseases.  Last month he flew several young children from San Diego to San Bernadino as a part of the "Angel Wings" summer camp project.  Each of these young children carried the HIV virus.  Before the flight, when the plane was still in the hanger, I noticed Mr. Herman lean down and shake the hand of a little girl passenger.  He said, "Hi, I'm Mike.  I'm going to be your pilot".  The flight may have been the highlight of her life.

Mr. Herman is one of the few persons who truly make this world a better place.  He has demonstrated an attitude of grace and forgiveness to others and has served as an inspiration to me and to many others.

Sincerely,

Jonathan W. Jones, M.D.

Arnie Katz

909 Eugene Cernan Street
Las Vegas, NV 89145
email:  Crossfire4@cox.net

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

I've known Michael Herman my entire life. When my parents brought me home a few days after my birth on July 2, 1946, Mike's family lived directly across the street from us in Brooklyn. Both families moved to suburban Long Island, a 10-minute drive apart, and remained extremely close.

Mike Herman and I are first cousins in a family severely depleted by the Nazis before and during World War II. His mother was my father's adored sister.

We were even closer than kinship might suggest. My mother loved Michael and his sister Audrey as much as if they were actually her children.  I thought of Mike almost like an older brother.

Some of my earliest memories involved Mike doing some little thing to make my life sweeter. I still recall him peddling up to me in front of the apartment house and sharing his Three Musketeers candy bar or spending part of his allowance to buy me a Charlotte Russe from the cart that came down our street during the summer.

His generosity grew with the passing years. One of the things that makes Michael special is that he invested his time and energy as well as material resources.

A prime example of the way he expressed his love and concern for me involved model trains. My father got me started, but his heavy workload made it impossible for him to do more than purchase the equipment.

Mike gave me his trains to add to my own and bought a lot of additional locomotives, rolling stock, accessories and track.

That alone would have been a handsome gift, but Michael did much, much more. Night after night, Mike visited us to work on the trains. He built elevated ramps and a centralized control panel. Mike supervised the complex electrical system and contoured the scenery. Like a diligent brother, Mike toiled day after day until we'd crafted a smooth-running tabletop railroad.

I'm a professional writer and editor. I might not have had this career without him as a role model and mentor.

His example helped give me the fortitude to brave the risks and uncertainty of an artistic career. His strength in speaking his mind and his indomitable resistance to surrendering his beliefs to authoritarian elders taught me how to resist the well-intentioned pressures to abandon my dream.

Michael also gave freely of his time and attention. During the tumultuous 1960's many adults summarily dismissed anything said by a high school or college student. My cousin was a singular exception. He always listened to my point of view and often

debated my conclusions. Our discussions helped me develop self-confidence and increased my ability to defend my opinions. Michael's willingness to consider new ideas and incorporate what he deemed worthwhile into his own worldview taught me to champion my beliefs without becoming inflexibly dogmatic.

When my wife Joyce and I began our 44-year relationship, Michael, alone among my relatives, welcomed her.

When they actually met Joyce and abandoned their xenophobic objections, Mike did all the photography at our wedding.

Today, at age 68, my love, respect and admiration for my cousin and friend Michael Herman remains undiminished. He has done so much for me, as he has for many others. I'm grateful for his presence in my life.

Yours truly,


Arnie Katz

To Whom It May Concern:

My name is Autumn Blauschild-Muranelli. I am 38 years old and currently live with my husband in the Bronx, NY.  I am also the eldest daughter of Steve Blauschild, Michael Herman's company pilot for over 15 years. My dad died suddenly at the age of 48 in 1995 due to a heart attack.  It is because of their close friendship Michael Herman always felt the need to take care of my sister and me, especially financially, after my dad passed away.  If it were not for Michael Herman, I would not have been able to afford the tuition while I earned my Master's Degree in Elementary Education.  I currently work in the public sector and consider myself to be a contributing and educated member of society.

I have known Michael Herman since I was 9 years old. He has always shown me nothing but respect and generosity.  Having Michael in my life at such a young age, afforded me many opportunities that would not have been possible otherwise. Growing up as an inner city kid, I never thought I would get to live in a house with a big backyard, which Michael helped accomplish, or do things like waterski, fly places to go on vacation rather than driving, and travel overseas. These are just a few examples of his kind heart and giving nature. He was not only my dad's boss but a close friend. Michael Herman not only helped my dad provide for his family, but invited our family to become part of his. He often had us on vacations with his own family. These are great memories I will never forget.

Since the loss of my dad, Michael has stepped in not just as a father figure but as a provider as well.  As stated earlier, he paid for my Master's program, helped me financially when I needed to make ends meet, even offered to pay for my wedding and those just a few things that he's done for me. He's also provided for my mom and sister as well.  He sent my sister to an exclusive sleep away camp, where she fell in love with photography.  He later paid for her college education at Parsons School of Design in order for her to fulfill her dream of becoming a professional photographer, and he helped pay for her wedding too.  My life, along with my mom's and sister's, has been blessed and very fulfilling because of Michael's big heart and generosity.

Michael's compassion, selflessness and desire to take care of those around him, whether they are blood related or not, shine through every day.  He is a great role-model due to his ethics and his overall character.  He cares about tradition and is a fair and honest person.  He was playfully, yet respectfully nicknamed "the chief" by my dad because of his position at work and within his own family.  He is looked up to and adored by more people than he will ever know.  He has even touched the lives of people he will never meet just because of his desire to help others.  He is a great man and has changed my life for the better.  It is for these reasons stated above and many, many more, that I write this letter with great admiration and gratitude on his behalf.

Sincerely,

Autumn Blauschild-Muranelli

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, Pa 15901

Honorable Gibson,

It is my great pleasure and honor to write a character letter for Michael Herman. My name is David Allen. I am a 30 year old father of 3 and proud husband for 7 years. I was born in Manhasset New York on November 12th 1983 and have resided in the Altoona area for the last 28 years of my life. I graduated from the Altoona area high school in 2002 and attended Penn State University from 2002-2005. I have worked in restaurant management, insurance sales and financial planning.

Michael Herman is the father of my mother Caryn Herman. I met my grandfather in the first few days of my life. He has been one of the most important figures not only in my personal growth and development as a man but also as a role model for me to follow in my professional life. I have had the opportunity to witness first hand and second hand how Michael Herman has impacted others lives in a positive manor. Ever since I was a child I had the pleasure of witnessing acts of kindness from Michael Herman on to perfect strangers, employees of his company, as well as family and friends. It was not until I was an adult that I realized that most people do not have the ability to impact the lives of others in such a profound way. I would like to highlight some of the many profound encounters I have had with Michael Herman and have experienced from others about their experiences.

When I was 19 years old in 2003, I had decided to take time off of college. I was uncertain of what I wanted to do in life and needed time to find the inspiration to move forward. My grandfather Michael Herman and his son Robert suggested that I spend some time working full time in their manufacturing facility in Duncansville, Pennsylvania. I saw it as an opportunity to earn a living and see what it was like to have to work a manual labor job. What I took away from 9 months of work was so much more than just the motivation to return to school. As people discovered my identity, the grandson of Michael Herman, everyone I encountered took the time to go out of their way to tell me how much they enjoyed their interactions with Michael Herman. I was amazed to hear how many employees and their spouses, through interactions at company picnics and other events at work and outside the factory, had positive experiences with my grand father. I heard countless stories of acts of kindness by Michael Herman to help them or offer sometimes life changing advice. After hearing these stories it inspired me to be like him. I decided to continue my education so that I could have the skills to be able to impact the lives of others in such a wide variety of ways like I have heard about from my co workers.

The most important aspect of Michael Herman's personality is his love for his family and well-being. After the birth of my first son Hudson in 2008, my wife Stephanie started suffering numerous health concerns and we were not getting answers. Michael Herman took it upon himself to find her the best specialists on the East Coast and personally made her appointments. He provided transportation to New York and took care of all out of pocket expenses. It was not just his act of kindness that saved my family from financial strain but also the way he demonstrated charity without the expectation of recognition or repayment that has always stuck with me as an example of how to treat others not just in my family but also in my community and professional life as well.

Michael has taught me throughout the years of my life that family is the number one priority. Through hardship with health and financial strain I have used Michael's example to always put my family first and to help others when I can. I hope this brief letter can demonstrate what an outstanding individual Michael Herman is and how much he means not only to his family, but also his community.

Sincerely,

David Allen

Exhibit 26

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

My name is Kevin Allen and I am Michael Herman's grandson. I'm 21 years old and just completed college in Los Angles California. I am starting out my professional career in the music industry in Los angeles, CA and I know I couldn't have done this without the guidance and support of my grandfather Michael Herman.

He has always been there to show his support for me whether it was watching the sports teams I played on growing up or talking to me about my thoughts on my  college education. He has always put his family first with enough love and caring for all of us!  My grandfather has always had the the best intentions whether it was advice I didn't always want to hear or solid business counseling that only a loving and kind man could give. I've seen my grandfathers caring extend to others outside of my family from working with his employees while I was in High School studying computer programming. I had the opportunity to see how a large and complex business is operated. He seemed to be a mentor to many people and many who told me what a wonderful person my grandfather is. We lived in a small town and he created thousands of jobs over the years and making a positive impact in the community we lived in. I also saw him help less fortunate people who he's sheltered by opening his home to along with the charities and children that his actions elevated and influenced. To me personally he showed me its important to do the right things in this life and treat everyone with respect. In the past I remember flying with my grandfather and my parents heading to NY for a weekend and we stopped to pick up a wounded soldier and his wife to fly them to New York for a charity event that was being held for that soldier. I remember how kind he was to the man and his wife and when we dropped them off how he hugged them both and smiled so much like they were family too! I was also recently blessed to be able to fly with him on an Angel Flight West where he flew a group of underprivileged children with HIV, to a camp for the week, treating all as if they were his own.  His actions and the many caring acts of kindness and help to so many are very motivational to me and I too am inspired to want to help others thru charities and giving of my time.

Exhibit 27

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, Pa 15901

August 7, 2014

Dear Judge Gibson,

I am honored to write a character letter for Michael Herman. I am a 30 year old mother to three children. I am currently a stay at home Mom, but prior to having my children I worked as a drug and alcohol counselor after graduating from college. My 11 month old son was born with an undiagnosed heart defect and has spent most of his life in Children's Hospital of Pittsburgh. He has had 5 major surgeries and my husband and I have always made sure that someone was at his side. I married Michael's grandson, David Allen, in 2007 and have known Michael since 2005.

I met Michael in 2005 after I started dating his grandson. David spoke so highly of his grandfather and the impact he made on his life. I knew meeting Michael was an important step in my relationship with David and I was nervous. This man was the only constant father figure my husband had growing up, and his approval was important to me. As soon as I met Michael, I immediately felt welcomed into the family. He really took the time to get to know me, more than quick pleasantries. What I remember from that first meeting is the love and adoration Michael showed for David. When he spoke to David I watched how he looked at him and I could see pride in his eyes. I immediately felt respect for Michael because I knew his family was extremely important to him. Upon greeting and departure, Michael gives everyone a hug and a kiss; this was huge to see such affection from a man towards his family.

Over the years Michael's love and support has helped me in numerous ways. Thanks to Michael I have improved my health and had the wonderful opportunity to stay home with my children.

Shortly after having my oldest son, I started having headaches and high blood pressure issues. I was having problems at work due to pain and had to miss a lot of work. As soon as Michael found out what was going on he called a few friends that were specialists to help with my medical concerns. Michael made sure I got doctor appointments quickly and even flew me to my appointments in upstate New York. I never once had the worry of a medical bill thanks to Michael. He made sure my health concerns were addressed by the best in the field. He also insisted I quit work so I could focus on my son and my health and he made this possible by assisting us with our financial strain. Michael made sure that my family's needs were met during my time off work. He always stressed the importance of caring for my health and my family, and he took care of the financial worry. Michael lifted the burden of financial strain for us, but in true Michael Herman fashion he didn't want recognition for what he did. He quickly accepted my numerous thanks, but didn't want to focus on what he was doing to help us, but rather focus on my health.

In September 2013 my youngest son was born with a heart defect that would require extensive hospital stays and numerous surgeries. Michael very quickly called to address his concern about my son, and made sure that he would help us in any way he could. Michael has been helping us financially so we have been able to remain at our son's side during 5 major surgeries and remaining at the hospital for months at a time. The strain of having a child go through extensive medical complications and surgeries is exhausting, but thanks to Michael we haven't had the financial worry that most families in our situation would have.

I cannot thank Michael enough for all of the help he has given to me and my family over the years. He is a caring and giving man that would do anything for his family and even strangers. His kind heart has stretched to so many people and I am truly honored to know him. He has set a great example for my family of how selfless giving is important to true happiness. Michael helps us and others without recognition. He quickly takes a thank you, but doesn't like the attention for his financial assistance. When I first learned of Michael's involvement in assisting wounded soldiers fly home I was amazed but not surprised. That is definitely something Michael enjoys. He can make a huge impact on someone's life and not having huge

recognition.  Regardless of the financial cost Michael wants to help others first, and that has taught me a lot over the years.

Michael has shared with me his stories of struggles during the times he was building his business.  He finds it important to share his struggles as a learning tool for others to avoid the pain and suffering he had.  His thoughtfulness and generosity are outstanding.  Michael remains a huge part of his family; regardless of the distance he is heavily involved.  I have high respect for Michael because he has created a business and remained a family man at the same time.  I am glad that he remains a huge part of my husband's life as well as my children's lives.  Despite my family living in Pennsylvania and Michael living in California he is a large part of my children's lives.

There is no way I could ever thank Michael for giving so selflessly for my family.  My family background doesn't involve a single person that is so giving of not only financial support, but true love.  Michael has such joy when he is with his family, it is something that I admire and look up to.  I feel truly honored to have married into the Herman family and to have been welcomed by Michael.  To Michael I am not the woman his grandson married, but his granddaughter.  My children are blessed to have such a close relationship to a man that has made a huge difference in my husband's life, my life and the lives of strangers.  He has made a huge impact on my life, by allowing me to be there for my children and most importantly by my son's side during numerous major surgeries.  There is no way to adequately thank him for that gift.  Without Michael I would not have been able to remain by my son's side, like I am currently.  The financial strain that comes with a child with severe medical needs is overwhelming; we never have had to worry about that.  We have been able to focus our time and energy on our son and his health.

Michael has taught me over the years that money and financial success are nothing in comparison to family and health.  My family could have had numerous times where we were homeless or gone without food to eat, but Michael made sure that never happened.  He truly saved us from losing everything.  It is difficult to even begin a letter about Michael Herman and discuss his impact on my life, because he has made such a huge impact that I don't know if I could ever fully explain it.  The depth of his love for his family is something that I wish everyone could experience, and I'm lucky that I have been able to see it firsthand.  Family is important to Michael and I am forever grateful to call Michael Herman my family.  I can only hope that my children are raised by my husband and me in the same way Michael raised his family.

I hope that through my letter I was able to shine a small light on the impact of Michael Herman on my life.  I truly hope you have the honor to meet Michael and truly see for yourself what an amazing man he is.  Our community is a better place because Michael Herman truly gives all he can to help others.

Respectfully,

Stephanie Allen

Exhibit 28

# Mark Aloe

5540 Dunmoyle Avenue
Pittsburgh, PA 15217
P: 412.956.3206 • F: 412.774.1655 • maloe@maloe.com

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901
August 4, 2014

Dear Judge Gibson,

I am writing on behalf of my friend and colleague Michael Herman. By way of background I have been a businessman Pittsburgh Pennsylvania area for over 50 years and on the Board of Trustees of the Carnegie Museums of Pittsburgh, Regional Industrial Development Corporation (RIDC) and the Board of UPMC Magee Hospital among other organizations in the Western Pennsylvania area. I was former Chairman of Shenango Incorporated and now the managing member of Aloe Brothers LLC a private investment firm. And currently the President of the Citation Jet Pilot Owners Association.

In my business career I have met thousands of people whose character and reputation I would classify being beyond reproach. Michael Herman is one of those people all of my dealings with Michael have been of the highest standard!

He has been a good and caring father to his seven children Peter, Robert, Caryn, Joseph, Petrina, Michael and Nico. Who have seen his kindness and strength of character throughout their lives, and I truly believe a positive influence to these productive members of our society.

Mike also was hospitalized and came near to death some years ago and survived where his intestine was punctured and he developed a disfiguring skin disease that put him in into a coma and his chances of survival were low. Mike fought back and survived after a prolonged period of hospitalization. And I believe this was one of the factors for his charity and kindness over the years.

Let me give you some examples of his character and kindness of Mike, we have a mutual friend Robert A. "Bob" Hoover a World War II war hero and also served in the Korean War Bob is now 92 years old living in California. Mike has unselfishly been a right-hand to "Bob" giving of his time and is a key factor in starting the Bob Hoover library to preserve "Bob's" memorabilia. In consulting Wikipedia here is a following quote

*"Hoover is considered one of the founding fathers of modern aerobatics, and was described by Jimmy Doolittle as, "... the greatest stick-and-rudder man who ever lived."[21] In the Centennial of Flight edition of the Air & Space Smithsonian, he was named the third greatest aviator in history. During his illustrious career, he was awarded the following military medals: Distinguished Flying Cross, Soldier's Medal for*

*The Honorable Kim R. Gibson*
*Page 2*

*Valor, Air Medal with Clusters, Purple Heart and the French Croix de Guerre.[22] He was also made an honorary member of the Blue Angels, Thunderbirds, RCAF Snowbirds, American Fighter Aces Association, Original Eagle squadron and received an Award of Merit from the American Fighter Pilots Association.[22] In 1992, he was inducted into the Aerospace Walk of Honor.[23] In 2007, he received the Smithsonian's National Air and Space Museum Trophy.[21][24] On 18 May 2010, R.A. "Bob" Hoover delivered the 2010 Charles A. Lindbergh Memorial Lecture at the Smithsonian Institute's National Air and Space Museum in Washington, D.C. The U.S. Air Force Test Pilot School conferred an honorary doctorate on Hoover at the school's December 2010 graduation ceremony"*

I hope you will agree with me that these type of American heroes need to be honored for their accomplishments and what they have done for great country. Mike Herman has shown by his actions his concerned that these brave men's memories should be preserved. As an example for future generations to emulate and to learn from their historical record.

To do that Mike and another group of people are establishing a repository at the Smithsonian in honor of Bob Hoover. He is one of the main factors in raising funds for this effort. Including sponsoring activities at the Experimental Aircraft Association Air Venture in Oshkosh Wisconsin. Mike is a well-regarded board member of the National Business Aircraft Association (NBAA).

I had the honor to be involved in the Cessna Citation Airlift for Special Olympics. Mike has been involved in numerous charitable events and has been a multiyear participant in this specific airlift for Special Olympics. He has convinced numerous people to participate and led by his example to provide a valuable service to the Special Olympics.

On a personal note Mike has always been willing to give advice and counsel to me. He has gone beyond what you would expect in his understanding and caring of what I would consider some extremely sensitive and delicate personal and business matters. This is not a person who professes" do as I say not do as I do".

In summary Mike who is in his 70s has accomplished many things in his personal and business career and I truly believe is of good character. It is my understanding that Michael has accepted responsibility for his actions. And in talking to him he truly regrets his crime and how it affects his wife Maria, family and friends and obviously himself. Michael has done so much good in his life and I hope you will take this into consideration in your deliberations.

Sincerely

Mark Aloe

Exhibit 29

Paul Anderson
72 Cider Mill Heights
North Granby, CT 06060
860-413-9822

11 August 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Honorable Judge Gibson,

I am writing to you to highlight the high degree of moral character of Michael
Herman who will soon appear before you for sentencing. I don't believe such a
letter would have much meaning unless you had a sense of who was writing it. In
that regard, I am a 1981 graduate of West Point. I retired from the National Guard
with over 27 years of service including a combat tour in Afghanistan. I have been
employed by United Technologies for 28 years in various roles of customer
service, the last 14 as the Vice President of our corporate flight department.

It was in this last role where I met Michael over seven years ago as a member of
the National Business Aviation Association (NBAA) Board of Directors. During
this time I have seen Mike in a variety of roles including business, social, and
family. I have always found him to be honest, forthright and a most generous
person. Michael's offense may be financial in nature, but I have always seen him
to be giving of his time and treasure to support friends, family, and charitable
causes such as the Veterans Airlift and Corporate Angel Network. Almost every
time I met with Mike he was on one end or both of a trip supporting these above
causes.

During my service on the NBAA Board Michael was a mentor to me and helped
our Association serve an important segment of the American economy. Given the
demands on his time and resources he certainly did not need to give it to a
nonprofit association, yet he did – generously.

I believe you will receive many similar letters. Michael has taken responsibility
for his offense both to you and his many friends and family. I ask that you take
these testimonials in account as you consider his punishment. Many in this
country would be grateful for his return to an ability to continue to contribute
generously as he has done for so many years.

Respectfully,

Paul Anderson
Paul Anderson

Exhibit 30

Ilene Aronson
6101 West Suburban Drive
Pinecrest, FL  33156

September 24, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

Re: Michael Herman

To the Honorable Judge Gibson,

Michael Herman is my uncle and has always been a major influence on my life.  He is a warm generous man who always places family first.  My fondest memory about Uncle Mike is when I was about 5 years-old (1964).  He called my mother (his sister) and I answered the telephone.  I could not find my mother or anyone in the house so he raced in his car from his home to ours (about ½ an hour drive) to make sure I was safe.  He found my mother in front of the house chatting with neighbors.  My mother did not realize that Uncle Mike was coming to my "rescue".  Uncle Mike was there for me then (he was only 24 years old).  He is still here for me now.

I remember taking family vacations together and always having a fantastic time.  His warmth and smile brought happiness to all those around him.  His enthusiasm for trying new activities was infectious.  My first cousins were my closest friends too.  He instilled the belief of family and loyalty that are still a part of my life today.

I married in 1981 and moved to Florida.  Uncle Mike always made sure we were included in family events, despite not living in the northeast anymore.  We were fortunate to attend weddings, bar mitzvahs, and milestone birthday parties.  And Uncle Mike traveled to Florida to be a part of my new family too.  He calls me whenever he is in our state and makes time to visit with me and my family.  Mike made sure my children were part of the "gang" as the next generation was getting older.  He generously supported our eldest daughter when she participated in raising funds for "Habitat for Humanity" by riding her bicycle across the United States.

Most recently, I invited Uncle Mike to attend a birthday party for my mother in Florida (April 2014).  He showed up smiling just in time for a wonderful evening with friends and family.  His presence made us all so happy.  I know that no matter how busy he is, he will always make time for family.  Uncle Mike is a good man and I'm proud that he is part of my life.

Very truly yours,

*s/Ilene Aronson*

Ilene Aronson

Exhibit 31

# J. Randolph Babbitt

2084 Lake Audubon Court
Reston, VA 20191

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

August 23, 2014

Dear Judge Gibson,

My name is Randolph Babbitt and I am currently the Senior Vice President of Labor Relations at Southwest Airlines.  I have spent most of my life in aviation from flying for 25 years as a pilot for Eastern Air Lines to my current position.  I have been the President of the Air Line Pilots Association ("ALPA") representing most of our nation's airline pilots and later was appointed by President Obama and vetted by the U.S. Senate to be the Administrator of the Federal Aviation Agency Administration ("FAA")

I am writing this letter today to hopefully provide some insight into the character and background of Mr. Michael Herman.  I have known Michael for a number of years and I, along with many others, have always been amazed at his compassion for others and generosity on behalf of those less fortunate.  He is always championing causes like the Corporate Angel Network ("CAN") where he volunteers his own aircraft to the CAN which then provides private aircraft services to medical patients needing transportation to treatment, free of charge.

Michael's passion for aviation and his desire to insure that future generations have knowledgeable and well trained pilots has kept him heavily involved the "*Young Eagles Foundation*" which provides an introduction to flying for young men and women all across our nation with first flights and mentors.  And with the Young Eagles, Michael has been incredibly generous with his money, time and aircraft access.

I am truly saddened to such a kind and generous person that I have known personally as a good friend – in the truest sense of the word – and a wonderful father and husband is now facing such serious personal adversity at the autumn of his life.

I am compelled to write in hopes that you might give appropriate weight for a full life of goodness, integrity, generosity and caring when considering what is appropriate for accountability.

Sincerely,

J. Randolph Babbitt

Telephone (703) 860-8628

Mobile (571) 533-9555

Exhibit 32

To whom it may concern,

I met  Michael Herman in 1985.  He  had chosen my husband,  as he was looking for a corporate pilot.  He was in the process of building up his business.  They became, like brothers, and our families merged. My children called him "uncle michael".  My husband, would fly in potential customers so they could tour, his plant.
In addition to "business" trips, my husband (steve) would also transport blood donations, from many different sites. He also flew seriously ill people, to get the extensive care they needed to survive.
My husband died, unexpectedly in March, 1995. Michael, became my guardian angle.  He insisted on paying for stevie's funeral.  He also created a job for me. I began to work for him, when I could not work as an R.N. He also had a car brought to my house, free & clear. His innate kindness, is immeasurable!
The facts contained in this brief note, are truly the tip of an iceberg. When one of my daughters got married, in 2010, it was Michael and I who walked, my Robin, down the isle.

sincerely, mrs. Jeanne Blauschild



August 8, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

Re: Michael Herman

Dear Judge Gibson,

My name is Ed Bolen and for the past ten years I have served as the President and CEO of the National Business Aviation Association (NBAA), a not-for-profit trade association that represents over 10,000 U.S. companies who utilized general aviation aircraft for business purposes.  Prior to joining NBAA, I spent nine years with the General Aviation Manufacturers Association (GAMA) including eight years as the association's President and CEO.  In the early 1990s, I served as General Counsel and Legislative Director to United States Senator Nancy Kassebaum (R-KS) and as General Counsel to the Senate Committee on Health and Human Resources. I am a member of the Bar in the District of Columbia and Kansas with law degrees from Tulane University School of Law (JD) and Georgetown University Law Center (LL.M.).  Over the course of my professional career, I have received Presidential appointments from Bill Clinton (FAA Management Advisory Council) and George W. Bush (Commission of the Future of the U.S. Aerospace Industry).

When I arrived at NBAA in 2004, I immediately started looking for a small number of outstanding individuals willing to volunteer their time and talent through service on our Board of Directors (NBAA does not compensate its Directors).  During my search, multiple industry leaders recommended Mike Herman to me as a person of character, commitment, and intelligence.  In 2005, Mike accepted an invitation to join NBAA's Board of Directors and that has given me the opportunity to work closely with him on a wide variety of industry and humanitarian efforts.  Based on all of my observations and interactions over the past nine years, I have concluded that Mike is one of the kindest and most generous persons I have ever met.  His commitment to family, friends and community is exemplary.

In the general aviation industry, there are a significant number of humanitarian organizations that routinely ask individuals to donate their time and aircraft to help people in need.  There is simply no one in the general aviation community who has been more generous or consistent in accepting these charitable requests.  In fact, I can rarely think of a time when I have spoken with Mike when he has not been either preparing for or having just completed a humanitarian flight.

Over the past nine years, Mike has generously donated his time and airplane to fly numerous cancer patients to treatment centers through the Corporate Angel Network (CAN), take sick children to specialists through the Angel Flight program, and reunited combat veterans with their families through the Veterans Airlift Command (VAC).

This past summer, Mike once again took part In Cessna's Citation Special Olympics Airlift.  As part of that effort, Mike flew a group of children with special needs from Southern California to the Special Olympic Games in Trenton, New Jersey.  A week later, he returned to New Jersey to fly them back to their homes in Southern California.

In addition to his flights on behalf of these well recognized humanitarian organizations, Mike routinely takes Bob Hoover to medical treatment and industry events.  At age 92, Bob Hoover is a frail but beloved American who is famous for his actions as a Prisoner of War during World War II, an experimental test pilot in the earliest days of jet propulsion, and as an airshow pilot for several decades.  It is an act of love and kindness for an individual who has made extraordinary sacrifices for his country and for the advancement of aviation.

The fact that Mike is part of the aviation community is a testament to his hard work and determination.  Mike went to work as a teenager.  He is a completely self-made entrepreneur. The sole reason Mike learned to fly was so that he could help his business see more potential customers and provide better service to existing

SAFETY & AIRCRAFT OPERATIONS    LEGISLATIVE & REGULATORY ADVOCACY    NETWORKING & COMMERCE    EDUCATION & CAREER DEVELOPMENT    BUSINESS MANAGEMENT RESOURCES

National Business Aviation Association    1200 18th Street NW, Suite 400    Washington, DC 20036    (202) 783-9000    www.nbaa.org

customers. Because of Mike's determination and ability as a businessman, he has been able to allow hundreds of employees to provide for their families.

Mike is also more than willing to share his business expertise with young people trying to find their way as entrepreneurs. He has helped a young man with an idea for a kitchen gadget. He has helped a young made with an idea for beach toys. And, he is currently advising my teenage son on his idea for a button that can be used by individuals with cerebral palsy.

Mike Herman loves people. On countless occasions I have witnessed him help, nurture and console others. When I first met Mike nearly a decade ago, our relationship was professional in nature. As I have come to know Mike as a person, our relationship has become deeply personal. I know Mike Herman well as a human being, and it is in that context that I am writing this letter attesting to his character.

Sincerely,

Edward M. Bolen
President and CEO
National Business Aviation Association

Exhibit 34

August 6, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901



PAUL BOWEN
PHOTOGRAPHY,
INC.

2100 E. DOUGLAS
WICHITA, KS 67214
(316) 263-5537
(316) 263-6672 FAX
bowenair@inter.net
www.paulbowen.com

Dear Judge Gibson,

For the past 42 years I have been a commercial advertising photographer
specializing in air-to-air aviation photography. After serving as a medic in the
California Air National Guard, I earned a degree in zoology from the University
of California at Santa Barbara and moved to Wichita, Kansas, in 1972 to start and
direct a church-sponsored halfway house for young men. In 1973 I received a
Citation from the Wichita Council on Drug Abuse for my work at the house. After
one year of service, I followed my passion and became a free-lance photographer.

Because Beechcraft, Cessna and Learjet are headquartered in Wichita, I
specialized in aviation marketing. I have authored four coffee-table aviation
books and produce an annual World War II aviation calendar. Last year I was
honored with induction into the International Air and Space Hall of Fame for a
lifetime of contribution to aviation. Through business aviation I met Mike
Herman.

I met Mike on Wednesday, October 18, 2006, at the National Business Aviation
Association's Annual Convention (NBAA). NBAA promotes the business use of
general aviation aircraft. Mike and I were involved with the Corporate Angel
Network (CAN), which provides rides for cancer patients to and from hospitals in
private planes. Mike was on the Board of CAN and regularly volunteered his
airplane, fuel costs, and flew his airplane himself to respond to the need to fly
patients for treatments – often flying across the country at a moments notice.

Mike Herman is the most generous person I know. His generosity is expressed in
giving financially, in the use of his plane transporting patients and those in need,
but mostly he gives of his valuable time – whether it's personally transporting
someone, or in my specific case, his flying to Wichita recently to give me and my
wife business advice for our struggling small business. His counsel helped save
our business and therefore saved our home.

PAUL BOWEN
PHOTOGRAPHS

PAUL BOWEN
PHOTOGRAPHY,
INC

7300 E. DOUGLAS
WICHITA, KS 67214
(316) 263 6537
(316) 263 4677 FAX
bowen@pilotage.net
www.pilotage.net

Mike Herman's consistent generosity with his resources, skills and time are expressed in his having transported Special Olympic athletes to the National Olympic Games. The Special Olympics Airlift flies athletes in General Aviation planes from their homes to the National Games every four years. Paying for his own fuel, Mike flew athletes to and from the week-long games in 2006, 2010 and most recently in 2014 flying them from California to New Jersey, at his expense and time, to ensure the athletes arrived safely and in comfortable surroundings. It was the first airplane ride for many of them.

He has also become the "pilot" of a frail 92 year-old World War II pilot, who Mike flies to aviation events for his many speaking engagements. Last year Mike contributed financially to a film documentary about this veteran's life.

And most recently, Mike stopped in Wichita on his way from California to Oshkosh, Wisconsin for the large annual aviation event, and picked up my wife and me. We couldn't justify the expense of travel and lodging, but could earn some income if we attended the weeklong event. Mike provided transportation and lodging to help us out.

In conclusion, Mike Herman is the most consistently generous man I know. He gives of his resources, his business expertise and mostly his time. During challenging times in my life, he has given me support and hope. My wife and I are honored to consider Mike and his wife, two of our closest friends.

Most sincerely,

Paul S. Bowen

Exhibit 35

August 12, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

Dear Judge Gibson,

My name is Michael Brasier and I am writing this letter in support of my close friend and
colleague Michael Herman. I am the Vice President and General Manager of Jet Fleet
International, a company that provides services to corporate and general aviation aircraft owners
and operators worldwide. I have served in this capacity for nearly ten years and have spent my
entire career in aviation. Throughout my adult life I have attempted to "give back" to my
community serving as a volunteer in several organizations. Some of these organizations and
positions include: United Way Loaned Executive; Board Member of Big Brothers/Big Sisters;
Suicide Prevention Counselor: Las Vegas PAYBAC Program (Youth Mentoring); Chicago Cares
Volunteer; Boy Scout Leader; Executive Board Member of Neighborhood Council; Support the
Troops Volunteer.

I only point out my community service to support the fact that, throughout my life, I have been
associated with individuals that have a true and sincere concern for giving and sharing with
others that are either less fortunate or are in need of a helping hand. Michael Herman shares the
qualities and character traits of all these individuals I have been associated with. I have known
Michael for about five years and during that time I have seen numerous examples of his
generosity and caring. For instance, he has participated in four Special Olympics Airlift
operations where he has donated his aircraft, fuel, and time to transport athletes and coaches to
participate in these quadrennial events. His involvement in this effort spans a number of years
and requires total commitment and dedication to helping others less fortunate.

Another example of his generosity involved the transportation of military veterans and aviation
legends to a special week long recognition ceremony entitled the "Gathering of Eagles". This
event is conducted by the Air Command and Staff College (ACSC) at Maxwell Air Force Base
in Montgomery, Alabama. He not only assisted the ACSC in making the event a success, but he
extended his kindness to a member of the armed service, hosting his family as personal guests at
his home to show his appreciation for the efforts of our military.

For those involved in aviation, the name R.A."Bob" Hoover is legendary. Mr. Hoover is 92 years
of age now but continues to participate in functions and events inspiring and motivating the
youth coming up as the new generation in this industry. He is only able to be involved in these
efforts because of the private transportation and time that is donated at no expense by Michael.
He has also donated time and assistance in ensuring that documentaries have been completed on
Mr. Hoover so that this very important part of aviation history and legend is carried forward.
Without his direct involvement these projects would most likely not have seen successful.

Michael has a true love for this man, this legend, and desires to do all that he can for him while he is still with us.

On a very personal level I can speak to his sincere concern and care for me as an individual. He has counseled, mentored, and reprimanded me, all in the desire for me to do my best, and become the best I can be. I treasure his friendship and caring, and I am blessed to be associated with him.

Thank you for taking the time to read this letter and I hope that it has contributed in some way toward your final determination.


Respectfully,

*Michael Brasier*

Michael Brasier



# CONGREGATION OR CHADASH of the Northeast Valley
*The New Light*

August 8, 2015

**MICAH CAPLAN**
Rabbi
**MELISSA BERMAN**
Cantor
**JACOB PROUD**
Executive Director
**RABBI SADIE REUBEN**
Education Director
**ANDY GOTTSCHALK**
Youth Director
**DENNIE LIEBER**
Office Administrator
**NANCY LAD**
Bookkeeper
**SHARREN CLEVENGER**
Administrative Assistant

**OFFICERS**
**ALLEN SILBERMAN**
President
**LINDA MOSKOWITZ**
VP Administration
**MATTHEW LEVINE**
VP Membership
**GENE FRIEDMAN**
VP Education
**FRANK LANGE**
VP Ritual
**RACHEL FEITLINGER**
Treasurer
**TOBY FOX**
Secretary
**STEVE GOLDSTEIN**
Past President

**DIRECTORS AT LARGE**
**ALISON FEINBERG**
**DAVID BROOKS**
**MIKE SHARKEY**
**GAIL NOCHOMOVITZ**
**DONNA TROISI**
**JAN SCHEER**
**SETH GEVIRTZ**

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

To the Honorable Judge Gibson,

My name is Rabbi Micah Caplan. I have served as a spiritual leader for the Jewish people for the last twelve years and am now beginning my thirteenth year in the rabbinate. Currently and for the last four years, I have been serving my congregation in Scottsdale, Arizona. I am writing this character letter on behalf of Michael Herman.

I have known Michael for almost twenty years now. I have seen Michael help so many individuals and organizations on so many levels. His passion and commitment to charities around the world is truly remarkable. We as Jews are expected to do our best to fix the world. Michael Herman is an individual who lives by this value. There have been countless times when I witnessed Michael helping individuals and groups in a charitable context. He has opened his home and monetary donations to so many. The impact he has made through his gifts, love and assistance have helped heal and make the world a much better one for all.

Michael Herman is one who has reached out and assisted family members and friends to resolve personal challenges. Be it overcoming a habitual addiction or challenging relationship, Michael Herman is one who is ALWAYS there to help when called upon and also, constantly takes the initiative to help when he is not asked, which is an amazing quality for anyone to have.

In the business world, Michael Herman has provided employment for so many individuals for decades. I have had the opportunity to connect with and meet many employees that Michael has employed over the years. The blessings, godly feelings and love that Michael's employees have for him are ones of infinite gratitude and appreciation.

Finally, Michael Herman is someone who when faced with personal challenge, has found the strength to persevere. His physical challenges over the last several years would cause others to give up on life. But Michael Herman fought through his physical challenges in a beautiful, strong and courageous manner. Michael brings positive feelings to everything that he says and does.

As one who brings spirituality to others with what I do on an regular basis, I must say that Michael Herman brings godliness and goodness to himself and to everyone who comes in contact with him.

Michael Herman is a special person. His drive, mission and vision to help and love others is present on so many levels. And I know that in the years ahead, Michael has so much more love and goodness to give.

Should you have any further questions, please do not hesitate to contact me at any time.

Thank you very much your honor,
Respectfully submitted,


Rabbi Micah Caplan

---

**9096 E. Bahia, Suite 106 • Scottsdale, AZ  85260 • phone: 480-342-8858 • fax: 480-393-7990
www.congregationorchadash.org  •  email: orchadashaz@aol.com**

Exhibit 37

Linda Cavanaugh
185 Golf Lane
Patton, PA 16668

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

RE: Character reference for Michael Herman

August 5, 2014

Your Honor,

Allow me to introduce myself, Linda Cavanaugh, an associate at North American Communications, Inc. (NAC), since September 1987. At the beginning of my employment I was only aware of whom Michael was and as years progressed and I advanced within the Company we developed a working relationship. This relationship was a normal business working relationship. There was always a concern of any needs I may have to make things less complicated and, a general overall concern for my well being. However, in February of 2008 our relationship took on an entirely new meaning. I had a family tragedy, almost losing my husband to a brain aneurysm, which has left him physically and mentally debilitated. The second phone call I received in Pittsburgh was from Michael with his gentle caring side, supporting and comforting me during a time I was in most need. In the subsequent months and due to my husbands declining health Michael provided me with the means to work from home. This generosity was quite overwhelming, and allowed me continue to be a care provider for my husband, and I still am working from home over eight years later. (If not for this kind action I may have had to join the ranks of the unemployed.) Going steps beyond when Michael knew he was going to be in the area he would call and offer me and my husband transportation to Phoenix, AZ to visit our son. It was of great relief for me, as transporting my husband through an airport can be quite taxing. Michael's understanding on the importance of family is something I have never known, and am fortunate to have found in this a very special person. He has offered his services many times, and has gone as far as wanting to assist in locating a specialist to provide my husband further assistance.

Linda Cavanaugh- page 2

On top of all my husbands' health concerns, I also faced a health scare last August and had to spend the night in the hospital and a week or so of downtime. Michael was once again there to ensure I was going to be alright and that I heeded my doctor's advice.

Michael is truly an amazing person who has helped me through many a crisis and continues to assist with many aspects of all my issues on the long road ahead. I can count on him to always answer my calls, respond to my e-mails and provide comforting advice. It is truly a privilege to have found such a friend and know he is there when needed.

I sincerely appreciate the time you have taken to review only my small part of what Michael is truly about.

Regards,

Linda Cavanaugh

Exhibit 38

The Honorable Kim R Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington St.
Johnstown PA 15901

My name is Jay Cavrell and for the last 30 years have been in the sales profession. I am currently an Energy Consultant with the largest clean energy company in the US, SolarCity.

I have known Michael for over 25 years through my sister who is married to Michael's cousin. On every opportunity to be with Michael over those years, he was nothing short of gracious and generous. The night before my wedding he took me and my family out to an incredible dinner and just the thought of him attending my wedding was something very special. He has always gone out of his way to be kind to my wife and I and being around his is always a wonderful experience. We don't see him often, but every time we do we look forward to his company.

Years ago before my second marriage, I was in a bit of a financial bind and I didn't know what to do. I called Michael to help me out and without hesitation he helped me though a very difficult time and for that I will never forget him. His generocity is as big as his heart. He loves his family and will do anything for them. I can't say enough about his character including his involvement in charities. Michael is a very giving person and someone I am proud to know.

Regards,
Jay Cavrell

Exhibit 39



# COOLING & HERBERS P.C.

2400 CITY CENTER SQUARE
1100 MAIN STREET
KANSAS CITY, MO 64105
TELEPHONE 816.474.0777
FAX 816.472.0790
WWW.COOLINGLAW.COM

October 17, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

      Re:   Michael Herman

Dear Judge Gibson:

      My name is Jim Cooling, and I am an attorney and graduate of the University of Notre Dame Law School. I am married to Ann Cooling, and we have four children and six grandchildren. I served in the United States Army from 1968 to 1970 as Aide de Camp to the United States Commander of Berlin. After the military, I served as a law clerk to Judge Bardgett, a member of the Missouri Supreme Court. I learned to fly at a young age and have been actively involved in aviation law since 1971. I have served as a member of the Board of Directors of the National Business Aviation Association (NBAA) with Mike Herman and am a Trustee of the National Aviation Hall of Fame (NAHF) in Dayton, Ohio.

      I have known Mike Herman for approximately 15 years both as a member of the Board of Directors of the NBAA and as a personal friend. Not too long ago, my daughter Catherine at age 28 was diagnosed with Stage IV Carcinoid Cancer, and as you can imagine, it was a very difficult time. Among all of our friends, Mike Herman has stood out for his amazing support, and my wife Annie and I will forever thank him for his kindness and commitment to our family. There is not a time that I talk to him that he does not ask me how Catherine is doing.

      I have been with Mike and his family in his home and traveled with Mike on many different occasions. I have always observed him to be a kind and generous person with a 100% commitment to his Board responsibilities for the NBAA and to his family.

      I could go on and on regarding Mike Herman's many good qualities and the lives of many generations that he has touched. His commitment to the Young Eagles Program (providing an aviation experience to youth) and promoting the legacy of aviation legend Bob Hoover has been extraordinary.

Please feel free to contact me if you have any questions.

Very truly yours,

James E. Cooling

cc:  Ann Cooling

The Honourable Kim R. Gibson

United States District Court Judge

104 Penn Traffic Building

319 Washington Street

Johnstown, PA 15901


My name is Cora Corrigan, I am a Partner a WPA Healthcare Practice, I have owned my business for 10 years.  I have known Michael Herman for 20 years,

Michael is my Brother in law.

When I first met Michael, it was easy to notice a strong sense of love and Commitment to his family, he spoke lovingly of his mother and Sister, and showed pride and affection for his children. He dedicated much of his time to family; nothing seemed too much for him and this love and commitment was extended to my sister and her young son when they married.

I observed a strong commitment to his faith, not in an over bearing fanatical way; but just quietly observing all the traditions, and extending his beliefs to incorporate the community at large.  I feel caring and helping others is his quintessential nature.

About 6 years ago, my Father, then aged 86, was visiting the United States, when he suffered a heart attacked and required urgent bypass surgery. Having no insurance Michael facilitated everything, from the hospital to the cardiologists; the intensive care; the nursing at home for 6 months, to include, all drugs, equipment; experienced medical staff; nurses; physiotherapist; massage therapist, until Father was well enough to travel home to Australia.

Michael's kindness and generosity of heart and spirit extended my father's life, and allowed him to live for many more years in good health.


Yours sincerely

Cora Corrigan

Exhibit 41

The Honorable Kim R Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Dear Sir

I am a 66 year old businessman living in Henley on Thames in the United Kingdom, I have been married to Cora for 41 years and have three children.

Michael Herman is my brother in law and I have known him for 20 years.

I admire Michael for a number of reasons, but none more so than his selfless love and generosity for his immediate and extended family, there have been a number of times that I have asked Michael for help personally when my business was struggling and he has never hesitated to extend a helping hand, in fact he has incurred significant disruption to his own life to make sure that I was ok.

I have witnessed on numerous occasions Michael's generosity towards people who were in no position to be able to repay his generosity, and on each occasion he showed the same grace and respect to all those people.

Yours Sincerely

Harry Corrigan

To whom it may concern:

My name is Miguel Amador Cruz, I live in Escondido California and am currently employed by Corporate Helicopter and have been employed with them since 1996. I have had the pleasure to have known Mr. Mike Herman for more than sixteen years. I had the pleasure of meeting Mr. Herman in 1998 in which he offered me employment in his company. Without him really knowing who I was he offered me employment which shows how big his heart. Since then his generosity has known no boundaries. He has helped me and my family countless times, again he didn't have to but he did because he is a good kind hearted man with great character which is rare to find now a days. He always seeks to do what is right.

Mr. Herman has helped me and my family out so countless times, starting with helping us finalize our residency here in the united stated. It was a something that has helped us out immensely and can never repay him for his generosity. He has never once asked us to repay him. When my work truck broke down Mr. Herman took it upon him to cover the cost to repair my truck. He didn't not hesitate or question it and again he never asked us to pay him. He did it out of the generosity of his heart.

Mr. Herman has been there for me giving me and my family not only work, support, a lending hand when needed and by far the most important thing he could have offered me was his friendship. He is truly a generous man. He did all of this for someone he barely knew and his generosity to his community is greater than can be described. My family and I are truly grateful to know him and to have him in our lives.

Any Questions or concerns please feel free to contact me @(619)-573-2270

Ronald A Duncan
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
907 229 2211


August 20, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Dear Judge Gibson,

I am the co-founder and CEO of General Communication, Inc. (GCI) which today is the largest telecommunications company serving the state of Alaska. A partner and I started the company more than 35 years ago to provide competitive phone service between Anchorage and the rest of the US. We now serve virtually everywhere in Alaska with video, voice, wireless and internet services, have approximately 1,500 employees and will record about $900 million in revenue this year.

I'm a pilot and own several aircraft which I use for both business and personal purposes. GCI couldn't accomplish the things it does to facilitate communication all across Alaska without the use of business aircraft. A combination of my passion for aviation, my company's dependence on it for success and my experience in politics and business led me to accept an invitation to join the board of the National Business Aviation Association (NBAA) nine years ago. Today I am privileged to serve as the chair of that board.

While I have served and still serve on other public and private boards, including the board of my own publically traded company (GCI), The Municipality of Anchorage Economic Development Corporation, The State of Alaska Science and Technology Foundation, The National Cable and Telecommunications Association and Cable Labs (the cable industry's technology think tank), the one I have enjoyed the most is NBAA. It is through NBAA that I have met several people who have become my closest friends.

Mike Herman is one of those people. I first met Mike when I joined the NBAA board. We quickly became close friends. I was attracted to his wit, his intelligence, his practical approach to the world, his unflinching generosity, his integrity and, of course, his passion for aviation. In fact, somehow I came to refer to Mike as "Dad" and he started calling me "Sonny". Today I truly consider Mike to be one of my family. We have traveled together, worked together, played together and vacationed together for the past nine years. I feel that I have come to know Mike very well and I love him dearly.

The Honorable Kim R. Gibson          Page -2 -          August 20, 2014

Mike's service to both NBAA and to private aviation has been exemplary.  He is generous with both his time and his money.  He has pitched in at his own expense to travel to NBAA events around the country and the globe, including Europe and Asia, to help foster a better, safer system of worldwide private aviation.  He is always ready to volunteer for the tasks that require the most work and he tirelessly accomplishes them. He has led the charge at our annual fundraising events which support the Corporate Angel Network (CAN), both by giving generously of his own money and by encouraging his wide range of friends (including me) to donate valuable items for the charity auction and to bid and donate generously at those auctions.

Mike also participates in CAN and other charities on a ground level. It seems like he's always flying a group of sick or disadvantaged kids to some hospital, Special Olympics event or camp somewhere.  His scheduled is often defined by those commitments. Just this year when he joined me for a fishing trip in Alaska, his arrival was delayed by a day and he had to leave a day early to honor a commitment he had made to fly two groups of kids to two separate summer camps for children with disabilities.

He is also a very active participant in the Cessna Pilots Association encouraging higher standards of safety and professionalism for those of us fortunate to fly our own jet aircraft on business.  I have never seen Mike decline a request for help.

Mike's concern and generosity stems from a true love and compassion of his fellow man, not from a desire for recognition. One clear example of this is his commitment to Bob Hoover.  Most pilots feel that Bob is the greatest pilot of all time. Bob flew in WWII, was an Air Force test pilot after the war, worked with Chuck Yeager on the Bell X-1 supersonic mission, became a Rockwell test pilot on many of its military aircraft and then became the world's best known air show performer.  Mike has known Bob for a long time and sees him as both a mentor and friend.  While Mike has done numerous things to help honor Bob and his legacy, it is his commitment to Bob personally that is most impressive to me.

Bob Hoover is now 92 and, while still mobile, he is frail and requires assistance to get around. Mike has personally assured that Bob is able to attend multiple aviation events every year including the NBAA convention, airshows, events honoring Bob and many more things.  Mike always flies his own plane to pick Bob up, transports him to and from the events and assures, that between Mike and his friends, that Bob always has someone at his side assisting him and assuring his enjoyment.  Many times Mike has left the party early to help Bob back to his hotel room and be sure he is safely retired for the night. He always there the next morning to be sure Bob has the help he needs to rejoin the events of the day. As a result of Mike's efforts Bob gets out frequently and enjoys the camaraderie of his fellow aviators and many of us get the fantastic opportunity to hear Bob tell his stories and talk about his experiences.

The Honorable Kim R. Gibson          Page -3 -          August 20, 2014

Very few people even see the full details of what Mike does for Bob and Mike wants no special credit for it. He feels he owes it out of loyalty and respect to his mentor, hero and friend. To me that is a real measure of Mike's character.

I know that serving on the NBAA board was one of Mike's very favorite activities, yet when he learned he was going to plead guilty, he immediately called me and told me about the facts and that he was going to have to resign from the board in order to protect the image and integrity of the organization. He knew what the right thing to do was and he did it. He didn't give his friends on the board a chance to agonize over whether we could keep him. He knew we couldn't and he simply tendered his resignation. He subsequently visited us at a meeting, explained that he had made mistakes and took full responsibility for his actions.

I can't imagine how difficult it was for Mike to have to have that conversation with his friends and fellow board members and to make those admissions in public. I believe most people would have cowered in embarrassment and tried to hide their circumstances from their friends and acquaintances, or tried to downplay the seriousness of their conduct. I take it as a measure of Mike's integrity that he stood up to face the facts and consequences head on.

When Mike left the room after explaining his situation to us and apologizing for the actions that led him to leave the board, we all sat in a stunned and sorrowful silence. Finally a retired four star general who serves on our board spoke up and said, very simply, "He's good people". There wasn't a person in that room with a dry eye.

I hope that the mistake which Mike has made that has brought him before your court does not obscure all of the good that Mike has accomplished throughout his life and the many generous things that he has done for people facing serious challenges in their lives. Mike is truly a good person, he is remorseful for the actions that have brought him before you and I can't imagine anyone more deserving of The Court's leniency.

I appreciate your consideration of my views and hope they will help you with the decision before you.

Respectfully,

Ronald A Duncan

Exhibit 44



**NORTH AMERICAN COMMUNICATIONS**   141 NAC DRIVE • POST OFFICE BOX 39 • DUNCANSVILLE, PA 16635

Tel: 814-696-4903 Fax: 814-696-2512
**William J. Dwyer**
**Director of Global Printing Services**
bdwyer@nacmail.com

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

Dear Judge Gibson:

My name is Bill Dwyer, a 54 year old male from Hollidaysburg, PA.  I grew up in the Philadelphia area, graduated from high school in 1978 and received a BS degree from the University of Notre Dame in 1982.  After moving home upon graduation, I worked in the Philadelphia area for about 7 years, at which time I had the opportunity to move to Central Pennsylvania to work for North American Communications, where I met Michael Herman.

Michael was involved heavily in the day to day operations of the company in 1989, and he was never afraid to teach the business to someone who was interested in learning.  He never belittled someone for not knowing the answers.  He taught me a phrase I still use to this day.  He told me, "Bill, don't ever say you don't know the answer to a question, say, I don't have the information at this time, but I will get it for you."  25 years later, I hold a key position in the management of North American Communications, and wouldn't be here had it been for the insight of Michael to hire and teach me what I needed to know to succeed.

Michael always treated me like family, including me at outings and family gatherings as he knew that being from the "outside" and moving into management of a local company could prove to be challenging at times.  He was always there to help ease that transition while I established my roots in this small town.

Throughout the years, I have seen Michael support local charities without end, and help in the transport of patients for critical procedures.  I am a Pennsylvania certified Emergency Medical Responder (formerly First Responder) and getting patients to critical care is something that is of utmost importance in my mind.  The fact that Michael did this shows his regard for his fellow man.

Sincerely,

William J Dwyer

Exhibit 45

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901


Dear Judge Kim R. Gibson,

My name is Nico Dyll, and Michael has been my stepfather since I was 4 years old, back in 1995. I am a professional technical writer, and I have lived with Michael for as far back as I can remember.

Michael has always been a good influence on me as a father, a mentor, and a friend. Though he was often busy, Michael made sure that he took time out to help me with important projects and learning new skills when I was younger. We worked on my pine car derby model together, and he taught me how to use his air compressor to fill up my bike tires. There were so many school projects that he helped me with that I cannot even begin to recall them all, but he always insisted that things be done *right*.

Beyond instruction, Michael has been a strong and charitable citizen who is always willing to lend an ear or a hand when somebody has a problem. More people than I can remember came through Michael's office, usually asking for guidance on their projects, and do I remember people leaving feeling generally hopeful and empowered. Sometimes, people dwelled longer in our house. I was fortunate to grow up in a large house, though my family was rarely alone.

Extended family, cousins, and friends have found a temporary home in the Herman house. They went through financial hardship, divorces, and familial strife, and they were welcome to stay as long as they needed to get back on their feet. The gates in front of our home are always open for that reason. Anyone who needs help receives it.

Charitable giving is in Michael's nature. On many occasions Michael hosted events supporting charities such as Voices for Children, a charity that raises money for orphans. When the fundraisers weren't at our house, Michael offered things like a trip on his plane for charitable auctions. He's known for picking up less desirable items at charity auctions, or driving up the price all to raise more money to help those in need. Michael's plane is not strictly a leisure craft though; he volunteers in the Corporate Angel Network, flying cancer patients across the country to receive necessary and urgent medical care; helps Special Olympians make it to the games on time; and has flown US veterans, turning otherwise unaffordable dreams into realities.

I know that he has kept himself busy helping others and providing guidance to whoever needed it. Michael has always been a force for productive positivity, and I know that he will be for the rest of his life. I know this because above all else – Michael cares deeply about people and has an honest heart. I love him very much, and I'm not alone in regarding Michael as a learned mentor and inspirational philanthropist.

Sincerely,

Nico Dyll

8406 Martingale Drive
McLean, VA 22102

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Dear Judge Gibson

Please allow me to introduce myself prior to providing information as to my observations as to the character of Mr. Michael Herman.

As a family man with almost fifty years of marriage, I have had the opportunity to lead by example in a variety of successful management experiences. With a background in engineering I have spent most of my working career with the US Government. I have overseen the providing of telecommunication services to most Federal agencies as the senior executive with MCI and Verizon. As such I have intimate experience and understanding as to the obligation of working in the Public Trust. I have also held the highest security clearances with both the Department of Defense and the Intelligence Community.

Subsequent to my service to our Federal Government, I have been engaged in providing guidance and governance to public companies and government-related organizations.

In this capacity I met Mike Herman as a board member of National Business Aircraft Association. As a lifelong pilot myself, Mike and I immediately bonded over the love of aviation. Subsequently I have had the opportunity to observe and participate with Mike in the support of a variety of events and activities. Special Olympics, Young Eagles and Wounded Warriors are some of the activities that come to mind.

Mike's generous support of these activities is accomplished by his physical association with the actual events as funder, participant, supplier and cheerleader. This was most recently demonstrated last week at the principal fund raising event for the Experimental Aircraft Association's Young Eagles program. Young Eagles provides scholarships for the pursuit of aviation-related careers. Mike actively and enthusiastically participated in the events that raised over $300,000. He is personally committed to the preservation and continuance of the American legacy of aviation innovation and excellence.

While I have been with Mike on many social and business occasions, nothing is more revealing as to the depth of character than the cockpit on a midnight flight across the United States at 45,000 feet (7 miles). A lot of topics and experiences are

discussed during these times. In the simplest terms, it's hard to BS someone at FL450.

Perhaps the most memorable experience with Mike was his offer to provide me with a ride along to Florida. Mike had a terminally sick relative near my destination. I showed up at the airport only to find that Mike had sought out a Wounded Warrior from Walter Reed Army Hospital who was scheduled for his 30th leg surgery as a result of and IED incident in Iraq. The soldier wanted to see his wife and daughter prior to surgery. "No problem" said Mike. "Let's go". So I experienced a Wounded Warrior's life experiences and an unexpected homecoming. Mike also took care of the return trip to Washington. No fanfare, no thanks necessary to Mike. Just a thoughtful and unselfish way to make a real difference.

I have seen Mike seek out opportunities to make a difference, not because it was convenient or in his interest, but because he cares. A testament to his character and contributions to a better world.

While I am in awe of Mike's contributions and character, I have noticed a minor concern. He hates onions and garlic, and makes it known!

Thank you for you consideration of my input regarding Michael Herman and his positive impacts on our society.

Respectfully,

Jerry A. Edgerton

**Barry D. Edwards**
Lawyer
P. O. Box 6599
Kaneohe, Hawaii 96744
Telephone: (808) 239-6976
Fax: (808) 239-6977
Mobile: (808) 220-4660
email: barrydedwards@gmail.com

August 6, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

     Re:   *United States v. Michael Herman*

Dear Judge Gibson:

     I am a member of the Hawaii federal Criminal Justice Act defense attorneys panel since 1996, having practiced law here in Hawaii since 1987. Before then, I practiced in Aspen, Colorado, from 1975. My practice today is largely federal criminal defense. Consequently, I am very familiar with your task in this case.

     Michael Herman is first and foremost a kind and generous caregiver and friend. I've known him since meeting in Aspen in the early 1980's, and have spent considerable personal time over the years since then observing Mike's interaction with all his children, his former wife Grace (whom I also know), wife Maria's son Nico, and Maria's father and mother. His sons and daughter all look up to their father, plainly love him, and are openly affectionate with him. When I went through a rather painful parting with the mother of our two sons in the late 1980's, Mike was there as an advisor and friend, welcoming my questions and providing objective advice that kept the divorce from being anything other than friendly. Today I have a great relationship with former wife, her new husband, and our sons; Mike probably doesn't know how much he helped me with that.

     He is the kind of person who does not complain or dwell on negatives. When he was stricken with the flesh-eating bacteria that nearly killed him and left his body ravaged, he fought back, survived, and carried on. Unless I asked specific questions, I never heard a word from him about the pain or the disfigurement he

suffered, and still haven't. I do know that his extended family was there for him, Maria nursing him around the clock and keeping everyone else informed of his long progress toward recuperation.

He has another major personal trait—generosity. Mike is there for those who need and seek his help and support. He is never too busy to help someone in need, whether it's flying them from hospital to special treatment facilities, or assisting in reuniting families of the seriously ill.

Mike's recent oversight, organizing the production of a documentary film and ceremonies honoring one of our nation's most famous stunt (aerobatic) pilots, called forth his business and social skills, as well as his organizational and operational talents. He devoted serious time and effort to make the tribute to Bob Hoover a huge success—no small undertaking. I witnessed him advising and providing consultation to Mr. Hoover during the planning and execution of these events; he served as a valued personal sounding board for Mr. Hoover, providing guidance and support throughout the process.

My impression of Mike has always been that he came from a solid, hard-working family, labored hard to make a success of and grow the family printing business, supported all those who made it work, and loved and cared for all his family, including former wife Grace. He helped support many with good jobs, eventually at factories in Pennsylvania, California, and Tijuana, Mexico. I have been to the modern factory (maquiladora) in Tijuana, and have witnessed the employees' interaction with Mike and local mangement; he was never above responding to anyone, at any level, about anything, with confidence and a smile.

I well know the range of options that you can choose from when sentencing Mike. It is my sincere belief that he is honorable, trustworthy, and will never reoffend the law in any respect. I know that, if permitted to serve a probationary term, he will continue in the positive service of family, community and our country, as he learned from his upbringing there in Pennsylvania.

There is also the question of his health, and his need for ongoing care and avoiding transmittal of his chronic affliction to others, which I know you will also consider in pronouncing sentence.

Sincerely,

Exhibit 48

The Honorable Kim R. Gibson                                       8-11-14
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15905

Dear Judge Gibson,

My name is Morrie Elstien.  I am a business man, family man and a friend for over 30 years with Michael Herman.  I consider him a friend and an important person to me and my family.  We have shared many occasions and have been friends over time and distance.

This letter is being written to talk about some of my experiences with Michael Herman, a longtime friend and a hero to me many times over.

In the many years that I have known Michael I have been witness to a wealth of unselfish acts, acts of bravery and acts of charity:

I have visited the Herman's many times for events that they held to help various charitable and community Organiztions.  I remember in particular one cause which helped move cancer patients who could not be exposed to regular flights because of compromising their immune system.  Flight Angels, another, who transported patience with illnesses of all kinds and Veterans Airlift, yet another, which helps soldiers get to events to and from the hospitals in order to be with family.

I have visited Michael when he returned from the Hospital after having Necrotizing Facetious and MSRA.  Bones, muscle and skin eaten away in huge cavernous sections of the body with disfigurements that you could hardly look at.  When I asked him what he was going to do about the Hospital and Doctor, he said, "he's a great doctor, he admitted his mistake and then helped me get my life back together, I am doing nothing".

I visited Michael when he made a wedding for his adopted daughter and watched him so many times as he helped each child get on their feet, educate them and support them when he felt they needed his help.  This is an unselfish guy, that I share a birthday with and a lot of love.  I was on the phone with Michael soon after he learned that one of his children had a disabling illness and helped her build a business so that she could support her children, his grandchildren.

This is a man who made training in his Plant a matter of course, enabling many people not trained to perform a factory job and able to make a living, and he and his Company provided insurance, benefits and employment to a town who counted on his plant being there in order to feed their families.

I and so many others like me are proud to have Michael Herman as a friend, I know few people who haven't had the gut wrenching pain of knowing they did something wrong and wishing they could take back time.  Michael Herman is a good man, an honest man and a good friend, husband, father, step father, ex-husband and grandfather.  He has touched many in a positive manner.

Morrie Elstien
100 E. Bellevue Place
Chicago, IL 60611

Exhibit 49

August 7, 2014

Gary S. Fallowes
141 NAC Drive
Duncansville, PA 16635

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

To the Honorable Kim R. Gibson,

I am Michael Herman's nephew and he remains my core mentor for my company, NewMetro Design. I have invented products and hold US Patents in the houseware's industry in which I source manufacturing and distribution worldwide. I worked for North American Communications for 13 years in Duncansville, Los Angeles and San Diego where I ultimately became VP of Production in both the San Diego and Tijuana facilities, in charge of over 600 employees. The knowledge I learned from Michael can fill a book from aviation and manufacturing to grilling steak and brokering business deals. He has instilled upon me the confidence one needs to succeed.

Michael is my mother's younger brother and second father to me. That's not quite correct...he is much more a friend who is always available. He has looked after me since I was a boy and upon my college graduation, I vacillated what to do so Michael took me into his home and gave me a job in the PA factory. Michael opened his heart to me and started showing me the "many ways to get to Boston" as he's said many times, meaning there's many ways to succeed and find your path in life. He showed me how a business works, let me sit in on meetings and allowed me to not be afraid to ask the tough questions like, "How are we going to make that date?" What he demonstrated was that there is always a way, one must gather the troops and make it happen.

Michael taught me how to take care of customers and admit if I made a mistake. It's better to be honest and offer a solution then try to cover anything up. Case in point was a mistake we made for the National Rifle Association where data processing incorrectly duplicated many names. We informed the client, spent a lot of money fixing the problem and everyone was satisfied with our resolve to fix the issue. I was very nervous about the situation but Michael explained to me that things go wrong and the best thing to do is be vigilant and correct them. He explained to me that I have to be ready for problems every day because in manufacturing things happen and I have to figure out ways to prevent them from happen again. With the NRA issue came many quality control procedures.

If you want to know about a man's character you need to understand what that man does without desire of recognition. Michael never looks for medals, awards or accolades. A simple "thank you" is more than enough feedback. Michael flies cancer patients for charities and did it before it was fashionable and before most of us even knew about the service. I've seen his face when he is prepping flights for these special passengers and never have I seen him transgress into feeling passive or begrudged. I know he's donated to many charities over the years,

hospital donations and personal investments in people's ideas and businesses. I don't think he cared much for the ROI...he just wanted the person to be successful. Nothing gives Michael more joy than watching people succeed.

In 2001, I decided to leave the family business and was very nervous that Michael would be upset, but to my surprise he kissed me on the cheek and asked how he could help. He took me under his wing and taught me so many aspects of starting up a business, negotiations and generally being successful. He taught me to be fair in business deals, how not to look desperate and always wait for the other guy to make a move. Case in point...I took Michael to my first meeting with an injection company that ultimately made my BeaterBlade product. They didn't take me very seriously so Michael leaned into the table and explained to them how serious 'we' were and that my product was going to be successful. He did it with finesse and some New York attitude but from there on the atmosphere changed significantly to the positive. I learned to look at the people in the room and if I believed in myself, I could rise to the occasion and have them believe it too. He taught me that I can do anything I desire. I have taken the time to make my products as perfect as possible knowing that I'd have to show it to Michael and he would meticulously analyze everything. Over the years he's trusted what I develop because I now have the tools he taught me. Again, taking care of customers is the one critical area I've learned from Michael. I'm on Amazon and other sites daily, responding to my customer's feedback. I do it myself, as he would.

Michael demands the best from people to be successful, but more to the point, they should perform well. Products should be built properly and customer service should be impeccable. I've sat in the same room for countless meetings with people I didn't even know who were there to ask Michael for help in their businesses. They sought out how to begin taking the steps needed to get off the ground, market their product or just understand the investments needed and where that funding would come from. What I witnessed was his immediate understanding of their needs and his guidance of "getting to Boston' with a gentle hand. He's always three steps ahead of everyone around him, which includes the FAA. When they tell him to turn 150 degrees west, he's already got it in the flight computer.

As I'm sure others will point out, Michael has traveled to his many friends who face medical issues and he is always there to help.



PILOT INSURANCE CENTER

September 7, 2014

Honorable Kim R. Gibson
United States District Court
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Dear Judge Gibson:

By way of introduction, I am William J. Fanning, the current President and Owner of the Pilot Insurance Center located in Addison Texas.

I am writing this letter to hopefully give you some insight into the character of Mike Herman, a man that I have known well for over 15 years and whom I consider to be one of my closest friends and mentor, always having time to counsel and direct me down the correct path. I have always known Mike to be one of the most honorable, trustworthy and generous men I have ever known.

I have personally flown as co-pilot with Mike on numerous charity flights in which he not only donated his time but his aircraft a great personal expense for the benefit of patients needing urgent transportation to medical facilities for treatment. I have also been with Mike when he did the same for the benefit of participants in the Special Olympics.

I was truly saddened to learn that Mike has found himself in this situation in this stage of his life and I hope that you judge him for the entirety of his character and not just on the charge against him.

Please take my comments and support for Mike into consideration when deciding what treatment he is to get in our justice system. His past conduct and consistently high moral character should weigh on your decisions regarding his situation.

Thank you for your consideration.

Sincerely,

William J. Fanning
President



**The Honorable Kim R. Gibson**
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

**Your Honor:**

I respectfully submit this letter for Your Honor to consider in the sentencing of Michael Herman.

By way of introduction, I am the Founder and Chairman of Winter Park Construction.  I founded Winter Park Construction 40 years ago as its sole employee and operated it out of a small apartment.  Since those humble beginnings, I have grown Winter Park Construction into one of the largest privately held construction companies in the United States.  Today, Winter Park Construction builds commercial and multifamily complexes in many states, it does annual business of approximately $250 million dollars and employs 200 direct employees and well over 1,000 indirect employees.  Additionally, I am a member of the Board of Directors of Old Florida National Bank and a Director of the Rollins College Hamilton Holt School of Business.  I hold an Executive MBA from Harvard Business School.   I am also a director of several non-profit organizations.

It is through the latter, non-profit and charitable aviation organizations that I first met Michael Herman over a decade ago.  As you probably already know, Mike was operating North American Communications with his son, Rob, and was a respected businessman.  However, despite that successful business, he found time to play a lead role in these charitable and non-profit organizations and I was immediately impressed by Mike.

In fact, when I was asked to speak to Mike's character, I thought it was ironic.  Mike is a man that I respect, look up to and hold in high regard.  He is a person I wish I could be more like.  I have observed Mike demonstrating a selfless character in his actions of mentoring, training, educating and giving financial aid to those in need.  I have been on Boards where Mike has given his time to support community, charitable and philanthropic organizations.

In all of my interactions with Mike, I have been impressed with his strong commitment to his family, faith, friends and his community.  He has consistently put the needs of others ahead of himself.   In business I have had the opportunity to observe him to be always honest and forthright, looking out for the interest, relationship and long term viability of both parties, not just himself.  In my experience, such characteristics are rare in today's business environment and cause me to hold Mike in the highest esteem.



I hope that you will consider this as you perform your duty and deliberate on Mike's sentence.  I think Mike is the type of person that is needed in our society today and that we will benefit from having him be able to continue his contributions to his community.

Respectfully submitted,

Tracy S. Forrest



The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

Dear Sir,

My name is Stuart Fred.  I am President of Houston based Bomasada Group Inc. a 35 year old privately held real estate Development Company with 250 employees specializing in the acquisition, construction and management of company owned multifamily apartment projects throughout the Southern United States.  Bomasada does $350 million annually in business for our own account. I am also a member in good standing with numerous National organizations associated with my profession.  I am an aviation enthusiast and have been flying since the age of 16.  I sit on several Boards associated with aviation including the Smithsonian Air and Space Museum in Washington DC as well supporting the Naval Strike and Air Warfare Center (NSAWC) and Veteran Airlift Command. My involvement in aviation is how I came to know Michael Herman.

I have had the great pleasure of knowing Mike for almost 10 years. Although our relationship has not been focused around business but rather aviation. A passion we both share and utilize in our respective businesses. I sit with Mike on the Board of Directors of Cessna Jet Pilots Association. We both participate in the Special Olympic Airlift transporting the special needs athletes. When I first met Mike I found him to be a very energetic, personable, caring  and most importantly a giving individual.  What I mean specifically about giving covers a wide spectrum. Mike has been giving of his time and experience to mentor young aviators. Mike has been giving financially to many charities, aviation associated and not. Mike has been giving to his large family both immediate and extended. I've witnessed Mike helping others in so many ways without a requirement of indebtedness.  Mike Henman as the old Yiddish term goes is a"Minch". I'm proud to know Mike and I am a better person for knowing him. Thank you sir.

*Stuart L. Fred*

**8980 Lakes at 610 Drive, Suite 200
Houston, Texas 77054
Office  (713) 668 6886
Fax  (713) 668 6880
Email - Stuartfred@bomasada.com
Web - www.Bomasada.com**