

August 9, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

                                        RE: Michael Herman

Dear Ms. Gibson:

I am the Chief Financial Officer of National Business Aviation Association (NBAA).  I have been in this
position the last 6 years.  Prior to this position, I was Vice President of Finance of DeltaGEE, a startup
company for two years and Chief Financial Officer of Truland Systems, one of the largest electrical
contractors in Washington DC for ten years.  My career in accounting and finance has been over 30 years
working in both public and private accounting.

I have known Mike since my start at NBAA.  Mike was Chairman of the Audit Committee and I was the
chief staff liaison to the Committee.  With Mike's role as Chair of the Audit Committee, I found Mike to
have the highest level of integrity.  In working with NBAA's auditors, Mike would always question them
to make sure they reviewed all of the issues and NBAA had proper internal controls in place.  He was
concerned with NBAA's work in China that NBAA complied with the Foreign Corruptions Practice Act
(FCPA).  With Mike's urging, NBAA created a FCPA policy.  Mike was also responsible for
administering the NBAA Whistleblower Policy.   Mike met with staff on a regular basis to discuss the
policy and solicit feedback.  Onan annual basis, Mike led a review of the Audit Committee charter to
make sure the Committee stayed fresh and addressed any issue where he thought NBAA had risk.  Mike's
leadership was invaluable to NBAA.

Over the 6 years, I worked with Mike, we also became friends.  We would see each other about 5 times a
year and have numerous conversations over the telephone. Mike would talk about his family and what
they were doing.  It was easy to see how proud Mike is of his family and how much they mean to him.
Mike would always ask about my family and had a very genuine concern for my family.  We even invited
Mike to our son's Bar Mitzvah.  Even though Mike was unable to attend, he gave a very generous gift to
our son.

In closing, Mike is a very honest and honorable man.  I request the court to please consider leniency in
Mike's sentencing.

Sincerely,

Marc L. Freeman,
Chief Financial Officer



The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901


Subject: Michael Herman

Your Honor,

As founder and CEO of the Veterans Airlift Command (a nationwide non profit which provides free private air transportation to post 9/11 combat wounded thru a network of some 2000 volunteer aircraft owners and pilots) I first met Mike Herman as a volunteer pilot.

I am a combat wounded helicopter pilot (Vietnam 1968) who deeply appreciates the select few who give of themselves to see that this generation of warriors does not go unrecognized for their service.  Especially those seriously wounded.    Mike Herman is one of the select few who stands out.

Mike has flown a number of significant missions for us in his own aircraft which he contributes to the cause.  The most recent being a triple amputee (IED blast) who needed to travel most of the way across the country to be with his family;  A trip for which airline travel was  nearly impossible due to the location and his injuries , not  to mention being completely unaffordable to this marine and his young family.

Mike generously gave his time and completely covered the cost (as he has done on numerous occasions) so that this deserving family could be reunited with their parents.   His warmth and generosity has left a wide impact in our military community.   And with very little fanfare. (The pictures we get from his trips are from the passengers who comment on his kindness.  Not self serving PR types of reports).

I have gotten to know Mike personally over the past 7 years  as he is deeply involved in charitable work within the aviation industry.  He has been a tireless  supporter of the Corporate Angel Network for  much longer period of time, but when he became engaged with the fledgling Veterans Airlift Command in 2007, he did much to make us known to the rest of the aviation world.  He is an asset to this community and I'm sure, from my interaction with him as a friend, to any community with whom he's engaged.

Most of our volunteers respond to the opportunity to help but we do not pressure them by putting them on the spot.  We publish a mission request by email to a group of aircraft owners in an area and generally the mission gets filled.   Mike is one of the unique who had made it clear over the years that if we are in a bind we can call him and he will change plans to cover a needed mission.



He is in the top 10% of our supporters. Engaged, generous and kind.   Our network is made of Patriots. I consider Mike as a brother and would share a foxhole with him. (well, pilots like to avoid foxholes...but you know what I mean.)

My hope is that while considering appropriate sentencing, that Mike's exemplary life as a family man, and responsible business leader, in addition to his many philanthropic activities...done with no fanfare...but from the heart, you will strongly consider the whole man and return him to the community to which he has much yet to give.

Thank you for your thoughtful consideration.

Sincerely,

Walt

Walter L. Fricke
AirBoss
Veterans Airlift Command
www.veteransairlift.org
952 582-2911  EXT 24



August 11, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Dear Judge Gibson:

I am writing this letter on behalf of Michael Herman and would like to attest to his character and person for as long as I have known him. I am an entrepreneur, registered nurse and former flight nurse prior to starting MedAire, Inc. in 1985. I built this business from the ground up and today it serves the world's airlines, ships at sea and business aircraft with state of the art equipment, training and life-saving medical advice (www.medaire.com).

I have known Mike for the past six years while serving on an Advisory Council for the National Business Aviation Association of which the past four years I have served with him on the Board of Directors. During two of those years, Mike was the Chair of the Audit Committee and I served as a member of that committee. Having run a business myself, I was acutely familiar with the importance of this oversight committee. Mike was very dedicated and attentive to doing things "the right way" and always maintained an objective and professional demeanor throughout that period.

Personally, I have come to know Mike through charitable events where he and his wife Maria give extensively of their time and money to "Save the Children" and "Voices of Children." In addition, Mike is very involved in raising funds for CAN (Corporate Angel Network) to enable children and their families to receive free transportation to obtain critical life-saving treatment for cancer. Mike provides this transportation for these children - he is known to always say yes to a child in need! Whether for the Special Olympics or Wounded Warriors and their families, Mike continues to give his time, friendship and money to ensure they feel valued and comfortable in his care and transportation.

1250 West Washington Street, Suite 442 | Tempe, Arizona, USA 85281      Tel: +1 480 333 3700 | Fax: +1 480 333 3592

www.medaire.com          Americas • Asia Pacific, Middle East, Africa • Europe          EXPERT CARE. EVERYWHERE.™

Page 2

There are very few people that I have met in almost 30 years of doing business around the world that I can say I respect, admire and trust.  Mike has always stood out as the most sincere, generous and very thoughtful person.  In my opinion, his integrity is beyond reproach.

Thank you sincerely for the opportunity to write to you on behalf of Michael Herman.

Respectfully submitted,

Joan Sullivan Garrett
Founder and Chairman of the Board
MedAire, Inc.

Exhibit 56

August 1, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

Re: Michael Herman

Dear Judge Gibson:

I have known Michael Herman for a decade.

We first met through one of the many not-for-profit Boards he sat on.  I was an investment advisor to the non-profit and Michael was a member of the finance committee.

Over time I grew to truly respect and admire Michael.  I do not recall him ever missing a meeting and, when he spoke, others in the room would pause and listen to his earnest, upbeat and analytical thought process.  From my vantage point it was clear Michael was highly regarded by his peers and was respected for the commitment he made as a volunteer.  He set an example for all.  To this end Michael made a point of connecting with all parties involved with the organization – it did not matter their stature just that they were involved.  His compassion for all is notable.

Sincerely,

David Granson



**Asset Management, Aircraft Charter**

August 22, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Re: Michael Herman

Dear Judge Gibson,

Please accept this letter in support of Michael Herman whom I have known for eleven plus years.

My name is Grayson Grove and I am a professional pilot for Delta Air Lines and a business owner of Jet Methods, Incorporated, a private aircraft services company located in San Diego. I also serve on the Board of the San Diego Air & Space Museum and am a prior Eagle Scout.

I first met Michael in 2001. Mutual aviation interests, both business and philanthropic in nature, brought us together and has helped strengthen our friendship over the last decade. It has been during this time that I have seen repeatedly the generosity and caring nature of this man.

In 2003 when I started Jet Methods Michael became an important business mentor to me, always eager to "help and assist anyway I can," which became a phrase I've heard him use time and again with me and others. These are not empty words as I learned one day in 2006 when my struggling air charter business was about to be shut down the next day for lack of an approved charter jet being available to the general public. I called Michael distraught to ask for his advice on how to handle our soon to be unhappy customers and employees. After listening to my situation he volunteered his aircraft for us to use if it would save my company. We completed the contract the same day and I submitted the paperwork to the FAA thus avoiding a shut-down. These types of agreements normally take weeks to finalize with aircraft owners and attorneys, and Michael and I completed ours in 2 hours. He is a trusting individual around those he cares for, and a handshake if often good enough.

2006 Palomar Airport Drive, Suite 101    Carlsbad, CA 92011
Tel. (760) 930-9315    Fax (760) 435-7233
www.jetmethods.com



One of my employees has a young son named Trevor with a rare terminal disease called Krabbe, affecting the central nervous system.  The constant pain Trevor was enduring from his nerve ends firing off made it impossible to travel using public transportation.

As this disease is very rare there is only one clinic in the country that specializes in Krabbe and treatments.  I approached Michael in 2011 with the situation and the parents need to bring their son to New York to be seen by the specialist.  Michael, through his connections, arranged to have them flown roundtrip in a private aircraft at no cost.

Over the years Michael and I attend a number of events, many with philanthropic components such as CAN (Corporate Angel Network) and the Special Olympics.  It is at such events where I have personally witnessed Michael not only donating his plane to raise monies, but also actively bid (and win) on auction items that were not selling or selling too low in his opinion.

In closing, Michael Herman has not only been supportive of me, but with others he knows and those he has never met, but who are less fortunate.  I have seen time and again how gracious he is with his time and resources, using his business and personal connections in helping others.

Sincerely,

Grayson Grove
President

August 15, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Bldg
319 Washington St
Johnstown, PA 15901

Roderick "Rod" Grove
2931 Aber St.
San Diego, CA 92117
858-735-6019
Email: rod@jetmethods.com

My Background:

- Widower since 2008, 3 grown children
- Graduated Minnesota State University, M.S. 1974
- Director of Aviation Science, faculty member 1968 – 1978  MSU
- Manager, Flight Operations & Travel Services, General Dynamics Convair/Space Systems Div, 1979 – 1992
- Corporate Turbojet Flight Captain, 1968 – Present
- Conducted audits of large flight departments such as ATT, Union Pacific, ConAgra, Emerson Electric, Key Bank, Clark Equipment, '93 – '95
- Current Flight Instructor with former FAA Examining Authority for many years, 29,000+ accident-free flight hours, 1957 – present.
- Assistant Director of Management Services for Jet Methods, Inc, an asset management and charter company, Carlsbad, 2001 -- present.

Let me first state that Michael Herman has proven to be an honorable and courteous gentleman who I have known for the better part of 15 years. He has shown his caring nature to me and my family, time and time again. I also know his family well and have always sensed a very positive *esprit de corps* within. As a professional pilot and aviation manager for many years, I cannot say enough good things about Michael Herman and his professionalism and integrity. Our friendship is the unique sharing of camaraderie between two senior aviators. We have done and enjoyed so much together. I think of what he has given with his philanthropy in the aviation community, for our families, and in his positions on several Boards including the NBAA (National Business Aircraft Association), Air Ventures (Experimental Aviation Assn in Oshkosh, WI), Cessna's technical maintenance board at their headquarters in Wichita, to name but a few. He provides "value added" to each and every organization in which he becomes involved. He CAN be counted on, because he is that type of gentleman. He delivers and pays everything forward to the best of his ability. Michael is a motivator, -- a true giver, not a taker. He has mentored me, and I have reciprocated, but he has accomplished so much more for others. Few people have the greatness of character of Michael Herman.

Moreover, I just have never met someone who will drop everything and come to one's aid the way Michael does. I think of his many donations to our military veterans, for instance. I have been with Michael on several occasions where he has devoted his time to assist our 'wounded warriors' by transporting them, with their family members, back and forth to military hospitals all across the United States, and the unselfish use of his airplane to donate and participate in Cessna's annual Special Olympics, as well as CAN (Corporate Angel Network, associated with cancer patient needs). He has assisted other war heroes, some who can hardly board the airplane and transported them to and from functions such as the Reno Air Races and many other event functions. He has done these things, not only with me, but also with my now-deceased wife Caroline (a former Citation captain), and others from our aviation circle, including my oldest daughter, Kaylene, and son, Grayson, all licensed pilots.

Michael has been such an important friend to me, especially after my wife passed away. He reached out to me regularly, checking on me and inviting me out to socialize with him and his family and friends.

Back in July 2008, one month after my wife's passing, Michael invited Kaylene and I to come with him to Air Ventures EAA, to help us put aside our grieving for a short time and enjoy the festive atmosphere of the largest annually held general aviation convention in the US. Not only did he cheer us with his good humor and big heart, he made a special effort to make us comfortable, introducing us to new people and inviting Kaylene to fly for the first time in the right seat of a Citation Jet. He dedicated his time to teaching her about the avionics and other differences in the jet, and chatted with her on light topics while in flight. During our time at Air Ventures, Michael was generous in so many ways, with both his time and money. Michael provided compassionate support during our time of distress, which has meant the world to our family. He has been one of our greatest friends. I speak for my family in vouching wholeheartedly for Michael's good character and would be happy to provide other accounts or more details, as needed.

Respectfully,


Rod Grove



EQUITY CONCEPTS NORTH, LLC

8 Sheraton Drive
Altoona, PA 16601
814.940.8322
888.735.8037
Fax: 814.940.8323
info@equitynorth.com

www.equitynorth.com

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

In Re: Michael Herman

Dear Judge Gibson:

I am writing this letter to, hopefully, assist you in determining the appropriate sentence for Michael Herman. By way of background I am an active member of the Pennsylvania Bar admitted to practice in all courts of the Commonwealth and the United States District Court. I am currently the President of a wealth management firm, Equity Concepts North, LLC located in Altoona, Pa. and mediate cases on an active basis principally in the western half of the Commonwealth. Prior to establishing the wealth management practice in 2000, I was the Managing Partner of the law firm of Jubelirer, Carothers, Krier & Halpern (now "Of Counsel".) Among the professional areas that I have devoted my time, I served as a Hearing Committee Member, a Board Member and ultimately the Chair of the Pennsylvania Supreme Court Disciplinary Board. In that capacity I was confronted with the issue of weighing a person's future and understand the burden placed upon you.

To the issue at hand, the appropriate sentencing of Michael Herman who appears before you, I humbly want to present Michael as I see him as a person. I have known Michael for over forty years both professionally, having provided legal services to his business, and personally as a friend. In both capacities I have observed Michael under all circumstances, both good and challenging, and can unequivocally state that, as a person, he has the personal qualities that I truly admire. Michael has touched many lives in a positive way.

The business Michael created and built has provided incomes for hundreds of families however he was never an executive who was isolated from the workers. At the Duncansville facility he knew all workers by name and always treated them with respect. I am aware of multiple instances where an employee had a special medical issue and when Michael learned of the circumstance he would personally research and find the best medical care available for the particular condition. He would then arrange or even personally take the individual for treatment. In those instances where the treatment would have created a financial burden for the individual, Michael paid for the treatment. This was done quietly and without Michael seeking any recognition for his actions or reimbursement. The only reason I was aware of these acts of kindness was by virtue of the fact that my practice put me in contact with the medical profession and I would assist Michael in finding the right care.

Registered Representative Securities offered through Cambridge Investment Research, Inc., a Broker/Dealer, Member FINRA/SIPC
Investment Advisor Representative, Cambridge Investment Research Advisors, Inc., a Registered Investment Advisor. Cambridge and Equity Concepts North, LLC are not affiliated.

In a similar vein, Michael is a superb pilot (I am licensed and feel qualified to make that statement) and would use his skills and aircraft many, many times to assist others, again without seeking accolade or reimbursement. As a longstanding member of Angel Flight, Michael provided a flight, without cost, to many people in need of transportation for medical treatment. I am also aware of occasions where he provided a flights to members of the military.

As a member of the Board of the National Business Aviation Association and his interaction with the manufacturer of the Citation Jets Michael has been instrumental in promoting safety and improvements benefiting general aviation as a whole in the United States.

On a more personal level, Michael is a devoted father to his children and always made them the primary focus of his life. He raised his youngest son principally as a single parent from a young age. His skills and love as a parent would be evident to you if you have the opportunity to meet his son, also Michael. He is a gifted young man who is a kind and gentle person.

As a friend his is truly unique, giving and supportive. From a personal standpoint, altering the focus of one's career is a challenging decision and I don't know if I would have made a transition to a second career without Michael's counsel and encouragement.

We both have a mutual friend in Arizona who has had significant medical challenges over the past years resulting in a double lung transplant. Michael was there both before and after the surgery on more occasions than I could count just to provide support and when needed to perform any task that was requested of him.

Michael has had his own medical challenges. As the result of a routine procedure he contracted an infection that brought him close to death and left him with a permanent painful disfigurement. While his residual debility would sideline most individuals, true to his nature, he has persevered and does not let the discomfort inhibit his activities.

The bottom line to this letter is that Michael Herman is truly a gifted person with the qualities of humanity that makes any person who comes in contact with him to the better for the experience. I would hope that your judgment can reflect the compassion for Michael that he has shown to so many others during his lifetime.

Sincerely,

M. David Halpern, Esquire

Exhibit 60

Your Honor,

I am a better person for having known Michael Herman. His countless acts of selflessness have raised the bar for me. He is a man of great character. In the 17 years that I have known Michael, he has been a giving individual. He selflessly gave his time and resources to fly Vietnam Vets and families of terminally ill children, around the country to hospitals for their treatment, and he did this for free.

My late husband, Peter Hammond, was friends with Michael for over 60 years. Peter was ill for almost 7 years. In that time of some 42 surgeries and 5 rounds of chemo, Michael would visit every few months just to hold our hands and comfort us. He showed up like no other.

Your Honor, if there were more people like Michael Herman in this world it would be a better place. Michael is ONE of the good guys. He always pays it forward.

Your Honor, please have mercy on Michael Herman, he deserves forgiveness.


Sincerely,


Suzie Hammond

suzie@suziehammond.com
1909 Marlin Dr.
Belleair Bluffs, Fl 33770
727-457-0827

Exhibit 61

Celeste Holthaus, CSR
370 Rosecrans, No. 205
San Diego, Ca  92106
619.992.8353
celestecgh@cox.net

July 26, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

RE:  Michael Herman

Your Honor,

When asked if I would write a character reference for Michael Herman, I had no hesitation as that would be an easy task for me—a letter about a person who I find to be one of the most honorable, generous and kind men I have ever encountered.

Presently I am the Federal Grand Jury court reporter here in the Southern District of California, having been a reporter for 40 years in San Diego, so I'm sure you can understand and appreciate the world that I have experienced over those years  as I reported the testimony of thousands of individuals and observed their demeanor, the majority of which were such "bad apples."    Michael Herman falls nowhere in that category.  He remains above reproach in every way.

I became friends with Michael nearly 20 years ago when he relocated with his business to San Diego, and our families have remained close throughout that time.  His family spans several generations and they are always his number one priority.   At any given time, there is at least one member visiting with him and his wife Maria, and often there are several here in San Diego spending time together celebrating an event or just enjoying family.

I am personally aware of Michael's generosity with his time and money on numerous occasions as he has helped a friend or family member with financial struggles, relationship struggles, health struggles and the like.   He has always demonstrated an eagerness and sincere desire to assist those in need.  These gestures have continued as long as I've known him and it is apparent to anyone who knows him that he is a great person with no hidden agendas.

When my husband and I separated several years ago, Michael took no sides; he was considerate to us both.  And then following my husband's diagnosis with colon and liver cancer, Michael was there alongside us both throughout that awful journey of treatment, hospitalizations, near death, more hospitalizations—it was three years of hell and also knowing who your friends are.  And Michael was the one to make sure my husband had the best care at Mercy Hospital (the hospital where Michael became a huge donor after his own near-death experience).   He didn't need to devote all that time and energy to one sick friend; yet he found the time and was sincere in his actions and constant attention, despite his own health struggles.  Michael Herman is a saint.

Also during that period our son was just in his early teens and living with a very sick father—a huge responsibility on a boy.  Michael stepped in and took somewhat of a father/big brother role to Hunter, guiding him, spending time with him, taking him on trips, and even providing flying lessons for him.  They will always have a very special bond.   For as long as I can remember, whenever I see Michael the first thing out of his mouth is, "How are the kids?  How is the family?"   And every time I hear that it reminds me of what a genuine and caring person he is.

I have the utmost respect and admiration for Michael for who he is, his success in business, his kindness and generosity, his caring for those in need and  his commitment and love for his family.   Often I have shared with others how fortunate I am to know him and that he has been such a blessing to myself and my family throughout the years.  He is a man that my children truly respect and look up to.

Michael and Maria have been dedicated contributors to several charitable organizations within the San Diego community that I am personally aware of (I'm sure there's many more I don't know of) and have always shown a sincere desire to participate both financially as well as hands-on and have done so historically on a much larger scale than the average donor.

These words come from my heart and through my experience of knowing Michael Herman, the generous and honest person he has been and will always be—a man of his word and compassion.  I would urge Your Honor to take my thoughts into consideration in making your ultimate decision on the outcome of his case.


Sincere regards,



Celeste Holthaus, CSR

HUNTER HOLTHAUS
419 La Crescentia Drive
San Diego, CA 92106
Hunter_holthaus@redlands.edu

August 8, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Re: Michael Herman

Dear Judge Gibson,

I am currently studying fine arts at the University of Redlands located in Southern California and operate an apparel printing business. I have known Michael Herman since I was three years old and consider him to be one of the most influential role models in my life. My family and Michael's family have become very close over the many years we have known each other.

Taking a look at my youth over the past several years I have come to realize how important Michael's guidance has been to me. From ages eight to eighteen my father constantly battled cancer, from throat, colon, liver and lung. I lacked a father figure to do simple activities with and home life was always difficult, but Michael was there for me. When I was fifteen he would take me on flights in his plane and then gave me flying lessons, which as you can imagine was an incredible experience for a teenager. Those times when Michael would spend time with me and be interested in my activities made my life bearable during such a prolonged difficult and trying time.

I remember him always then and today being there for me and my family whenever life seemed out of luck and hopeless. He never gave up on us and always seemed to be a figure that we could look for strength.

When I was in the sixth grade I was lucky enough to have the opportunity to interview Michael for a school project about our mentors. Most students chose their parents, but when it came to a model story of success, Michael Herman is the perfect story of building a life and career from the bottom up. That simple interview project from middle school has proven to be one of the greatest sources of motivation for me to build a business from the ground up. His story of working at his father's print shop to ultimately becoming a successful mail printer has inspired me to put hard work into pursuing my passions of print making.

He is my mentor.

Sincerely,


Hunter Holthaus

Exhibit 63

To The Honorable Kim R Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown PA 15901


Dear Sir,

My name is Gerda Pieter Indrisie and I live in Perth, Western Australia. I am Michael Herman's mother in law. He is married to my daughter Maria.

Letter of Character Reference.

I met Michael in State College in 1994, when I was living with my daughter to help her with her son Nico. Michael always included me in there outings. He was always kind and courteous. Michael lent us a car so I could take my Grandson out and do the shopping (my daughter was working at the time). First he would bring quarters for the washing machine in the building, and then he just took our wash to his house and did it for us. He is always so helpful.

After they got married, Michael took me and Maria to visit my mother in Amsterdam who I hadn't seen in years. I was so happy. And then years later he brought my mother to visit me in Australia for the last time. It was wonderful.

In Australia, when I needed to get my backyard fix for subdivision, it was Michael who helped me. He always invited me to come for holly days. And he always had a coffee with me every day, which made me feel good when he is so busy. I can't begin to tell you how my life has changed since Michael came in to our lives. He has taken me to places I could only dream about. And the shows I have seen.  He is a very good son in law.

Michael also helped me in to the 21first century with a mobil phone and computer, and the time he spent helping me to understand it all. He is a wonderful kind man.

Sincerely,


Gerda Pieter Indrisie
Apartment 1002
19 The Circus
Burswood Perth 6100
Western Australia

Carol Katz
5611C Adobe Falls Rd
San Diego, Ca 92120
Tel: 619-265-0565

August 8, 2014

The Honorable Kim. R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington St
Johnstown, Pa 15901

Re: Michael Herman

My name is Carol Katz. I am a 62 year old female currently residing in San Diego, California. I have been married to Ira Katz, Michael Herman's first cousin, for over 41 years and together we have 2 married children and 4 grandchildren. I am a graduate of Temple University, where I graduated with a degree in education. Unable to find a job in teaching, I worked as a medical claims adjuster until the birth of my first child. While my children were growing I spent my time as a stay at home mother, focusing my attention on my family. As my children grew to become teenagers I went to work at the business that my husband owned and operated in the grocery industry. I continued to work with in the grocery industry until approximately 7 years ago and have been a housewife since that time.

In 1970 shortly after I started dating my husband I met Michael. He was very nice to me and accepted me into the family with open arms. I can honestly say that in all the years that I know Michael he has always treated me with love and respect. This has brought him to become my closest relative.

Michael is a wonderful, caring man who befriends people, not caring about your station in life but rather about who you are as a person. Over the years I have noticed that he treats everyone with the same level of respect.

Michael is highly regarded by all who know him. He is happy and willing to talk with people who might need his advice about anything, whether it be about business, relationships, illness or any other matter.

Page 2

     Family is very important to him. He makes sure, that if it is at all possible, he will be at family events, weddings, bar mitzvahs, birthdays and funerals. Honestly, I can't remember him missing anything that was scheduled in advance. He has attended all of my family's life cycle events, even those involving my parents and brother. He even changed his schedule to fly across the country to be present at my grandson's bris.

     When my mother was widowed and subsequently contracted cancer, he always asked about her well being and if she needed anything. When visiting my husband's mother he would always take the time to visit with my mother as well. He always asked what he could do to make her life more comfortable. When he would arrange to do something special for his aunt, he would always include my mother. I have to say, my mother loved Michael and was a huge fan of his before her death.

     He has taken many people into his home to live when they were down on their luck and needed to get back on their feet. My husband and I had some financial problems and lived with Michael and his wife for approximately one year. In actuality we could have moved out sooner, but we became very comfortable and they seemed to enjoy our living in their home. He never asked us for anything in return. He is such a generous and caring man.

     Michael is very charitable. He contributes to many different charities. I was a member of a charitable group called Makua with his wife Maria. This group helps foster children in San Diego. Not only did he support the organization financially each year, he also would donate items in kind for annual banquet. A barbeque at the Herman residence became one of the favorite auction items each year.

     My daughter and her family live in Phoenix, Arizona and whenever he is going in that direction he would always ask me if I would like to go with him because he knew how much visiting my family meant to me. Months ago, I went to Phoenix with him and he totally went out of his way to get me to my destination so that I wouldn't have any problems. When it was time to head for home, rather than ask me to find a way to the airport, he went out of his way to pick me up. He is a very caring man and always tries to make people's lives happier.

     Michael is loved by many people all over the world and I am one of the many. I am lucky to have him in my live.

Sincerely,


Carol Katz

Exhibit 65

**Ira Katz**

**5611C Adobe Falls Rd**

**San Diego, Ca 92120**

**Tel: 619-895-5289**

August 8, 2014

The Honorable Kim. R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington St
Johnstown, Pa 15901

Re: Michael Herman

    My name is Ira Katz, I am a 64 year old male currently living in San Diego, California. I have been married to my wife Carol for over 41 years and we have 2 married children and 4 grandchildren.  I am a graduate of Temple University in Philadelphia with a major in Accounting and a minor in Insurance. Subsequent to my graduation I worked as an accountant/auditor for a large Public Accounting firm in New York. I passed the New York State C.P.A. exam in 1977, but have not practiced since that time. I have owned or operated various businesses since that time mostly in the grocery industry, and other consumer oriented businesses.

    I am the first cousin of Michael Herman. His mother and my father were brother and sister. Mike is approximately 11 years older than me and has acted much more like an older brother than a cousin my entire life.

    He has always been there for me, My first memory of Mike was when I was approximately 6 years old. Mike took the time, came to my house because he wanted to teach me how to ride a bicycle. Once I had learned to ride, he re-built his old bicycle so I could have an English Racer.

    A couple of years later Mike took the time to come after work most evenings and weekends to build a train set for my brother and I. He worked tirelessly to build the most amazing set for us.  It was done as a labor of love and by the time he had completed that layout Mike had become the person that I most admired. Whether it was the train set or an interest in boating, Mike was there to help nurture that interest.  He would drive to my house on Saturday morning to drive me to boating classes from the Power Squadron. Never a complaint, only doing his best to open up opportunities for me.

Page 2

During my teenage years, Mike had gotten married and started a family of his own. There was always a place for me at their house and I would spend the majority of my weekends with Mike and his family. During that time I was exposed to many positive things and spent much time with Mike on various projects. I think it was there that I learned many lessons about how to treat people as equals regardless of their occupation and station in life. It was from Mike that I learned that people need to be treated as equals regardless of who they are,.

Mike has always been very family oriented. He was a loving and caring son to his parents. In his Mother's later years, I know for a fact that no matter where he was, or what he was doing he made time to call his Mother each and everyday. In fact, he made time in his schedule to travel to New York at least once a month to see her and spend time with her regardless of where he had to travel from to accomplish it.

Mike was very close to both of my parents. My mother married my father when Mike was just a toddler. Very shortly after getting married my father went into the Army to serve in World War II. It was during that time that my mother spent a lot of time with Mike's family and became very close to both Mike and his sister Audrey. That bond remained strong until the day my mother died approximately 7 years ago. My mother was his "Tanta", that's Aunt in Yiddish. After my father died in 1993 Mike was always there for my mother and would visit her on a regular basis in Phoenix. It's funny, my mother would ask me a question and I would answer, but it wasn't totally believed until she heard the same thing from Mike. I always said that my mother actually had 3 children (my brother Arnie, myself and Mike) and in actuality Mike was probably her favorite. Every so often Mike would give me a call and say it was time to go visit his Tanta, so off we would head to Arizona to spend the day with her. To make sure she was happy and he wanted to make sure she had everything she could need or want.

Mike has always been there for my family both in good times and bad. He has attended every celebration my family has had over the years as well as being there to comfort us after the death of my mother and father. No matter where he was when he got the news you knew no matter what it took for him to get there, he would be there for support.

In 1999 my wife and I were looking for a new opportunity. With Mike spending the majority of his time working in San Diego he wanted us to move to be near him and his wife. He found us an opportunity and made our move possible. When we moved to San Diego, Mike and his wife insisted that we stay with them. We actually stayed with them for approximately a year and when we did finally move out you could see the disappointment in their faces. No one and I do mean no one has ever been that nice and done so much for us.

Page 3

     Some years ago Mike went into the hospital for a colonoscopy. On his way home from that test, he stopped at my place of work to show me he was ok and so I wouldn't worry about him. Unfortunately, later that day Mike had to return to the hospital where it was diagnosed the following day that he had contracted a case of Necrotizing fasciitis. This is a very severe "injury", as Mike would say. He had numerous operations and was put into an induced Coma for a couple of weeks. Thank god he managed to survive this "injury", since I myself couldn't imagine life without Mike around to be part of it. It's funny while recovering from something like this, most people would spend their time blaming people or thinking about how they were going to sue everyone. I can honestly say, that I never heard Mike blame anyone nor speak of suing. In fact he was supported the very hospital that caused the problem.

     As I mentioned previously, Mike considers all people to be his equal. One day I was standing with him on the floor of one of his factories. He was observing a supervisor talking to the employees. He immediately called that supervisor over and told him that if he didn't treat these people with respect, there would be ramifications. On another occasion we were touring the Pa plant where hundreds of people were working. Mike knew pretty much everyone's name and it was quite obvious that the people working in that factory really liked him very much.

     Having been close to Mike all these years, I have observed that being Mike Herman's friend is a very good thing. He cares about the people around him and is extremely loyal. When a good friend of his began a cancer fight, Mike was there every step of the way in whatever way he was needed. How many people can say they have friends like that? When someone is in need, you will usually hear "How can I help" come from his mouth

     Mike and his wife have been very charitable. I know that they support various charities, but they could care less about recognition. They support things that they believe in both financially and with their own efforts. . Mike as a pilot has flown many Angel flights and is huge supporter of the aviation efforts for the Special Olympics.

     I know it would appear that I am biased when it comes to a conversation regarding Mike Herman, and I probably am. It's true he's my closest relative, my best friend and the person that I would call if I needed help in a situation but his status in my mind is not because we are blood but rather because of person that he is. As I have said he is a good man, a loyal family man, a great friend and someone that has led a very positive life to this point.

Sincerely,


Ira Katz

Exhibit 66

Joyce Worley Katz

909 Eugene Cernan Street
Las Vegas, NV 89145
email: JoyceWorley1@cox.net

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901


I am Michael Herman's cousin-in-law.  I am a writer and editor. now age 75 and semi-retired. I have been married to Mike's cousin, Arnold D. Katz, since 1971.

I met Mike when Arnie and I announced our engagement to his family in 1970.  When Arnie and I were first dating, his family had apprehensions about him marrying a non-Jewish girl.  However, they soon agreed to meet me and dropped their objections.  Right from the start, Mike helped them welcome me into the family.

Mike has always been friendly, helpful and supportive to Arnie and me. He encouraged Arnie in his career as a writer, and he encouraged me when I changed from being a secretary to a full-time writer and editor.

He is a generous and helpful person, whose impact on my life is immeasurable. He made it easier for me to find a welcome in my new family, and thereby contributed to my long and happy marriage.

Sincerely,

Joyce Worley Katz

**Rob Katz**
**9511 Golden Scots Court**
**Las Vegas, NV 89123**

August 27, 2014

The Honorable Kim. R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington St
Johnstown, Pa 15901

Re: Michael Herman

My name is Rob Katz, I am a 35 year old man currently residing in Las Vegas Nevada. I attended U.N.L.V. with a major in Hospitality. I have been employed in restaurants since I was 15 years old. I have been married to my amazing wife Helene for 10 years and we dated for 5 years prior to that. We have a daughter, Ashlyn, that just celebrated her 3rd birthday.

Michael Herman is my father's 1st cousin. His mother and my grandfather were siblings. While Mike is my father's cousin, I have always considered him more an uncle than a cousin. I have incredible parents, family and a wonderful career. I am very lucky to have so many great things and people in my life. I can honestly say that as I grow in my career and attempt to be the best I can be, Mike has been a person that has been in my life, cheering me on and there for me whenever I might need his help or support.

Mike is a very giving person. He is very family oriented. He has made the effort to be at everyone of my family's events, whether they be a celebration or a passing. I have often admired his loyalty to my parents, grandparents and other members of my family. He is there for us during our times of need and it's good to know that now that my grandparents are gone, my parents still have someone looking out for them and their well being. He has often gone out of his way to make my attendance at some of these events possible. I needed to attend an event in Scottsdale, he re-arranged his plans to allow me to travel with him to that event.

When I was going to ask my wife to marry me, he insisted that we come and stay at his home in San Diego while he was away to celebrate the event. He even insisted that we hold our wedding at his home in San Diego. His generosity in opening his home to my guests, many of whom were strangers was beyond thoughtful.

When I have experienced hard times or needed advice he has always been there for me and spent the time to listen to my problems and try to help me through my problems. He has helped me financially when I have needed it and never asks for anything in return. His generosity has gotten me through some very tough times.

Mike's contributions to help people are done through his generosity. I've never seen him do things for possible recognition, but because there is a need that he can help with.

I've seen Mike around many people, often people his senior in age and have noticed that he is a caring friend that is there for them and when together goes out of his way to focus on their needs rather than his own.

Michael Herman is someone that I would do anything for to help and support him, as he has done for me. People like Mike don't come along that often and he is someone that is admired and loved by those that know him.

Sincerely,


Rob Katz

**MONTE J.M. KOCH**
**2033 Bayside Drive**
**Corona del Mar, California  92625**
**917-365-6374**


August 9, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901


Dear Judge Gibson,

My name is Monte Koch and I am writing to you on behalf of Mike Herman.  I am the
Vice Chairman & Co-Founder of Auction.com, the country's largest online seller of
commercial and residential real estate.  We employ over 900 employees and maintain
offices throughout the United States.  Prior to taking my position at Auction.com in 2012,
I was active for 27 years in the investment banking sector, most recently at Deutsche
Bank as that firm's Global Head of Real Estate Investment Banking and its Chairman of
Mergers & Acquisitions for the Americas.

My connection with Mike began through our work on the board of an aviation trade
association, and over the course of almost ten years, our relationship has broadened
into one of my most meaningful and treasured friendships.  Mike is clearly a devoted
husband, father and grandfather.  He is also a loyal friend who stands ready to provide
professional or personal advice at a moment's notice.  However, it is his dedication to
helping complete strangers that truly distinguishes him as one of the most generous
individuals I have ever known, and this will be the focal point of my comments.

I met Mike for the first time in 2005 when we were both appointed to the board of the
National Business Aviation Association (the "NBAA"), a trade association which
promotes the interests of organizations that utilize general aviation aircraft for business
purposes.  Representing over 10,000 members on safety, legislative and regulatory
issues, the NBAA has become one of the most prominent voices of business aviation on
Capitol Hill and in state capitals across the U.S.

I quickly learned through my first interactions with Mike in the NBAA boardroom that he
was a thoroughly experienced businessperson who built his own company from scratch.
He was completely transparent, never political and only concerned with the objectives of

the association and the interests of its membership. He was always supportive, yet willing to challenge views of others in order to promote healthy and full debate. Having spent much of my own career in and around corporate boardrooms, it was clear that Mike would be additive and constructive in any business environment.

What was more impressive than his business acumen and supportive presence was what I learned about Mike as our personal relationship outside of NBAA developed. At the end of every board meeting, I would ask Mike where his schedule would take him in the coming weeks. While his itinerary included visits to clients or his company's operations, it always included multiple missions to help move needy individuals to places where they needed to go – a war veteran injured in Afghanistan needing transportation to a hospital, unable to fly commercially; a young child with cancer needing to be transported in a low-germ environment for specialized treatment at a far away medical facility; or a World War II pilot in his 90's being honored at a veterans event across the country, too frail to fly three commercial legs to get there.

I came to learn that this was Mike's life – working hard, building a successful business, and then using the spoils of his hard-fought, entrepreneurial efforts to help others. These acts of philanthropy and kindness to complete strangers are not occasional events. He does this almost every week, sometimes multiple times.

The list of causes that Mike supports is impressively long. He is a tireless supporter of the Veterans Airlift Command, an organization which provides free air transportation to post 9/11 wounded soldiers and their families for medical and other compassionate purposes. He also is a regular contributor to the Corporate Angel Network and Angel Flight, two entities that help cancer patients access the best possible treatment for their specific type of cancer by arranging free travel to care facilities across the country. He is also active with Cessna Aircraft's airlift of special needs athletes to the Special Olympics, having participated in the last three events. In the 2014 event, Mike made two coast-to-coast trips in one week, equal to about 20 hours of flying, in order to transport athletes to and from this very meaningful event. This level of contribution was unmatched by any of the other participants, even the major corporations.

I have seen Mike's generosity and goodwill benefit people outside of organized charities and sponsored causes. Please allow me to provide some context for just one of these situations: while not well known outside of aviation, Bob Hoover is a former military test pilot responsible for bravely flying untested aircraft. For years, he provided critical information to engineers so that they could perfect these unproven aircraft – aircraft that ultimately helped the United States bring WWII and the Korean War to a close. He is widely considered the world's most skilled aviator, a true American hero and patriot who is inspirational to all who he meets. Bob is barely able to walk, but Mike ensures that he is present at major aviation events around the country by personally transporting and escorting him on multiple trips each year. Mike does this free of charge, with no tax write-offs, awards or accolades. Mike has simply made a personal commitment to continue to showcase this important national aviation figure. If not for Mike's generosity,

Bob Hoover's unique and historically significant experience could not be shared and passed on to current and future generations of the aviation community.

Make no mistake, I am well aware that it is a rare privilege for any individual to own and operate an airplane privately.  However, I think it's important to point out that for the entire time I have known Mike, I do not recall him flying off to fancy resorts or vacation homes around the world for multi-week vacations.  Rather, he is using his skill and his resources to help others, often at a moment's notice.  Mike is in his mid-seventies.  At a time when he could rightly focus on taking it easy, ensuring a comfortable life or using his time and resources to pursue items on a self-centered bucket list, Mike is instead crisscrossing the country to help others.  He has become a role model, introducing me to several of the same organizations he supports and teaching me how to effectively help others.

Mike's passion to help others is irrefutable.  These efforts are not advertised, and there is clearly no financial, public relations or business benefit to be gained by his actions.  His commitment is real and selfless, as evidenced by the hundreds of individuals and family members who have benefited from the examples mentioned above.  I have only highlighted his aviation related contributions in this letter, yet I know that these represent only a slice of the good deeds he performs every day in his life.

Please do not hesitate to contact me if I can provide additional detail or context.

Sincerely,

Monte J.M. Koch

3



Corporate Angel Network, Inc.

**Founding Directors**
Priscilla H. Blum
Leonard M. Greene
Jay Weinberg

**Officers**
Dick Koenig
*Executive Director*

Arthur E. Ludwig, Jr.
*Treasurer*

Peter H. Fleiss
*Executive Director, emeritus*

**Board of Directors**
W. W. (Bill) Boisture, Jr.

Randall Greene
*Chairman*

David C. Hurley

Wilson S. Leach

Joseph T. Lombardo

Jack J. Pelton

John G. Rosanvallon

Bruce N. Whitman

**Advisory Board**
Patrick Cunningham
*PepsiCo, Inc.*

Wayne M. Dodds
*International Paper Company*

L. Scott Frantz
*Haebler Capital, Inc.*

Robert C. Kurtz, M.D.
*Memorial Sloan-Kettering*

Brian H. Kushner, M.D.
*Memorial Sloan-Kettering*

Jeffrey W. Lee
*American Express Company*

Eileen O'Reilly, M.D.
*Memorial Sloan-Kettering*

William J. Schultz
*Corning, Inc.*

Douglas S. Schwartz
*ConocoPhillips Company*

Robert W. Scott
*French/Blitzer/Scott, LLC*

David J. Sugarbaker, M.D.
*Harvard Medical School*

Gil Wolin
*Wolin Aviation Consulting*

November 10, 2014

Michael Herman
141 NAC Drive
Duncansville, PA  16635

Dear Mr. Herman:

On behalf of everyone at Corporate Angel Network, we deeply thank you. From staff, volunteers and Board members to the thousands of cancer patients who we try to help find empty seats on corporate jets seeking travel to and from their treatment centers, we sincerely thank you for your unselfish and most generous support during the 2014 NBAA/CAN Soiree live and silent auctions. Over $400,000 was raised in support of the Corporate Angel Network mission.

Your generosity helps insure that CAN continues to be able to respond to over 6,000 cancer patient requests each year for transportation to their treatment. Some 560 corporations and their flight departments are dedicated to supporting CAN in fulfillment of its mission, helping to bring cancer patients of all ages and means closer to their care and cure.  We cannot fulfill that mission without your help and you helped in a very big way. Thank you again for making such an important difference in so many cancer patient lives.

You are truly a most important part of the CAN team.

Sincerely,

Dick Koenig
Executive Director

American Airlines

Richard L. Kummer
3702 Frankford Rd., #6109
Dallas, TX 75287

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

August 11, 2014

Hello, my name is Richard Kummer. I have worked for American Airlines for over 36 years and am now a senior
Boeing 777 Captain. My degree from Texas A&M, Central Texas Campus, is in Aviation Management. I am the son
of a US Air Force Officer and fighter pilot. Aviation and airplanes are in my blood.

I have known Mike Herman for over 10 years as our paths have crossed both supporting and encouraging young
people as they strive to become pilots and responsible members of society. Mike has donated much of his time
and money to the Young Eagles program which gives underprivileged kids a helpful start toward earning their
pilot's license. As an Angel Flight and Make a Wish pilot myself, I have admired Mike as he has donated his time
and aircraft to fly physically challenged kids to the Special Olympics every year that I have known him. He has
provided his own aircraft and time to transport elderly and veteran pilots so they too, could participate in helping
new generations of pilots and young people.

I have known Mike's wife and children for years and strive to be as good of a family man as he is to them. I always
go out of my way to meet or help them in any way I can and know that Mike would do anything to help me or my
family.

I suffered a spinal cord injury and Mike came to see me offering to fly his own plane to transport me to the best
doctor and hospital he could find.

I have been fortunate to work with Mike as he provided his own house for several charitable fund raisers. Even
though I am usually just the chef, I can count on Mike's organizational skills and generosity to make these events
go smoothly and successfully.

I have called Mike just for personal advice or moral support as I know he will drop everything and help me in any
way he can. I am lucky to have Mike for a friend and happy for those who will become his friends in the future.

Sincerely,

Richard Kummer

The Honorable Kim R. Gibson

United States District Court Judge

104 Penn Traffic Building

319 Washington Street

Johnston, Pa. 15901


I am writing this letter on behalf of Michael Herman. I have worked for and have been a friend of Michael's for 28 years. We have had many great times together but that is not what I am writing you about.

During the time that I worked for Michael as a Vice President of Sales. My charge was to grow the business and bring merger and growth opportunities to the company.

It is important to know that Michael was presented with a great opportunity for the company but it involved moving the manufacturing facility from Duncansville to an out of state location. During negotiations, a majority of company officers was in favor of moving.

Michael knew that would be a tremendous blow to the associates and the community. He would not in any way support the move. Citing the fact that this facility and its employees were responsible for launching the company and he would not abandon them. This kind of loyalty is rarely seen and Michael ultimately saved the jobs of hundreds of employees.

Sincerely,

Edward C. Mathews, 15 Evangelyn Dr. Bow, NH 03304

Exhibit 72

The Honorable Kim R. Gibson

United States District Count Judge

104 Penn Traffic Building

319 Washington Street

Johnstown, PA 15901


Your Honor:

I have known Michael Herman for just over 28 ½ years.  When I first came to NAC I was kind of thrown into a business that was totally foreign to me.  At first I found myself a bit intimidated by Michael's nature, but after a few weeks of working with him I found myself learning a great deal about the way business was done in direct mail.

I soon found that the man who came across as being a bit gruff was actually a very open minded, kind and considerate gentleman.  There were a lot of things about my new job that scared me a little but it didn't take me long to find out that Michael was not one of them.  He helped me in what became the career that has led me to retirement.  I couldn't have asked for a better place to end my working life or to have had a mentor and friend like Michael Herman.

Over the years I have been able to work on a number of direct mail jobs for local charities and there was never an invoice done for our services.  Michael has always been in the forefront of being one of the first to get on board to help a group or person in need.

I've seen the compassion, love and devotion he shows for his family, the people who worked with and for him.  I see the deep loving nature of a father, grandfather and friend.

I will always be grateful for the chance Michael gave me all those years ago and I will miss him but will always know, if I need him he will be there.

Regards,

David McEldowney

119 Lloyd St. Apt. B

Altoona, PA 16602

Exhibit 73

LLOYD WARREN NEWTON
GENERAL US AIR FORCE Ret
6128 AUDUBON MANOR BLVD
LITHIA, FL 33547-5031
PHONE 813 777 6405

August 11, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

Dear Judge Gibson,

My name is Lloyd W. Newton. I am an Air Force Four Star General who served our nation and the American people for more than 34 years. After retiring from the Air Force in June 2000, I joined Pratt & Whitney, an aircraft engine design and Production Company, and served as a senior executive from 2000 to 2006. From 2006 until present, I have been a member of the board of Directors of several fortune 500 companies and have led and participated in many community and charitable organizations.

I respectfully submit this letter on behalf of Mr. Michael Herman who I hold in very high esteem and feel honored to be his friend. I first met Mr. Herman in 2010 during my selection to join the Board of Director of The National Business Aircraft Association (NBAA). Michael was already a prominent member of the board and was one of the first to reach out and welcome me to the organization. Over the last few years I have had the pleasure of working very closely with Michael on key decisions reference the future of NBAA and the compensation of its' executives. His leadership, integrity and keen knowledge helped to guided many of us to the proper decisions for the success of the organization during a difficult economic time.

Michael is an individual with a big heart and is always willing to give of himself to help others. For many years he has been a strong supporter of Angel Flight, which is a unique program that provides legitimate medical patients the opportunity to fly space available on Business and private

aircraft to medical facilities throughout the United States at no cost to the patient or their families. A significant portion of the success of the Angel Flight program can be directly attributed to the personal caring and support of Michael Herman.

Michael has taken on the responsibilities of providing support for Mr. Robert A. "Bob" Hoover. Bob Hoover is an airshow pilot and American aviation legend that has test flown and demonstrated more than one hundred different type aircraft. Mr. Hoover is now 93 years old and Michael helps to ensure he is present for speaking engagements and public appearances around the country. This usually requires Michael to use his own aircraft and personal resources for travel. Michael feels so strongly about the preservation of the legacy and life of this aviation icon that in 2013 he led an effort to produce a documentary capturing Bob's life. Mr. Hoover's friends in the aviation community attended the debut of the film in February 2014 and participated in a salute and celebration of his life. Thanks to the generosity of Michael, this was a huge success.

Above all, Michael is a great family man. He adores his wife and children and I have personally observed them enjoying each other's company and friendship. It is abundantly clear to me that they are a loving family who has a deep respect for each other. In addition to his family, Michael has made significant contributions to the well being of others and the nation. From developing jobs to helping to grow the economy, his efforts have helped to strengthen the livelihood of his employees.

Your Honor, I have personally found Mr. Herman to be a kind and generous individual who is a visionary, entrepreneur and outstanding American. He is simply one the best and I am proud to be associated with him and to be called his friend. Thank you for this opportunity.

Sincerely

Lloyd W. Newton

The Honerable Kim R. Gibson

    I Have Worked at North American Comm. for 28 years, I Have Been around Micheal Herman for many of Those years as a Friend

    He Has always Been Concered about His Emploies. He Has Taken Care of a Lot of them for Health & Well Being. Like Seckness & Emergenijs

    He Has Been Very Generous to the Commity for Special Events.

    He Has always Been for my Family When times need

    He is Very Caring & Concerud about His Family & friends.

    He Has Created a Lot of Oppertinty for. Advancement & Job in the Commity and the Business Has Lasted 35 years from the Oppertinty He Gave this Commity.

Friend

R 8/24/14

Exhibit 75

The Honorable Kim R. Gibson                                        August 12, 2014

United States District Court Judge

104 Penn Traffic Building

319 Washington Street

Johnstown, PA 15901

Dear Judge Gibson,

I am writing to You on behalf of Michael Herman, a personal friend and a man I feel very thankful and lucky to know over the past several years. My name is Jay Peart. I live in Berkeley, CA, where for the last two years I have worked closely with the rowing team at the University of California. In a lot of ways I am retracing my steps as an undergraduate student and athlete here at Cal, restoring myself to a healthier and happier version of who I am. I help manage and maintain a large boarding house that houses seventeen student athletes from Cal's rowing team and have been working as an intern with the coaching staff. Just to give You an little bit of information about the kind of people I am lucky to work with here, I will tell You that the head rowing coach is Mike Teti, a Philadelphia native and Olympic Champion in rowing as an athlete and coach and arguably the best collegiate rowing coach in this great country of ours.

Three years ago when I found myself in San Diego with no direction except a bottle of whiskey a day drinking problem, a job I disliked, and my aging dog in tow I was feeling what people refer to as 'rock bottom'. I had lost my house in Las Vegas after watching real estate tumble and the economy stuttering along. In addition to that I still hadn't dealt with the loss of my father to cancer in 2006. I was a functional (more or less) alcoholic, but I was unhappier than I have ever been or could imagine. By grace, I was welcomed to the home of Michael and Maria Herman, dog in tow, with no idea what I wanted to do or where I wanted to go. In retrospect although I had known Michael Herman for a few years, I really hadn't scratched the surface of who he is at all. After a year of living as a guest under his roof, I feel confident that I know him fairly well and feel lucky to have him in my corner. I can also say without a doubt I wouldn't be where I am today if alive at all, let alone happy, healthy and sober.

The question is then, how did this person Michael Herman have such an important impact on me so as a year of my life unfolded I was headed in a totally new direction? To put it very simply he was just himself, reminding and showing me how to live life again purely by example. There were no lectures, interventions, or threats, just a consistent daily example of how to take responsibility for everything in my life, both good and bad, and make choices appropriately to get things back on track. Some of the lessons were harder to accept than others. Luckily he is generous, patient and kind as well as tough and persistent. Whenever I would complain about work, he would simply ask me why I do it. Granted it took a while, but I eventually got the point. I was the one responsible for what I was doing and how I felt about it. Drinking was a choice too, one that I was starting to profoundly feel the impact of after six

progressive years. Once I took responsibility for my drinking, I decided to make a change. I stopped drinking with the help and advice from a doctor friend of the Herman's.

Some of the more subtle lessons came from watching him interact with his family, encouraging them in the same way he was me, listening and being brutally honest when necessary, but coming from a place of acceptance, love and support. He often takes time to cultivate family relationships and encouraged me to do the same whenever possible. I am now just 50 miles from my only brother and I was honored to be his best man this last October at his wedding. My brother and I see one another at least once a week and often share a meal together, work together on a project or just have fun with his family.

A rowing friend from Fairmount Boat Club in Philadelphia who served in Vietnam once gave me a piece of advice about choosing friends. He said, "The best kinds of friends to have are the ones that you know you can send for ammo, knowing they will be back." I know Michael Herman is that kind of friend and I hope I can be that kind of friend in return. We will leave the ammo part out for obvious reasons, but I know the message is clear.

Thank You for Your time and consideration.

Sincerely,

Jay W. Peart

2316 Bowditch St.

Berkeley, CA 94704

Exhibit 76

Lynn Petnick
451 Homan Ave
State College, PA  16801
lpetnick@gmail.com
814-234-1947

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

Dear Judge Gibson,

My husband, the late Nick Petnick, and I have known Michael Herman for approximately 35 years.  We met at Temple Beth Israel when Mike moved to Altoona, PA. Mike and Nick became fast friends. Since both were businessmen, they had a lot to talk about, first on a professional and then on a personal level. Mike would come up to State College to visit and we spent time together.

Almost twenty years ago, my husband was diagnosed with leukemia. Mike was one of the first people he told. This is when Mike's compassion really came to the fore. He helped Nick select UPMC in Pittsburgh as the  hospital in which to undergo a bone marrow transplant. During Nick's seven week hospitalization, Mike was a frequent visitor. This was a time when several of our friends vanished, so Mike's friendship was especially important.

Our children were only 7 and 11 at the time. They stayed at home with family while I stayed with my husband at the hospital. Mike drove them down on weekends to visit.

As one of the many side effects of the transplant, Nick lost his eyesight. At the time, it was thought that he might be able to regain some vision.  When Nick was finally discharged, Mike researched opthamologists, found one in New York CIty who had some experience in this area, then flew Nick to New York and accompanied him to the appointment. He did this several times. Unfortunately, Nick did not regain his sight.

Although cured of the leukemia, my husband suffered greatly during the eighteen years that followed the transplant. He had heart attacks, strokes, and kidney problems. Whenever Mike was able, he drove up to State College to take Nick out for a meal or just sit with him in the garden. We often did not know that Mike was coming, but when Nick heard him come in, his face was just wreathed in smiles.

When my young daughter was having some problems, Mike immediately offered to pay for any medical help she might need. When my son reached age 16, Mike taught him to drive.

Nick had two sisters and a father. None of them helped us as much as Mike, and none offered my family more love and support than Mike.

Nick died two and a half years ago. Mike's anguish was palpable.

I know that if my children or I ever had any problem, Mike would be the first to come to our aid. There is a Yiddish word that is difficult to translate into English, "mensch". A close definition would be a person of integrity and honor.  Mike is a mensch.

I have learned a lot through the years, but the main thing I learned is that real and true friends can be thin on the ground. They should be cherished when found.
Mike Herman was a true friend to Nick and is still one to me.
I am absolutely sure that Mike Herman is a man of integrity and honor.

Sincerely,
 Lynn Petnick

Exhibit 77

July 22, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA  15901

Dear Judge Gibson:

I'm writing this letter of support for Michael Herman without reservations.  I've had the pleasure of knowing Mike for several years as a friend, and I can say his friendship has enriched my life and others.

He is one of the most selfless individuals that I have known.  On countless occasions I've observed Mike unabashedly helping others.  When Mike helps others, it isn't about himself but the people he aids.  He doesn't seek out the credit for the help; in fact he tries to underplay the effort that he expends.

Mike and I have worked together on many philanthropic activities during our friendship.  These range from helping non-profits in managing their operations to carrying blood supplies to a hospital in rural California.

Just in the last few months, we have helped a variety of organizations, efforts that were spearheaded by Mike.  Here are just a few:

**Special Olympics**.  In June we had several San Diego-based athletes and their coaches that needed transportation to New Jersey.  Mike had previously volunteered his time, and airplane, on 2 previous Olympic airlifts.  We flew these individuals to Trenton NJ for the event, and then returned home to San Diego.  The following week we needed to pick them up for their return home.  On our flight to pick them up in NJ, Mike suggested we look for other individuals who may need transportation to the East Coast.  Through Corporate Angel Network (CAN) we found a 3-year-old boy in Charlotte NC with cancer who needed to go to NYC for treatment.  We diverted on our way to NJ, picking up this young patient and his parents, taking them to Sloan Kettering.

When we were boarding the athletes for the return flight home, Mike took a few minutes to tell them how honored he was to have them on the flight.  As Mike usually does, he made it clear that while this might be a unique opportunity for them, he was the person who was most honored by their presence.  With Mike, it is always about the people he helps, not himself.

**Angel Flight.**  In addition to being on the Board of Angel Flight, Mike has volunteered his time and resources to help in a number of ways.  We have flown critical blood supplies from the San Diego Blood Bank to hospitals in the Imperial Valley of California, a Hispanic-intensive, and rural community.

One of the important Angel Flight supported events, are the summer camps for children with life-threatening diseases, including HIV, cancer, and various transplant issues.  The camps provide a respite from the continual medical care they undergo.  This summer, as with previous years, Mike has transported over 20 children to these camps.  Those flights are critical to these children's' health, and they are extremely important to Mike, myself, and the patients' families.  I've been honored to help Mike on these flights.

**San Diego Air and Space Museum**.  Mike has been on the volunteer Board of this museum, as well as a number of other volunteer organizations.  Mike offers his time and resources without question when this great organization needs his help.  As a member of the museum, I have seen first-hand the positive impact that his help has on this valuable community resource.

As mentioned above, Mike has enriched the lives of many people.  This is only a small sample of how he has helped others, in many cases when others would not.  His unfailing, long term, commitment to others is a characteristic that is rarely seen.  It has been an honor to be his friend, and I hope the Court takes these observations into account when evaluating Mike's case.

Regards,

Rich Pickett
5119 Alejo St.
San Diego CA 92124
858-717-5105
rich.pickett@sdsu.edu

Exhibit 78

August 11, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Dear Judge Gibson:

My name is Tom Poberezny and I am writing to you on behalf of Michael Herman, who I have known for almost two decades, as a result of our relationship within the aviation community. I am a graduate of Northwestern University and built a business, along with my father, called the Experimental Aircraft Association (EAA). I led the organization for over 42 years, serving as Chairman of EAA AirVenture Oshkosh. This event is attended by over one half million people and is recognized as one of the premier aviation events in the world. I have also implemented the largest aviation initiative in history...Young Eagles, which to date has reached over 1.5 million youth.

As President and Chairman of EAA, I have worked with people from all walks of life and from all corners of the globe. I have built relationships with thousands of volunteers, EAA members, and philanthropists. These are people who are passionate about attributes, such as inspiration, innovation, respect, and high standards. One of the people I have come to know well is Michael Herman. Michael has been an advocate for youth initiatives, as well as preserving the legacies of respected aviators, aircraft designers, and innovators. This includes people such as Gen. Jimmy Doolittle, Bob Hoover, Burt Rutan, and others.

Because of the extensive relationships that I have developed, I have gained experience and understanding as to the reasons why people "give back" to their communities. Michael Herman is an individual who does this, not for recognition, but because he values the attributes and the intangibles that are so important for the young men and women who will lead this country in the future. He acknowledges that by preserving the past and giving youth the opportunity to be exposed to these significant legacies, that they will have the best chance to reach and exceed their dreams and goals.

Michael not only contributes his financial resources, but more importantly his time. He has flown young men and women who participate in Special Olympics, as well as providing transportation for Veterans and aviation luminaries, who are in need of assistance because of health or financial issues. He never has asked for reimbursement for his time or financial contributions. He does it willingly and quietly.

On a personal basis, I have experienced some difficult situations that required mentoring and sound advice. Michael was there for me, both through the good times and bad. Michael doesn't evaluate someone based on what they say, but rather upon what they do.

Sincerely,

Tom Poberezny

Exhibit 79

# Douglas Schwartz
## 63 W. Majestic Woods Place, Houston, TX 77382

July 21, 2014

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building          Re:    Michael Herman
319 Washington Street                     Character Reference
Johnstown, PA 15901

Dear Judge Gibson:

I am writing on behalf of Mr. Michael Herman as a witness to his character.  My name is Douglas Schwartz.  I am employed by a Houston-based energy company managing air transportation services.  I am a licensed professional pilot and my entire professional career has been dedicated to aviation.  Mr. Herman and I first became acquainted about ten years ago, when he was elected to the Board of Directors of the National Business Aviation Association where I too serve on the Board.

Through our service on the NBAA Board, Mr. Herman has also grown to be my friend.  A common attribute shared among the true friends I have made in my life is that each lives by a set of important values that I respect and use to guide my own behaviors; trust, respect for others, dependability, generosity, love, others before self.  I know Mr. Herman to be such a man.  Throughout the years I have known him, he has demonstrated each of these values time and time again: as a caring father; devoted husband; respected employer, shrewd businessman, trusted advisor and friend.

I have seen him guide decisions by seeking fair, honest and equitable conclusions that balance the needs of affected stakeholders; always focusing on what is right rather than who is right.

His thoughtfulness, generosity and devotion to others are extraordinary.  His character is a testament to the notion of others before self, whether in service to his friends, his employees and others.   These attributes are evidenced in his work to raise funds to promote aviation education programs for youth, contributing personal time and resources to transport and nurture cancer patients in their travels to and from treatment centers, and promoting recognition of the contribution of important American heroes and historical figures as inspiration to others.

Michael Herman is an extraordinary man.  I have seen him touch the lives of others with his goodness while seeking nothing in return.   As the court considers his situation, I hope it will appreciate the breadth of good work he continues to do on behalf of others by allowing him the freedom to continue to serve his community and his country.

Respectfully,

Douglas Schwartz

Exhibit 80



**MANITOBA
CORPORATION**

ISO 9001:2008 Certified

The Honorable Kim R. Gibson
United States District Court Judge
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

July 29, 2014

Re:  Michael Herman

Dear Judge Gibson,

My name is Richard Shine. I am the CEO and owner of a fourth generation family recycling business. I was a pilot in the USAF and the USAF Reserves for 26 years and retired as a Colonel. In addition, our company has prospered by using a business aircraft to visit clients and prospects. My aviation background is what brought Mike into my life when I was invited to join the Board of Directors of the National Business Aviation Association.

When I think of Mike Herman, the phrase "larger than life" comes to mind. Mike is such a unique individual, very friendly, outgoing, and one of most generous and caring human beings I have ever known. When I first joined the NBAA board, not knowing anybody on it, was a bit daunting for me. Mike seemed to sense my unease and instantly made me feel welcome. He introduced me to the other board members and saw to it that I was included in all of the activities. I will forever be grateful to Mike for making the extra effort to help get me acclimated to this group.

One of NBAA's annual activities is raising money for the Corporate Angel Network which provides free transportation to cancer patients for medical treatments on corporate aircraft. Not only does Mike fly some of these patients himself during the year, he donates a gift of expensive flying time on his airplane to a destination of the bidder's choice as an auction prize. His donations have raised many thousands of dollars for this very worthwhile cause. In addition, he himself bids on many of the expensive gifts which are donated for this auction, further increasing the amount of money raised.

Robert (Bob) Hoover is widely recognized as one of the best pilots that ever lived. He is now in his nineties, long retired from flying, but continues to be active in aviation. Mike, due to the tremendous respect he has for this man, is constantly flying him to various activities and has hosted a number of parties in Bob's honor at considerable expense to himself. In this day and age of our society's emphasis on youth, it's common to avoid old people and gravitate to younger ones. It's a tribute to Mike Herman's character that he respects an older person like Bob and has worked quite hard to make his last years good ones. I can't count the number of times he has done things for Bob Hoover which in no way result in any benefit for himself.

-2-

I had only been on the board of NBAA for a couple of years when in a private conversation; Mike mentioned that he had an interest in running for vice chair of the board. This would have meant almost certainly acceding to the chair position two years later. I was very supportive of this initiative, however much to my surprise; several board members as well as senior management asked me to run for this office. This was a very ticklish situation and I was embarrassed by it. Much to my surprise, Mike not only graciously stepped aside but championed my candidacy and was instrumental in getting me elected. I will never forget how supportive and helpful he was to me during my four years in office.

Mike probably does not even remember this incident, but at one time I was struggling with how to bring my younger son into the business without upsetting his older brother who had been in the business for many years. I also had some concerns regarding secession issues in our family business. I turned to Mike for advice as he had some of the same issues in his company. He very graciously spent a great deal of time and helped me to make a number of decisions. Many of his suggestions have been implemented in our companies' day to day operations as well as our long range strategic planning.

Mike loves to fly and is an excellent aviator. I already mentioned his involvement with the Corporate Angel Network as well as flying Bob Hoover to industry meetings and events. They are not the only people that he has provided free air transportation to. There have been many occasions when he has diverted in flight to pick up somebody or other who needed to get to an industry event or meeting. I know he has flown a number of Veterans Airlift Command missions. The VAC is a charitable organization that provides free transportation to our veterans, many of them severely wounded with the loss of limbs which makes it difficult for them to travel by commercial aviation and having to deal with airport security, long walks to gates etc. It costs a great deal of money to fly his airplane and he gives so generously of his time and expense to make these American Hero's feel special and to ease their suffering.

These are just a few insights into Mike's character that have occurred over the past several years that I have known him. I have heard stories from others recounting other examples of what a caring and generous human being Mike is in the years prior to my meeting him. I can only say that this thought makes me wish I had met him much sooner! Please take all these good qualities into consideration as he is really a very special human being.

Very truly yours,

Richard W. Shine, CEO